# GLOSSARY OF TERMS

The following terms are used throughout this text. Some have specific Herbalife connotations, so please become familiar with them and make them a part of your vocabulary as quickly as possible.

**Commission:** The difference between the discounted price paid by the Sponsor and the price paid by the downline Distributors. It is also known as Wholesale Profit.

**Customer:** Anyone who is not an Herbalife Distributor who purchases Herbalife products at retail price.

**Distributor:** Anyone who purchases an official Herbalife Distributor Kit (IBP) and submits to Herbalife a valid and complete Application for Distributorship and whose application has been accepted by Herbalife.

**Distributor Discount Scale:** An earned discount of 35% to 50% which is allowed after reaching specified sales goals.

**Downline Organization:** All Distributors personally sponsored by you as well as all other persons sponsored by them.

**Earn Base:** Base amount assigned to a product on which earnings are calculated.

**First-Level Distributor:** All Distributors you personally sponsor are considered your First-Level.

**Fully Qualified Supervisor:** A Distributor who has met all the requirements for Supervisor qualification and is now entitled to all Supervisor privileges.

**HAP Distributor:** A Distributor who activates the regular monthly automatic ordering procedure called Herbalife Advantage Program (HAP).

**Lineage:** All Distributors who are part of one organization as a result of sponsoring or being sponsored.

**Production Bonus:** A bonus of 2%, 4%, or 6% to 7% on downline Organizational Volume earned by eligible members of the TAB Team who meet certain requirements.

**Profit, Retail:** The difference between the discounted product price paid by a Distributor and the retail price paid by a customer.

**Profit, Wholesale:** The difference between the discounted price paid by the Sponsor and the price paid by the downline Distributors. Also known as Commission.

**Qualified Producer:** A Distributor who accumulates 2,500 personally purchased Volume Points within 1-3 months and is entitled to purchase at a 42% discount and earn split commissions. This status can be reached by utilizing up to 1,000 Downline Volume Points, with the remaining 1,500 as Personally Purchased Volume.

**Qualifying Month:** The month in which a Distributor achieves the required volume for Supervisor qualification.

**Qualifying Supervisor:** A Distributor who has achieved 4,000 Volume Points in one calendar month. Assuming that all qualifications are met, they will be recognized as a Fully Qualified Supervisor on the first of the following month. A Qualifying Supervisor is eligible to purchase from Herbalife at a temporary 50% discount.

**Royalty Override:** A payment ranging from 1% to 5% made to Fully Qualified Supervisors on the Monthly Volume of their three levels of active downline Supervisors.

**Royalty Points:** Used for qualification purposes, this is the sum of a Supervisor's Organizational Volume times their royalty earnings percentage.

**Royalty Roll-Ups:** Herbalife pays Supervisors the full 5% for each of three active downline Supervisor levels. Royalty Roll-Ups are paid to the appropriate upline Supervisor(s) when a downline Supervisor earns less than the maximum 5% Royalty Override payout per level. In these instances, the difference between 5% and the Supervisor's earning percentage (1% to 4%) results in the Royalty Roll-Ups.

**Senior Consultant:** A Distributor who has qualified to purchase at 35% to 42% discount.

**Split Commission:** The commission earned from a downline Distributor purchasing at less than 42% discount. A commission of 7% or 17% is first paid to the first upline Qualified Producer and the remaining 8% is paid to the first upline Fully Qualified Supervisor.

**Sponsor:** A Distributor who brings another individual into Herbalife as a Distributor.

**Success Builder:** A Distributor who places an order of 1,000 Volume Points at 42% discount.

**Supervisor's Personal Organization:** Includes all Distributors in the Supervisor's downline who are at Distributor, Senior Consultant, Success Builder, Qualified Producer and Qualifying Supervisor levels.

**TAB Team Member:** A Distributor who has met all the requirements for GET, Millionaire Team or President's Team membership.

**10 Retail Customers Rule:** A Distributor must make sales to at least 10 separate retail customers each month to qualify and receive Royalty Overrides and Production Bonus.

**The 70% Rule:** In any given month, a Distributor must sell to retail customers, and/or sell at wholesale to downline Distributors, at least 70% of the total value of Herbalife products they hold for resale, in order to qualify for TAB Team and to earn and receive Royalty Overrides and Production Bonus for that month's business.

**Upline Organization:** Your Sponsor and their Sponsor and their Sponsor's Sponsor, and so on.

**Volume, Downline:** As a non-Supervisor, Downline Volume is based on volume which is placed by your downline Distributors directly from Herbalife or ordering between 25% to 42% discount.

**Volume, Encumbered:** All volume produced by anyone in your personal organization who has achieved 2,500 Volume Points or more in one Volume Month. This is volume being used by them for Supervisor qualification purposes.

**Volume, Group:** Orders purchased at a temporary 50% discount, by Qualifying Supervisor(s) in a Supervisor's personal organization.

**Volume, Matching:** The Total Volume a sponsoring Supervisor must have in a given month to equal or exceed the volume achieved by their downline Distributor(s) who are qualifying for Supervisor.

**Volume, Organization:** The volume on which a Supervisor is paid a Royalty Override.

**Volume, Personal:** The volume purchased by you as a Fully Qualified Supervisor and all others in your downline organization, excluding any 50% orders by Qualifying Supervisors and Qualified Supervisors.

**Volume, Personally Purchased:** The volume purchased directly from Herbalife using your Herbalife Identification Number.

**Volume, Total:** The combined total of Personal Volume plus Group Volume.

**Volume, Unencumbered:** All volume produced by anyone in your personal organization who has achieved less than 2,500 Volume Points in one Volume Month, and all your own Personal Volume. Volume that is not used by anyone else for Supervisor qualification purposes.

**Volume Point:** A point value assigned to each Herbalife product that is equal in all countries. Volume Points are used for qualification and bonuses.

Herbalife guarantees the quality of any product which carries the Herbalife name and certifies that the products manufactured for it meet high standards of freshness and purity for customer use.

We are confident that our customers will find our products satisfactory in every way. However, if for any reason, a retail customer is not completely satisfied with any Herbalife product purchased from an Herbalife Distributor, the customer may request a refund from the Distributor within 30 days from the date the customer receives the product. The customer will be instructed to return the unused portion of the product, or the original product labels, or the empty product containers, along with a copy of the retail receipt/copy of the retail order form, to the Distributor from whom the customer purchased the product. The Distributor must offer the customer a full credit toward the purchase of other Herbalife products or a full refund of the purchase price.

This guarantee is limited only by the terms of certain specific warranties attached to or packaged with certain products and does not apply to any product intentionally damaged or misused. If the retail customer is not satisfied, the Distributor must honor the product guarantee quickly and courteously, according to the instructions that follow.

### Distributor Must Honor Guarantee

A Distributor is required to fully complete and provide an official Herbalife Retail Order Form with each retail sale made. It is important for the customer to know how to reach the Distributor for more products, questions, etc. The Distributor must maintain a copy of the Retail Order Form for their records so they can properly follow up with their customer.

If, however, a customer requests a refund, then the Distributor must complete a "Customer Request for Refund Form," a copy of which is included in the "Sample Forms" section of this book. The Distributor is to calculate the amount of the customer's refund or credit due, have the customer sign the Refund Form, and immediately pay the refund to the customer or apply their credit to other products.

The Distributor may then submit the "Customer Request for Refund Form," a copy of the customer's original Retail Order Form, along with the unused portion of the product, or the original product labels, or the empty product containers to Herbalife within 30 days of making the refund to the customer. Herbalife will exchange the returned product with the identical replacement product for the Distributor as soon as all the required documentation has been received.

The Herbalife money-back guarantee does not apply to products purchased by Distributors, whether or not consumed by them, and this fact must be presented to individuals who become Distributors. However, for Distributors, the company maintains a Distributor repurchase policy, according to the guidelines of the Direct Selling Association, which under certain circumstances may provide for repurchase of Distributor kits and marketable merchandise. (Refer to Rule 10-D "Inventory Repurchase" in the "Rules of Conduct and Distributor Policies" section of this book, or contact Herbalife's Distributor Relations Department toll-free at 866-866-4744 for more information.)

# ORDERING PROCEDURES

This section of the Career Book is designed to acquaint you with Herbalife's administration policies, which ensure the smooth flow of daily business activity.

Every profitable enterprise establishes clear guidelines for the conduct of its own business. The rules provide the parameters within which the business operates freely. Many of the rules relating to the conduct of business are applied externally, by government, regulatory bodies, consumer legislation, or industry codes and practices. In addition to the rules governing companies in the United States, other countries and the direct-selling industry, Herbalife has developed a set of rules for the conduct of an Herbalife Distributorship, to ensure the maximum fairness and protection for all Distributors. These rules provide consistency, security, integrity and honesty, enabling the Company, Distributors and the public to enjoy total confidence in the system and respect for our industry.

Please read and become familiar with these policies and procedures.

## Ordering Procedures
To place your orders via phone, mail or email, or to place and pick up your orders in person, please contact Herbalife at 866-866-4744. For TTY assistance please contact 800-503-6180.

## Important Ordering Tips
As soon as you have become a Distributor, you may purchase from your Sponsor, your first upline Supervisor, or directly from Herbalife.

Once you qualify as an Herbalife Supervisor, you must always purchase directly from Herbalife. There are several convenient methods you may use to place an order directly with Herbalife: telephone, mail or in person at an Herbalife Sales or Distribution Center. All orders will be shipped on the next business day, whenever possible, if all moneys have cleared. Please remember that our ordering process is computerized, so once you complete your order it cannot be adjusted or altered in any way. Therefore, no matter what method you choose to place your order, it is important that you prepare your order in advance to ensure accurate and speedy processing.

All orders must be paid in full, confirmed and processed for Herbalife to release the order. Please always have the following information readily available.

- Prepare your order in advance to ensure accurate and speedy processing.
- Clearly indicate order month.
- Have your Herbalife Identification Number ready.
- Have the name and Identification Number of your Sponsor and upline Fully Qualified Supervisor (FQS).
- Have shipping method and shipping address, recipient's name and corresponding telephone number (if applicable).
- Provide the appropriate discount percentage.
- Provide method of payment and appropriate details (i.e., credit card number, expiration date, Automatic Payment System [APS] PIN number, etc.).
- All calculations – prices, discounts, Volume Points, and taxes of the city/county/state to which you are shipping. (Please have the correct ZIP code available.) Refer to the latest U.S. price list on MyHerbalife.com.
- Provide the stock number(s), description and quantity of the item(s) you are ordering.
- Complete all calculations and totals.

## Mail Orders
All orders must be completely filled out, with appropriate payment included. Herbalife sells in individual units, only as specified on the order form.

Depending on the method of mail, you should address your orders as follows:

**VIA REGULAR MAIL**
Herbalife International of America, Inc.
Attn: Sales Order Department
P.O. Box 80210
Los Angeles, CA 90080-0210
United States of America

**VIA EXPRESS MAIL (e.g., Federal Express)**
Herbalife International of America, Inc.
Attn: Sales Order Department
950 West 190th Street
Torrance, CA 90502-1001
United States of America

To assure correct and prompt processing of your orders, make sure they are correctly and completely filled out, with an acceptable form of payment attached.

## Telephone Orders

To place your telephone orders, please call the Sales Order Department toll-free at 866-866-4744 between the hours of:

| | |
|---|---|
| Monday - Friday: | 9:00 a.m. - 6:00 p.m. (PST) |
| Saturday: | 6:00 a.m. - 2:00 p.m. (PST) |
| EOM: | 9:00 a.m. - 12:00 a.m. (PST) |
| Holidays: | 9:00 a.m. - 2:00 p.m. (PST) or Closed |
| Closed Sunday | |

## TTY Assistance

TTY User: 800-503-6180
Monday - Friday:   9:00 a.m. - 6:00 p.m. (PST)
Closed Saturday and Sunday

After payment has cleared, your order will be transmitted.

## Acceptable methods of telephone payment are:

- Major Credit Cards (Visa, MasterCard, American Express and Discover).
- Automatic Payment System (APS); approved applications must be on file at the World Home Office (must have 4-digit code). Contact the Sales Order Department for an APS Application.
- Wire Transfers must be bank-to-bank transactions.

Upon payment clearance, your order will be transmitted to the Distribution Center for shipment.

All telephone orders must be placed and fully paid by the close of business day on the designated "End-of-Month" (EOM) day. Please have your order ready before calling the Sales Order Department.

## Walk-In Orders

If you are located near Los Angeles or Tracy, CA; Memphis, TN; Dallas, TX; Phoenix, AZ; Des Plaines, IL; or Bronx, NY, the fastest way to receive product(s) is to place, pay for and pick up your order in person at one of our Sales or Distribution Centers. The addresses of our U.S. Sales and Distribution Centers are listed below for your reference:

## Los Angeles Distribution Center (LADC)

930 E. 233rd Street
Carson, CA 90745
Telephone: 310-952-0100
Monday - Friday:   9:00 a.m. - 7:00 p.m. (PST)
Saturday:   9:00 a.m. - 5:00 p.m. (PST)
Closed Sunday

## Memphis Distribution Center

5025 Crumpler Road
Memphis, TN 38141
Telephone: 901-795-5056
Monday - Friday:   8:00 a.m. - 7:00 p.m. (CST)
Closed Saturday and Sunday

## Dallas Sales Center

8105 North Beltline Road, Suite 100
Irving, TX 75063
Telephone: 214-441-3333
Monday - Friday:   10:00 a.m. - 7:00 p.m. (CST)
Saturday:   10:00 a.m. - 3:00 p.m. (CST)
Closed Sunday

## Phoenix Sales Center

1606 E. University #109
Phoenix, AZ 85034
Telephone: 602-358-2066
Monday - Friday:   10:00 a.m. - 7:00 p.m. (PST)
Saturday:   10:00 a.m. - 3:00 p.m. (PST)
Closed Sunday

## Des Plaines Sales Center

200 Howard Avenue, Suite 232
Des Plaines, IL 60018-5910
Telephone: 847-298-9533
Monday, Wednesday and Friday: 10:00 a.m. - 6:00 p.m. (CST)
Tuesday and Thursday:   Noon - 8:00 p.m. (CST)
Saturday:   10:00 a.m. - 3:00 p.m. (CST)
Closed Sunday

## Bronx Sales Center

2359 Hollers Avenue
Bronx, NY 10475
Telephone: 718-708-7020
Monday, Wednesday and Friday: 10:00 a.m. - 6:00 p.m. (EST)
Tuesday and Thursday:   Noon - 8:00 p.m. (EST)
Saturday:   10:00 a.m. - 3:00 p.m. (EST)
Closed Sunday

## Tracy Sales Center

470 West Larch Road, Suite 10
Tracy, CA 95304
Telephone: 209-832-4110
Monday and Wednesday:   Noon - 8:00 p.m. (PST)
Tuesday, Thursday and Friday: 10:00 a.m. - 6:00 p.m. (PST)
Saturday:   10:00 a.m. - 3:00 p.m. (PST)
Closed Sunday

## Houston Sales Center

4702 N. Sam Houston Pkwy. W., Suite 130
Houston, TX 77086
Telephone: 281-895-8193
Monday, Wednesday and Friday: 10:00 a.m. - 6:00 p.m. (CST)
Tuesday and Thursday:       Noon - 8:00 p.m. (CST)
Saturday:              10:00 a.m. - 3:00 p.m. (CST)
Closed Sunday

All walk-in orders must be placed and fully paid by the close of business day at the respective Sales or Distribution Center on the designated EOM day. Please have your order ready before handing it to a Sales Order Representative. You must have your Herbalife Distributor ID number, photo ID and order number with you when you pick up your order.

Cashier's checks, money orders, most major credit cards, wire transfers or cash are the acceptable terms for purchasing products and other materials through the Herbalife Sales or Distribution Centers.

## Payment Policy

Please note that all orders must be paid in full, processed and accepted for Herbalife to ship and release the order. The following are acceptable methods of payment:

## Personal Checks

Those who become Supervisors and who have been fully qualified for 30 days may use (in addition to the previously listed methods of payment) personal checks to purchase products. A check-writing policy of $5,000 in one day is the maximum amount allowed. Any order in excess of this amount must be paid for by one of the methods previously noted.

## Guaranteed Checks

Cashier's checks, traveler's checks and money orders, which must be made out to Herbalife International of America, Inc., and must be in U.S. dollars only. Guaranteed checks may be used for mail and walk-in orders only.

## Most Major Credit Cards

Visa, MasterCard, American Express (dollar amount is at Amex's discretion, mostly under $200.00) and Discover. The credit card must be in the name of the purchaser. Credit cards may be used for telephone, mail and walk-in orders.

## Cash

U.S. dollars only. Cash may be used for walk-in orders only. Please do not mail cash!

## Automatic Payment System (APS)

To speed up and simplify the processing of your telephone order, Supervisors who have been fully qualified for 30 days may authorize Herbalife to deduct the exact amount from their bank or other financial institution as payment for their order.

## Wire Transfers

- Distributors may purchase products from Herbalife by bank-to-bank transaction.
- Wire transfers must be initiated by the designated End-of Month (EOM) day, and must be received and verified by the bank's report by the 5th of the following month (regardless of what day the actual EOM falls on).
- You must reference your Herbalife ID Number and order number with your transfer.
- If you wish to use this method, contact Herbalife's Sales Order Department for the correct procedure.
- Wire transfer orders will be shipped when the correct payment is received by Herbalife.

## Shipping Procedures

All orders will be shipped on the next business day, whenever possible, if all moneys have cleared. You must indicate the method of shipment as applicable (e.g., air, FedEx, motor freight, etc.) on each order.

Selecting the right method of shipment for your order is an important decision. You will want to keep the freight cost as low as possible and at the same time, get the best results in terms of service. The decision must be based on distance, weight and size of the order, and how rapidly you want it delivered. You should call the various freight carriers in your area for rates and service details. However, here is some general information on how they work:

## Federal Express (FedEx) Home Delivery

Federal Express home delivery is our standard ground carrier. This may be one of your best options for shipping.

## Things to Remember:

- FedEx takes typically three to five (3 to 5) working days for delivery. It is recommended that someone be available at the "Ship To" address to accept the shipment. (You may desire to address your shipment to your neighbor, friend, relative, etc.)
- Herbalife allows a maximum weight of 48 pounds per box.
- When your shipment consists of several boxes, they may not all be delivered at the same time. (If this happens, simply allow two [2] additional days for the balance of the shipment to be delivered.)

All orders to be shipped via FedEx are shipped from the Los Angeles and Memphis Distribution Centers on a freight prepaid basis. When you request FedEx as the method of shipment on an order, your delivery and freight will be calculated as indicated in the ground chart on the following page.

### FedEx 2 and 1 Day Delivery

FedEx - 2 Day 6% - $8 minimum
FedEx - 1 Day 10% - $16 minimum
All Other Shipping Methods COD

| Rate | times (X) | Retail Value |
|---|---|---|
| 2.50% | | $1,000 and Up |
| 3% | | $700 - $999 |
| 3.50% | | $400 - $699 |
| 4% | | $125 - $399 |
| $6.00 | Minimum | $0 - $124 |

### Examples:

A) $400 retail value x 3.5% = $14.00 freight cost
B) $130 retail value x 4% = $5.20 freight cost
C) $124 retail value - add $6.00 minimum freight cost
Please be sure to include the shipping costs in your payment to avoid any delay in processing and shipping your order.

### Motor-Freight Carrier

When your order weight exceeds 100 pounds, you may want to consider a motor-freight carrier. Generally you will pay for a minimum of 100 pounds of freight.

### Things to Remember:

- All truck shipments are made on a freight-collect basis.
- This service will range from overnight delivery to five (5) or more working days, depending on the distance between the shipping point and the destination.
- Door-to-door delivery is provided to most locations or, upon request, your order may be held at the dock for pickup.
- Generally, the complete shipment is delivered at once.
- If door-to-door is requested, there must be someone available at the "Ship To" address to accept the shipment.
- The heavier the shipment, the lower the freight rate per pound. For more detailed information, call your local trucking companies.

### Air Shipping

Special rates are available for almost any shipment size, but when your order weighs over 200 pounds, it may be to your advantage to consider the delivery time and the possible cost savings. The airfreight industry is becoming very cost competitive with ground-freight transportation. Convenient special freight-cost programs are available through most airlines.

For example, E and EH Disposable Corrugated Air Containers can be shipped at special rates, or you can take advantage of the special rates of the deferred airfreight programs.

### Things to Remember:

- All air shipments are made on a freight-collect basis.
- Airfreight offers the fastest means of transportation.
- They offer call-upon-arrival service.
- Your order can be delivered to your door.
  (This requires an additional charge, and someone must be available to accept the shipment.)
- Shipments may be held at the airport terminal for pickup.
- Weekend service is available at most major airports.
- Air containers have special rates. (When using this method, remember that the total cubic footage cannot be 100% utilized due to the variance of product dimensions.)
- Please specify the airport of destination, or the airline will ship to the airport closest to the "Ship To" address.
- There is excellent traceability. For more specific information, call the airfreight carriers at the airport(s) closest to you.

### Air- and Truck-Freight Insurance

Herbalife recommends that you insure your air and truck shipments at their full discounted value for a small premium. Typically the cost of the airfreight insurance is approximately 40 cents for each $100 declared value. For example, if you are a Supervisor placing a $2,000 retail order at a 50% discount, you are paying $1,000. If you declare this $1,000 as your freight value, your full insurance coverage will cost $4. When ordering, indicate in the shipping instructions that you wish to have your order "insured at full value." The additional insurance amount will be added to your freight charges. Without the insurance, you can only collect the amount determined by the freight company policy. (Flat and per pound rates vary from carrier to carrier, but tend to be in the area of 50 cents to 60 cents per pound.)

### When Receiving Your Shipment

All Herbalife® products are in perfect condition when the carrier takes possession of the shipments at our Distribution Center loading docks. Upon receipt of your package, here are some things to remember:

- Your signature means that you have received your shipment in a satisfactory manner (unless otherwise specified).
- Determine the number of boxes your shipment includes, either by the packing slip or by the number of boxes marked on top of each box (e.g., 1 of 3, 2 of 3, etc.).
- Only sign "Received" for the number of boxes actually received.

- Check your shipment for obvious outside damages. (Even though there is no apparent damage on the outside of a box, some damage may have occurred inside.) See "Shipping Inquiries and Claims" below.
- Note any damages and/or box shortages on the carrier's delivery documents. (FedEx may not deliver all boxes the same day.)

### Shipping Inquiries and Claims

For any specific inquiry or problem associated with a particular shipment (damaged and lost order claims, etc.) please call Herbalife's Order Support Department toll-free at 866-866-4744.

### FedEx Home Delivery Claims

- FedEx lost shipments (complete or partial) must be reported to Herbalife International within seven (7) days after the estimated time of arrival.
- Any hidden damages found on a FedEx delivery, discovered after the FedEx driver has left, must be reported to your local FedEx office immediately. FedEx will send a driver to pick up the damaged items for inspection. Keep the damaged items in the original package as found, including all packing material and the master container.
- FedEx will forward a copy of the damage-inspection report to the Herbalife Distribution Center that originated the shipment.
- The Distribution Center, upon receiving this report, will initiate the proper FedEx claim(s) procedures and follow up to completion.
- In some instances, FedEx may desire not to send an inspector to pick up the damaged items. However, the damage report will still be generated, and the same procedure as above will take effect. In either case, you will be given a control number from FedEx.

### Month-End Ordering Guidelines
**General-United States**

The Herbalife U.S. Sales Order Department, as well as all Herbalife International Sales Order Departments, will be open extended business hours on the designated End of Month (EOM); Distribution Centers will be open regular business hours that day.

#### A. Business Hours
1. Sales Order Department:
   English and Spanish Lines
   Monday - Friday: 9:00 a.m. - 6:00 p.m. (PST)
   Saturday: 6:00 a.m. - 2:00 p.m. (PST)
   EOM: 9:00 a.m. - 12:00 a.m. (PST)
   Holidays: 9:00 a.m. - 2:00 p.m. (PST) or Closed
   Closed Sunday

2. TTY Assistance: TTY User: 800-503-6180
   Monday - Friday: 9:00 a.m. - 6:00 p.m. (PST)
   Closed Saturday and Sunday

3. Los Angeles Distribution Center (LADC):
   Monday - Friday: 9:00 a.m. - 7:00 p.m. (PST)
   Saturday: 9:00 a.m. - 5:00 p.m. (PST)
   Closed Sunday

4. Memphis Distribution Center:
   Monday - Friday: 8:00 a.m. - 7:00 p.m. (CST)
   Closed Saturday and Sunday

5. Dallas Sales Center:
   Monday - Friday: 10:00 a.m. - 7:00 p.m. (CST)
   Saturday: 10:00 a.m. - 3:00 p.m. (CST)
   Closed Sunday

6. Phoenix Sales Center:
   Monday - Friday: 10:00 a.m. - 7:00 p.m. (PST)
   Saturday: 10:00 a.m. - 3:00 p.m. (PST)
   Closed Sunday

7. Des Plaines Sales Center:
   Monday, Wednesday and Friday:
   10:00 a.m. - 6:00 p.m. (CST)
   Tuesday and Thursday: Noon - 8:00 p.m. (CST)
   Saturday: 10:00 a.m. - 3:00 p.m. (CST)
   Closed Sunday

8. Bronx Sales Center:
   Monday, Wednesday and Friday:
   10:00 a.m. - 6:00 p.m. (EST)
   Tuesday and Thursday: Noon - 8:00 p.m. (EST)
   Saturday: 10:00 a.m. - 3:00 p.m. (EST)
   Closed Sunday

9. Tracy Sales Center:
   Monday and Wednesday: Noon - 8:00 p.m. (PST)
   Tuesday, Thursday and Friday: 10:00 a.m. - 6:00 p.m. (PST)
   Saturday: 10:00 a.m. - 3:00 p.m. (PST)
   Closed Sunday

10. Houston Sales Center:
    Monday, Wednesday and Friday:
    10:00 a.m. - 6:00 p.m. (CST)
    Tuesday and Thursday: Noon - 8:00 p.m. (CST)
    Saturday: 10:00 a.m. - 3:00 p.m. (CST)
    Closed Sunday

#### B. Business Numbers/Addresses
1. Operations World Home Office
   a. Toll-Free Number (Distributor Relations in English and Spanish): 866-866-4744
   b. TTY Assistance: TTY User: 800-503-6180
   c. HAP Order Line: 866-866-4744

    d. Mailing Address
       Herbalife International of America, Inc.
       Sales Order Department
       P.O. Box 80210
       Los Angeles, CA  90080-0210
    e. Express Mail Only
       Herbalife International of America, Inc.
       Sales Order Department
       950 West 190th Street
       Torrance, CA  90502

2. Los Angeles Distribution Center (LADC)
   (Walk-In and Pickup Service)
   Herbalife International of America, Inc.
   930 E. 233rd Street
   Carson, CA  90745

3. Memphis Distribution Center
   (Walk-In and Pickup Service)
   Herbalife International of America, Inc.
   5025 Crumpler Road
   Memphis, TN  38141

4. Dallas Sales Center
   (Walk-In and Pickup Service)
   8105 North Beltline Road, Suite 100
   Irving, TX 95603

5. Phoenix Sales Center
   (Walk-In and Pickup Service)
   1606 E. University #109
   Phoenix, AZ 85034

6. Des Plaines Sales Center
   (Walk-In and Pickup Service)
   200 Howard Avenue, Suite 232
   Des Plaines, IL 60018-5910

7. Bronx Sales Center
   (Walk-In and Pickup Service)
   2359 Hollers Avenue
   Bronx, NY 10475

8. Tracy Sales Center
   (Walk-In and Pickup Service)
   470 West Larch Road, Suite 10
   Tracy, CA 95304

9. Houston Sales Center
   (Walk-In and Pickup Service)
   4702 N. Sam Houston Pkwy. W., Suite 130
   Houston, TX 77086

For additional information on products, qualifications, Marketing Plan, etc., please contact the Distributor Relations Department English and Spanish Lines:
Monday - Friday:  9:00 a.m. - 6:00 p.m. (PST)
EOM:     9:00 a.m. - 6:00 p.m. (PST)
Closed Holidays, Saturday and Sunday

### End-of-Month Ordering and Payment Deadlines

The deadlines specified below are set to ensure accurate payment of Royalty Overrides to each and every Distributor.

- All orders MUST be received on or before the End-of-Month (EOM) day in order to count for that month's Volume. The EOM day is absolutely the last day for us to process your order in the current month.

- Telephone orders must be placed and fully paid by the end of business day on each country's specified EOM day.

- Fax orders (where applicable) must be placed and received with appropriate payment by midnight on each country's EOM day. (It is strongly recommended that you keep copies of all fax confirmations.)

- Mail orders must be postmarked on or before each country's specified EOM day and received by Herbalife NO LATER than the 5th of the following month. Appropriate payment must be included with the order.

- Walk-in orders must be placed and fully paid by close of business day on the specified EOM day.

- Wire transfers or postal payments must be initiated on or before each country's specified EOM day. These transactions must be received no later than the 5th of the following month.

- All payments for all orders placed on the EOM day must be processed, accepted and paid in full by the end of that same day to count for that month's Volume, no matter what day the EOM actually falls on.

- Herbalife shall not be held responsible for monetary transfers that are not deposited to our account by the specified deadline.

- Distributors are responsible for making whatever arrangements necessary to ensure payment is received on time and that adequate credit is available to assure approval of any credit card purchases. If payment is not received by the specified date, the order will count as the following month's Volume.

- If the EOM falls into the beginning of the next month, causing a dual Volume Month, Distributors are responsible for specifying the order month they wish the Volume of the order to count towards.

- International orders must be placed on or before the shipping country's End-of-Month date.

## Tax Information

The following notes highlight key points of interest for Herbalife Distributors. These notes are not intended to cover all aspects of registration or taxation that may affect your Distributorship, so we recommend that Distributors consult with their own tax or business advisor, or their local, state or federal taxation offices.

### A. Federal/State Income Tax and Reporting

1. Income tax laws in the United States, and in various states and municipalities within the United States, require that individuals with income from businesses report such income. Residents and those who are citizens of the United States, wherever resident, are required to file income tax returns reporting all of their income. Nonresidents may also need to report their U.S. income. Distributors are solely responsible for the proper reporting of their income and payment of their taxes.

2. It is important to establish and maintain a proper set of books and records for your business. Inexpensive manual and computerized systems are available, or you may prefer to hire an experienced bookkeeper. Under federal law, tax records should be maintained for a minimum of three (3) years, but it may be prudent to maintain them for a longer period.

3. Federal and state tax laws impose certain reporting requirements upon Herbalife. On or before January 31 of each year, U.S. Distributors will be sent a Form 1099 in which they must specify the amount of earnings (commissions, overrides, bonuses, etc.) they received during the prior calendar year. The form will also note whether the Distributor purchased $5,000 or more retail value of products. This information is also filed with the Internal Revenue Service (IRS), and from there is made available to the states.

4. For these reporting reasons, all Distributors in the United States and those who are citizens of the United States, wherever resident, must provide proper taxpayer identification numbers (usually their Social Security number or Individual Tax Identification Number). It is the Distributor's responsibility to assure that the name, legal address and taxpayer identification number are properly recorded in the Herbalife computer system and to immediately advise if a correction is needed. If such information is not correct, tax laws impose a "backup" withholding tax. The tax so withheld can be claimed by the Distributor on their individual income tax return as a prepayment of tax.

### B. Nonresident Withholding Tax

1. All payments of commissions, overrides and bonuses resulting from U.S. orders are deemed by the IRS to be U.S. source income. As such, payments to upline Distributors residing outside the United States are subject to U.S. nonresident withholding tax (currently 30%).

2. On or before March 15 of each year, Herbalife will send a Form 1042-S to Distributors in which they will report the amount of earnings paid and the amount of U.S. tax withheld. Depending on the Distributor's situation and the laws of the Distributor's resident country, a refund from the IRS may be requested or relief from double taxation is often available. Affected Distributors are encouraged to consult with their tax advisors.

### C. State and Local Sales Taxes

1. Many Herbalife products are taxable under the various states' sales tax laws. Distributors are primarily responsible for their own sales tax liability and should ensure they are in compliance with all applicable sales tax laws.

2. Herbalife has voluntarily registered in many states to pre-collect state sales taxes on behalf of Distributors and, thus, reduce the Distributors' compliance requirements. In these instances, sales tax is based on the ultimate retail price of products shipped for resale to these states. In some states, Distributors may obtain from the state and submit to Herbalife a resale/exemption certificate. By doing so, the Distributor retains primary responsibility for the collection, reporting and payment of all such taxes. For a list of these states, please contact the Distributor Relations Department toll-free at 866-866-4744.

### D. Business Licenses and Registrations

Many cities or municipalities within the United States require that Distributors register their business when starting their business activity. We recommend that U.S. Distributors contact their local government offices for information about these requirements.

### E. Social Security or Individual Tax Identification Number and Other Taxes

All Herbalife Distributors are independent and as such, are responsible for their own social security or Individual Tax Identification Number, Medicare and other taxes as may apply. Advance payments of these taxes may be required. Further information is available from the respective tax office or your tax advisor.

The information noted above may be modified from time to time by the respective authorities. To ascertain your personal situation or if you have any questions, we suggest that you consult the respective federal, state and local tax offices in your area, or your qualified tax advisor.

# Frequently Asked Questions

### Do I have to wait for my Distributor Application to be processed before placing an order?
It's not necessary to wait for your Application to be processed. You are entitled to buy Herbalife products from your Sponsor, first upline Fully Qualified Supervisor or the Herbalife Sales Order Department (at the applicable discount) utilizing the Herbalife ID number on the Registration Card contained in your International Distributor Kit (IBP).

### How do I place an order?
It's easy! You may place orders through your Sponsor, upline Supervisor, or Herbalife directly. When you become a Supervisor you must purchase directly from Herbalife. It is important for you to have certain information prepared prior to placing an order directly with Herbalife. You may place orders with Herbalife by telephone, mail, by going to one of our Distribution Centers (Los Angeles or Memphis) or via our online ordering system on MyHerbalife.com.

### May I go to the Distribution Center and pick up the products myself?
You may either place your order with our Sales Order Department and specify that you will pick it up in person, or you can simply go to our Los Angeles, Memphis, Dallas or Phoenix Sales and Distribution Centers, place and pay for your order there, and pick up the products at the same time.

### May I call Herbalife directly with questions?
We're here to assist you in any way possible. We always encourage you to first consult your IBO/Career Book and to work closely with your Sponsor and upline Supervisor, since they have a great deal of field experience. However, if we may assist you, please call Herbalife's Distributor Relations Department toll-free in Los Angeles at 866-866-4744.

### How quickly will my order be processed and how long will it take to reach me?
All orders will be shipped the next business day, whenever possible, if payment is received and processed. Shipping times vary, of course, depending on the shipping method you choose. All orders shipped from our Los Angeles and Memphis Distribution Centers via FedEx home delivery service are shipped freight prepaid, and will generally arrive within three to five (3 to 5) working days. Distributors commonly use FedEx when an order weighs under 200 pounds. Express, motor carrier and air services are also available on a freight-collect basis, in order to provide you with the widest possible variety of choices.

### Do I have to pay any other charges on top of the price of the products?
Orders shipped via FedEx, Herbalife's most popular freight service, are shipped freight prepaid. All other freight services are shipped freight collect. We also add a 7% packaging and handling charge to the full retail of all products, giftables and promotional orders. Taxes, of course, are based on the tax rates of your shipping destination.

### Why do I have to pay a 7% packaging and handling charge?
A great deal of administrative time and labor goes into processing, handling and marketing. Charging by products ordered is the fairest way to cover these costs.

### I've heard a lot about the HAP Program. What is it all about?
**HAP** stands for **Herbalife Advantage Program**. HAP is an automatic monthly product shipment program, providing Distributors with an effortless, flexible and convenient method for selecting and automatically shipping the products they use the most. HAP also provides Herbalife Distributors who activate their HAP orders with exclusive added benefits, including free activation no Annual Processing Fee for non-Supervisors with active HAP orders; 35% to 50% discount; multiple HAP orders – one for personal use and one consisting of products for resale; additional sales tax savings (on personal use orders only); single-unit purchases; automatic, consistent monthly home delivery; special promotional offers; flexibility to change your HAP order (anytime before HAP deadline); free monthly literature and communications; and easy automatic payment options. You will find a HAP Distributor Activation and Order Form in this book. You may download the form from MyHerbalife.com. There also are dedicated HAP Sales Order telephone numbers listed in the "Ordering Procedures" section of this book. For additional information, please contact Herbalife's Distributor Relations Department at 866-866-4744.

### How do I retail the products?
Retailing the Herbalife products will be one of the most important keys to your success! As Herbalife's founder and first Distributor, Mark Hughes always stressed, use the products, wear the button and talk to people. You will develop your own selling style, which might include talking to your circle of influence, distributing flyers, conducting surveys and/ or participating in seasonal promotions. Your Sponsor has the field experience to provide you with the proper training.

### Wear the Button
- You become a walking advertisement.
- Wear or use or any Herbalife item that will attract people to talk to you – this makes conversation easy.

### Talk to People
- When they ask, tell your weight-management success story or your income success story.
- Explain the products and business opportunity.
- Explain how they can improve their health and also make immediate profits.
- Talk to people you know.
- Talk to everyone.

### May I export the products?
Regulations vary from country to country in which we are officially open. Each country has its own line of products, literature and promotional items specific to each of these countries. Distributors may only bring products approved for a specific country within that country. Distributors may not bring products from one Herbalife country to another, unless approved for sale there.

### Where can I get more training on the Herbalife products and selling methods?
You have a multitude of fantastic choices! Your Sponsor and/or upline Supervisor should be able to assist you, and we always suggest you contact them first. There are many training sessions held throughout the world every year, and by clicking on MyHerbalife.com, you can access training and business-building tools 24/7. Some of our websites include:

### Herbalife.com
Herbalife's official website establishes Herbalife as the leading weight loss, targeted nutrition and outer nutrition site for information, education and retail/business opportunity lead captures.

### MyHerbalife.com
The primary business management and success resource website for Herbalife Distributors – optimizing recruitment, retention, retail and community. Login requires Distributor ID and PIN Code.

### HerbalifeCentral.com
An administrative website dedicated to Herbalife Distributors worldwide.

### LivingHerbalifeLean.com
A lifestyle management program dedicated to helping people break the emotional-eating habit.

### HerbalifeFamilyFoundation.org
This website is dedicated to the Herbalife Family Foundation, which helps at-risk children around the world. If prompted for a password, please contact the Sales and Communications or Distributor Relations Departments.

There is also the Herbalife Broadband Network (HBN), which features fast, high-quality audio and video streaming to anyone with Internet access, 24 hours a day.

### Herbalife Broadband Network (HBN) offers:
- Exciting product launches
- Unbeatable video training from Herbalife's Founder Mark Hughes
- Live question-and-answer sessions with top Distributors and Herbalife's Doctors
- Motivation by Jim Rohn, world-renowned business speaker
- House-Party training

Our Sales and Communications Department also operates a Touchfon information service that will keep you updated with the latest Herbalife information at a nominal charge. For additional information on these and many other business tools available, please contact Herbalife's Distributor Relations Department toll-free at 866-866-4744.

### Once I qualify for earnings, are there any special procedures to follow?
Yes, and they are quite simple. In order to receive your earnings, as a Fully Qualified Supervisor or TAB Team member you must strictly adhere to Herbalife's 10 Retail Customers/70% Rule. (Please refer to Rules No. 18-B and No. 18-C in the "Rules of Conduct and Distributor Policies" section of this book for complete information.)

### Are there any tax issues I should be aware of?
Yes, and they are similar to any business you would independently operate. Distributors are solely responsible for the proper reporting of their income and payment of their taxes. Any questions should be referred to the individual Distributor's own tax advisor. (For more information, please refer to the "Tax Information" section after the "Ordering Procedures" section of this book.)

### Rules of Conduct and Distributor Policies USA
### IMPORTANT NOTICE!
Following are the answers to some of the most commonly asked questions by new Distributors regarding Herbalife's Rules of Conduct and Distributor Policies. Please carefully review the "Rules of Conduct and Distributor Policies" section in this book, which will provide you with the full details.

These Rules of Conduct and Distributor Policies have been established for your protection. They represent the code of ethics by which all Herbalife Distributors must operate.

We encourage you to read and understand them, so you are fully aware not only of your own obligations, but also of your rights as an Herbalife Distributor. We believe Herbalife® products and Sales & Marketing Plan are the best in the industry. We also believe in our Distributors and in supporting them by working together to uphold the highest possible ethical standards. We are committed to maintaining the integrity of Herbalife, its Sales & Marketing Plan and its global distribution network of Distributors.

### What are the age requirements for becoming a Distributor?

An Applicant must be at least 18 years of age to become an Herbalife Distributor and to conduct business in the United States. However, a minor who is above the age of 14 may submit an Application for a Minor Distributorship, under certain conditions. (Please refer to Section 3 in the "Rules of Conduct and Distributor Policies" section for full details.)

### May my spouse and I have separate Distributorships?

Married couples may have only one Distributorship. Married couples wishing to become Distributors together, must complete and sign a single Distributor Application, thereby having only one Sponsor. It is very important for new Distributors to note that an individual may have only one Herbalife Distributorship and should never sign more than one Distributor Application. (Please refer to Sections No. 4 and No. 5 in the "Rules of Conduct and Distributor Policies" section of this book for full details.)

### May I submit my Distributor Application in the name of a Corporation or Partnership?

The long-term success of Herbalife's Sales & Marketing Plan has been based on the entrepreneurial spirit of individuals. In order to help protect the integrity of the Sales & Marketing Plan, Herbalife only accepts Distributor Applications in the name of individuals. (Please refer to Section 6 in the "Rules of Conduct and Distributor Policies" section of this book for full details.)

### What is the relationship with my Sponsor?

The relationship between a Distributor and their Sponsor is the foundation of Herbalife's Sales & Marketing Plan. Many Sponsors spend a significant amount of time locating new Distributors, training and working with them over a period of time. (Please refer to Section 11 in the "Rules of Conduct and Distributor Policies" section of this book for details regarding the responsibilities of a Sponsor.)

### May I sell Herbalife products anywhere in the world?

As an Herbalife Independent Distributor, you may sponsor Distributors, train and build your downline business in any of the countries where Herbalife is officially open. Please note, Distributors may only sell products approved for a specific country within that country. They may not bring products from one Herbalife country to another, unless approved for sale. Permissible Herbalife business activities vary in each country, depending on local laws. Please contact Herbalife's Distributor Relations Department for detailed information on a specific country's rules. Officially opening a country is an involved and complicated process. All countries have rules and regulations regarding the manufacture, labeling and sale of products and other regulations with which we must comply. Therefore, we cannot allow the sale of our products in a country in which we are not yet officially open. Additionally, country openings will be delayed if government officials find that our products are being improperly imported into that country. For these reasons, we consider violations of our export policy to be extremely serious. Such violations could result in the immediate termination of a Distributorship. (Please refer to Section 9 of the "Rules of Conduct and Distributor Policies" section of this book for complete information.)

### What is Herbalife's Customer Refund Policy?

Herbalife® products have a 30-day money-back guarantee for the retail customer, from the time the product is received. Distributors must respond quickly and courteously when the retail customer requests this guarantee be honored. The Distributor may offer the retail customer a choice of a full refund of the purchase price or full credit for exchange of other Herbalife products, and the Distributor must honor the retail customer's choice. (Please refer to page 23 of the "Sales & Marketing Plan" section and Section 17 in the "Rules of Conduct and Distributor Policies" section of this book for full details on these procedures, policies and rules.)

### Does Herbalife have specific policies and rules regarding advertising and promotion?

The integrity of Herbalife's Sales & Marketing Plan and legalities make it necessary for us to enforce important rules and policies regarding advertising and promotion. We are confident that you will find these rules and policies protect you and your business as much as they protect Herbalife.

Distributors may produce their own ads or flyers, provided they follow all of Herbalife's rules for advertising. It is the Distributor's responsibility to ensure they are complying with these rules. If you have any questions regarding our advertising guidelines, please contact Herbalife's Distributor Relations Department. (Additionally, please refer to Sections 19 through 28 in the "Rules of Conduct and Distributor Policies" section for full details.)

## Herbalife Worldwide Offices

Listed on this page are the addresses, phone numbers and hours of operation for Herbalife's Worldwide Corporate Headquarters, Operations Home Office and U.S. Distribution and Sales Centers. Herbalife Distributors may order products or literature to be shipped from any of our Worldwide Distribution Centers. However, no material can be shipped across international boundaries. Please contact your local Sales Order Department to place an international order.

For information regarding Herbalife's Distribution Centers throughout the world, please refer to the listing on MyHerbalife.com, or contact the Distributor Relations Department toll-free at 866-866-4744.

If you have any questions or require assistance placing an order, please call Herbalife's Sales Order Department or the Distribution Center nearest you.

### Herbalife International of America, Inc.
Worldwide Corporate Headquarters
800 West Olympic Boulevard, Suite 406
Los Angeles, CA 90015, USA
Main Number: 310-410-9600
Hours: Monday - Friday:     8:30 a.m. - 5:30 p.m. (PST)
   Closed Saturday and Sunday

### Herbalife International of America, Inc.
Operations Home Office
950 West 190th Street
Torrance, CA 90502
Main Number: 310-410-9600
Hours: Monday - Friday:     8:30 a.m. - 5:30 p.m. (PST)
   Closed Saturday and Sunday

### Sales Order Department
Hours: Monday - Friday:   9:00 a.m. - 6:00 p.m. (PST)
   Saturday:   6:00 a.m. - 2:00 p.m. (PST)
   EOM:   9:00 a.m. - 12:00 a.m. (PST)
   Holidays:   9:00 a.m. - 2:00 p.m. (PST)
      or Closed
   Closed Sunday

Sales Order Department: 866-866-4744 (All orders)

### Distributor Relations Department
Hours: Monday - Friday:   9:00 a.m. - 6:00 p.m. (PST)
   EOM:   9:00 a.m. - 6:00 p.m. (PST)
   Closed Holidays, Saturday and Sunday

Distributor Relations: 866-866-4744
Distributor Relations Fax: 310-258-7019

### TTY Assistance
TTY User: 800-503-6180
Hours: Monday - Friday:   9:00 a.m. - 6:00 p.m. (PST)
   Closed Saturday and Sunday

### Los Angeles Distribution Center (LADC)
930 E. 233rd St., Carson, CA 90745
Hours: Monday - Friday:   9:00 a.m. - 7:00 p.m. (PST)
   Saturday:   9:00 a.m. - 5:00 p.m. (PST)
   Closed Sunday

Main Number: 310-952-0100
Main Fax: 310-952-0111

### Memphis Distribution Center
5025 Crumpler Road
Memphis, TN 38141
Hours: Monday - Friday:   8:00 a.m. - 7:00 p.m. (CST)
   Closed Saturday and Sunday

Main Number: 901-795-5056
Main Fax: 901-547-2105

### Dallas Sales Center
8105 North Beltline Road, Suite 100
Irving, TX 75063
Hours: Monday - Friday:   10:00 a.m. - 7:00 p.m. (CST)
   Saturday:   10:00 a.m. - 3:00 p.m. (CST)
   Closed Sunday

Main Number: 214-441-3333
Main Fax: 214-441-3338

### Phoenix Sales Center
1606 E. University #109
Phoenix, AZ 85034
Hours: Monday - Friday:   10:00 a.m. - 7:00 p.m. (PST)
   Saturday:   10:00 a.m. - 3:00 p.m. (PST)
   Closed Sunday

Main Number: 602-358-2066
Main Fax: 602-384-2180

### Des Plaines Sales Center
200 Howard Avenue, Suite 232
Des Plaines, IL 60018-5910
Hours: Monday, Wednesday and Friday:
      10:00 a.m. - 6:00 p.m. (CST)
   Tuesday and Thursday:   Noon - 8:00 p.m. (CST)
   Saturday:   10:00 a.m. - 3:00 p.m. (CST)
   Closed Sunday

Main Number: 847-298-9533
Main Fax: 847-298-9710

**Bronx Sales Center**
2359 Hollers Avenue
Bronx, NY 10475
Hours: Monday, Wednesday and Friday:
    10:00 a.m. - 6:00 p.m. (EST)
    Tuesday and Thursday:  Noon - 8:00 p.m. (EST)
    Saturday:  10:00 a.m. - 3:00 p.m. (EST)
    Closed Sunday

Main Number: 718-708-7020
Main Fax: 718-708-7023

**Tracy Sales Center**
470 West Larch Road, Suite 10
Tracy, CA 95304
Hours: Monday and Wednesday:
    Noon - 8:00 p.m. (PST)
    Tuesday, Thursday and Friday:
    10:00 a.m. - 6:00 p.m. (PST)
    Saturday:  10:00 a.m. - 3:00 p.m. (PST)
    Closed Sunday

Main Number: 209-832-4110
Main Fax: 209-833-3650

**Houston Sales Center**
4702 N. Sam Houston Pkwy. W., Suite 130
Houston, TX 77086
Hours: Monday, Wednesday and Friday:
    10:00 a.m. - 6:00 p.m. (CST)
    Tuesday and Thursday:  Noon - 8:00 p.m. (CST)
    Saturday:  10:00 a.m. - 3:00 p.m. (CST)
    Closed Sunday

Main Number: 281-895-8193