# EXHIBIT F

# EXHIBIT F

# LIVE THE GOOD LIFE!
# HERBALIFE

**HERBALIFE.**

Exhibit F, p. 1 of 15

*Making the world healthier.*

# Mark Hughes devoted his life to making the dream of Herbalife come true



*Mark's mother, JoAnn Hughes, lost her life through efforts to lose weight.*

**MARK HUGHES**





- In 1980, Mark Hughes founded Herbalife, selling products out of the trunk of his car

- Thanks to positive product results, Herbalife is now a global company

- We combine the best of science and nature

*Numbers shown are approximations. They are not the actual sales numbers.

2

# Herbalife around the world


Herbalife Plaza, Los Angeles, CA


Germany Distribution Center


Brazil Distribution Center


Japan Distribution Center


U.K. Distribution Center


Mexico Distribution Center

- A premier nutrition and weight-management company

- Millions of satisfied customers in 65 countries

- Listed on the New York Stock Exchange

3

# Just take a look at your options



**A Part-Time Opportunity**
- Would you like to earn extra income during your free time?
- Do you like the idea of extra income without it interfering with your current job responsibilities?



**A Full-Time Opportunity**
- Are you tired of your current job and looking for a change?
- Are you looking for more free time with your family?
- Are you looking for financial freedom?



**The opportunity to earn more than you ever thought possible and make your dreams come true!**
- Would you like to take the first step?

# A business opportunity for everyone that's fun, simple and magical!



**1** Use the products
- Start achieving your results.
- You look healthy and feel great.
- People will notice and will ask you how you did it.
- Share your story and others' stories and offer the products.
- Teach others to use your products.

**2** Wear the button
- You will become a walking advertisement.
- Wear, use or show any Herbalife item that might get people's attention—this will facilitate the conversation.

**3** Talk to people
- Tell your weight-loss success story or business success story.
- Explain the product and the business opportunity.
- Explain how people can improve their health and earn extra income right away.
- Talk to people you know.
- Talk to the entire world.

# How does the business work?



**You just have to talk to**
- Family
- Friends
- Neighbors
- People you know…
- We even have plans to reach out to people you don't know

39

# Your marketing plan

## Your Marketing Plan
The best Distributor compensation plan in the industry!


**FOUNDER'S CIRCLE:** 10 first line, Fully Qualified President's Team members* in 10 separate lines of your downline organization


**CHAIRMAN'S CLUB:** 5 first line, Fully Qualified President's Team members* in 5 separate lines of your downline organization


**Diamond Watch**
1,000,000 Royalty Override points

**CHIEF EXECUTIVE PRESIDENT'S TEAM:** 4 first line, Fully Qualified President's Team members* in 4 separate lines of your downline organization

**INTERNATIONAL EXECUTIVE PRESIDENT'S TEAM:** 3 first line, Fully Qualified President's Team members* in 3 separate lines of your downline organization


**Gold & Diamond Cartier Watch**
750,000 Royalty Override points


**Marquis Diamond Ring**
500,000 Royalty Override points


**Cartier Tank Watch**
250,000 Royalty Override points

**SENIOR EXECUTIVE PRESIDENT'S TEAM:** 2 first line, Fully Qualified President's Team members* in 2 separate lines of your downline organization

**EXECUTIVE PRESIDENT'S TEAM:** 1 first line, Fully Qualified President's Team member* in any line of your organization


**White Gold & Diamond Signet Ring**
70,000 Royalty Override points 3 consecutive months


**White Gold & Diamond Necklace & Cufflinks**
60,000 Royalty Override points 3 consecutive months


**70K PRESIDENT'S TEAM:** Gold & Diamond Signet Rings 70,000 Royalty Override points in 3 consecutive months

**60K PRESIDENT'S TEAM:** Gold & Diamond Necklace & Cufflinks 60,000 Royalty Override points in 3 consecutive months


**50K PRESIDENT'S TEAM:** 50,000 Royalty Override points in 3 consecutive months, Plus other bonuses Up to 7% Organizational Production Bonus


**Herbalife-branded Movado Watches**
40,000 Royalty Override points 3 consecutive months


**40K PRESIDENT'S TEAM:** Herbalife-branded Movado watches, 40,000 Royalty Override points in 3 consecutive months


**30K PRESIDENT'S TEAM:** 30,000 Royalty Override points in 3 consecutive months Up to 6.75% Organizational Prodution Bonus


**20K PRESIDENT'S TEAM:** 20,000 Royalty Override points in 3 consecutive months Up to 6.5% Organizational Production Bonus

*For complete qualification details refer to your IBO.


**15K PRESIDENT:** Gold & Diamond Cufflinks & Earrings, 15,000 Royalty Override points in 3 consecutive months


**PRESIDENT'S TEAM:** 10,000 Royalty Override points in 3 consecutive months, All of the benefits of a supervisor PLUS 2%-6% Organizational Production Bonus Qualify for special Vacation and Training Events


**MILLIONAIRE TEAM:** 4,000 Royalty Override points in 3 consecutive months, All the benefits of a Supervisor PLUS 4% or 2% Organizational Production Bonus Qualify for special Vacation and Training Events

**TAB Team**
Top Achievers Business Team


**GLOBAL EXPANSION TEAM:** 1,000 Royalty Override points in 3 consecutive months, All the benefits of a Supervisor PLUS 2% Organizational Production Bonus Qualify for special Vacation and Training Events


**WORLD TEAM:** 2,500 volume points in each 4 consecutive months or 10,000 volume points at 50% in 1 month or 500 Royalty Override points in 1 month


**ACTIVE SUPERVISOR:** 2,500 volume points in 3 consecutive months


**SUPERVISOR:** 4,000 volume points in 1 month or 2,500 in 2 consecutive months, 50% Retail Profit, Up to 25% Wholesale Profit, Earn up to 5% Royalty Override on three levels


**SUCCESS BUILDER:** 1,000 volume points, Receive a 42% discount on a 1,000 Volume Point order, Special Success Builder recognition

**DISTRIBUTOR:** 25% Retail Profit, DISTRIBUTOR HAP–35%-42% Retail Profit, SENIOR CONSULTANT–30%-42% Retail Profit, 1%-17% Wholesale Profit

# Earn an income several different ways





**Direct Sales**
- As a Distributor $25 of every $100    **25%**
- As a Success Builder $42 of every $100   **42%**
- As a Supervisor $50 of every $100    **50%**

**Downline organization**
- Commission checks
- Royalty checks
- Bonus checks

## Plus:
- Recognition
- Promotions
- Training

# How to earn even more income

| Example 1 | Example 2 |
|---|---|
| **You = Supervisor (2,500 Volume Points)** | **You = Supervisor (2,500 Volume Points)** |
| You recruit & retain 2 supervisors | You recruit & retain 3 supervisors |
| • 2 Supervisors each produce 2,500 Organizational Volume Points | • 3 Supervisors each produce 2,500 Organizational Volume Points |
| • = 5,000 Volume Points   R.O. = $250/month | • = 7,500 Volume Points   R.O. = $375/month |
| They each recruit & retain 2 Supervisors | They each recruit & retain 3 Supervisors |
| • 4 Supervisors each produce 2,500 Organizational Volume Points | • 9 Supervisors each produce 2,500 Organizational Volume Points |
| • = 10,000 Volume Points   R.O. = $500/month | • = 22,500 Volume Points   R.O. = $1,125/month |
| They each recruit & retain 2 Supervisors | They each recruit & retain 3 Supervisors |
| • 8 Supervisors each produce 2,500 Organizational Volume Points | • 27 Supervisors each produce 2,500 Organizational Volume Points |
| • = 20,000 Volume Points   R.O. = $1,000/month | • = 67,500 Volume Points   R.O. = $3,375/month |
| Total of 35,000 Volume Points, Your R.O. = $1,750 Plus Production Bonus of 2% = $700 | Total of 97,500 Volume Points, Your R.O. = $4,875 Plus Production Bonus of 4% = $3,900 |
| **Total of Checks $2,450/mo.** | **Total of Checks $8,775/mo.** |

# Imagine…4 or 5!

*The incomes presented are applicable to the individuals depicted and are not a guarantee of your income, nor are they typical. For the Statement of Average-Gross Compensation for U.S. Supervisors, go to www.Herbalife.com or www.MyHerbalife.com.

41

## Amanda & Dan B.

"We started with Herbalife so Amanda could be a stay-at-home mom and make some extra money. Who knew then that we'd both be working this business full-time from home and making great money? At first, we put in seven to 10 hours a week, mostly around the kitchen table, while Dan continued at his job. Within a few months, we were earning a significant income, so we kept at it. Recently, our Herbalife income reached Dan's salary level, so Dan fired his boss! Today, we work at home, close to our two beautiful children, and earn $4,000 to $5,000 a month!"



## Xiao Hong J. & Zhong C.

"After 12 years as a model in Canada, I found myself getting less work as I got older. When my husband and I moved to New York and started a family, I looked for a way to supplement our income, but I had no business background. What amazed me about Herbalife was hearing from Distributors who, like me, had no experience but whose businesses succeeded. When I took the products and experienced that Herbalife glow, I couldn't help but get excited. With my husband joining me in the business, we're spending more time as a family, traveling with our children and doing the things we want!"



## Caritina V.

"At age 25, I was a housekeeper, and my husband and I earned an average income. But when we adopted our two children, and had a third almost immediately afterward, our needs changed. As a longtime Herbalife customer, I realized the business opportunity would be great for earning extra income. Just six months later, I quit housekeeping forever! I've grown personally and professionally. But the best part is, I work only when I want to, earning an average of $2,500 a month, enough to cover our expenses, and I still have plenty of quality time with my family."



42   *The incomes presented are applicable to the individuals depicted and are not a guarantee of your income, nor are they typical. For the Statement of Average-Gross Compensation for U.S. Supervisors, go to www.Herbalife.com or www.MyHerbalife.com.

Exhibit F, p. 9 of 15

## Melissa M.



"I had always wanted to be a stay-at-home mom, so I started my Herbalife business with the goal of quitting my job as a collection specialist within a year. Just 13 months later, I realized that dream! No more long hours away from my husband and two children. Thanks to Herbalife, I'm there for my kids whenever they need me. And with my $6,500-a-month income, we've been able to move into a new house and renovate. I'm even traveling now–which is amazing, considering that before Herbalife I'd never even been on an airplane!"

## Joseph M., III



"When I was introduced to Herbalife, I was skeptical. Then, years later, I realized that even though I had a great career as a UCLA professor, peak-performance coach and author, I had no residual income or retirement savings. What if I lost my job or got hurt? Terrified, I gave the opportunity a look and was intrigued. Regular people could run this business. Putting in just part-time hours at first, I grew my business consistently. Now, while earning $25,000 a month with Herbalife, I get to do all the things I love: play music and ride my motorcycle!"

## Clint G.



"I started with Herbalife as a 19-year-old college student painting houses to support myself. When the local weather began limiting my ability to find house-painting work, I needed another way to earn money. I found the Herbalife opportunity. Working just part-time, essentially from my car, I made $600 in my first month. And after working my Herbalife business part-time for two years, I was a 21-year-old earning $7,000 a month. Today, I live a wonderful life in Brazil, travel the world regularly and will soon be earning income from 10 countries around the world!"

*The incomes presented are applicable to the individuals depicted and are not a guarantee of your income, nor are they typical. For the Statement of Average-Gross Compensation for U.S. Supervisors, go to www.Herbalife.com or www.MyHerbalife.com.

43

Exhibit F, p. 10 of 15

# Caroline & Craig T.

## "We went from bankruptcy to being set for life!"



"When we found Herbalife, we were in financial ruin. Due to our wholesale jewelry business, our total debt was over $500,000 and we were forced into bankruptcy. We were 7 months behind on our mortgage and finally evicted from our home. We needed a chance, so we really embraced this opportunity when our friend told us about it. Caroline earned money in our first week. That was amazing! She went to a training and learned how to build the business. Her first month, working part-time, Caroline made about $3,000. Wow! And thanks to the excellent, step-by-step training and mentors we are currently earning about $14,000 a month. We are living in a brand new house, driving a new H2 Hummer and traveling the world! Today our monthly income is what Caroline used to earn in a year working in a dental office! We are more excited about this business than ever because of the huge growth in the industry and in the incredible opportunity for new people getting started today!*

44    *The incomes presented are applicable to the individuals depicted and are not a guarantee of your income, nor are they typical. For the Statement of Average-Gross Compensation for U.S. Supervisors, go to www.Herbalife.com or www.MyHerbalife.com.

# Trey & Mamie H.

## "We travel the world overseeing our business."



"Ever since I was a kid, watching my parents become wealthy as Herbalife Distributors, I knew that someday I'd be a part of this wonderful company. After finishing college, I turned my full attention to growing my Herbalife business and was soon fortunate enough to find a great partner, my future wife Mamie. When we met, Mamie was working as a nurse. She was so impressed with the products that she left her job to work Herbalife full-time with me. Our hard work has paid off. Today, we travel the world–overseeing our thriving, international business, meeting wonderful people and earning an incredible income along the way!"

*The incomes presented are applicable to the individuals depicted and are not a guarantee of your income, nor are they typical. For the Statement of Average-Gross Compensation for U.S. Supervisors, go to www.Herbalife.com or www.MyHerbalife.com.

45

Exhibit F, p. 12 of 15

# Ellie & Jim F.

## "We live in a lakefront house with an indoor pool."



"My passion in life has always been helping people. That's why I became a nurse. But even with my nursing income, and my husband Jim working for a pharmaceutical company, we were barely able to get by. Thank goodness for Herbalife! The products helped me get healthier than I'd ever been. And thanks to the business, we live in a lakefront home with an indoor pool, earn a six-figure income and have the freedom to travel and enjoy time with our children and grandchildren. This is simply the greatest company with the best products and opportunity in the world!"

*The incomes presented are applicable to the individuals depicted and are not a guarantee of your income, nor are they typical. For the Statement of Average-Gross Compensation for U.S. Supervisors, go to www.Herbalife.com or www.MyHerbalife.com.

# Make your dreams a reality.
# It's easy to start!

**1** Start using the products and experience their benefits

**2** Buy an International Business Pack and complete the Distributor application

**3** Define your personal goals



*Take advantage of all the support we offer:*

- Get in contact with your sponsor
- Attend local and regional training events
- Valuable information and tools on MyHerbalife.com
- Training and information conference calls

## WELCOME!

47

"It's all here at Herbalife – exciting, science-based products, experienced worldwide leadership, extensive training and an unbelievable marketing plan that rewards your efforts."

John T., Chairman's Club



©2007 Herbalife International of America, Inc. All rights reserved. Printed in USA.  #6704-US-03  8/07

HERBALIFE.                                                                 Exhibit F, p. 15 of 15  *Making the world healthier.*