# EXHIBIT I

# EXHIBIT I


**HERBALIFE.**   🖨 **Print this page**        Save

## Personal Information

|  |  |
|---|---|
| Sponsor Name: | EUGENE R▮▮▮▮ |
| Country of Residence: | USA |
| Distributor ID: | 101177606 |
| Last Name: | Bostick |
| First Name: | Dana |
| Middle Init: | G |
| Social Security or Individual Tax ID Number | ▮▮▮▮▮▮2 |
| Date of Birth: | January ▮, 1945 |
| Spouse's Last Name: | N/A |
| Spouse First Name: | N/A |
| Spouse Middle Init: |  |
| Spouse's Social Security or Individual Tax ID Number: | -- |
| Have you or your spouse been Herbalife Distributors or participated in any Herbalife Distributorship? | No |
| In Care Of: | Dana Bostick |
| Mailing Address: | ▮▮▮▮▮▮ |
| City: | N HOLLYWOOD |
| State: | CA |
| Zip Code: | 91606-2401 |
| Primary Phone: | (818) ▮▮▮▮ |
| Secondary Phone: | (818) ▮▮▮▮ |
| Mobile Phone: | (818) ▮▮▮▮ |
| Fax Number: |  |
| Legal/Fiscal Address: | ▮▮▮▮▮▮ |
| City: | N HOLLYWOOD |
| State: | CA |
| Zip Code: | 91606-2401 |
| Primary Email: | Dana@▮▮▮▮▮▮ |
| Do you wish to receive communication via email and/or online? | Yes |

## AGREEMENT OF DISTRIBUTORSHIP

1. I apply to become an independent Distributor of Herbalife products on the terms and conditions set forth below and on the back of this form, as well as the documents which are expressly incorporated into this Agreement of Distributorship. I will become a Distributor only when this Application for Distributorship is accepted by entering it into Herbalife's records at Herbalife's Home office in Los Angeles, California, in its sole and absolute discretion. Until then, I am granted a provisional license to buy and sell Herbalife products.

2. I acknowledge that I have reviewed the <u>Rules of Conduct and Distributor Policies</u> and am aware the policies require a one-year period of inactivity following

(a) non-payment of the Annual Processing Fee or
(b) resignation of any prior Distributorship, and represent and warrant that such period has passed.

3. I hereby represent, warrant and agree that I:
a. Have received and have reviewed thoroughly the contents of a previously unopened Herbalife International Business Pack ("IBP") or Mini IBP. The Mini IBP is the basic package containing only explanatory materials and forms and product sample packages. The IBP includes Herbalife products in

addition to the materials and forms in the Mini IBP.

b. Am not relying upon any representations as to the financial results I might achieve.

c. Am aware that the only required purchase to become, succeed or advance as an Herbalife Independent Distributor is the Mini IBP.

d. Although a distributorship is not employment, I confirm that I am authorized to work in the United States.

e. Have received and reviewed the Statement of Average Gross Compensation of U.S. Supervisors and the Policy Statement on Business Methods, both of which are contained in the Mini IBP and the IBP and which are available on www.MyHerbalife.com or upon request from my Sponsor or the Distributor Relations Department.

4. The Herbalife International Business Pack ("IBP"), contains (among other things) the Rules of Conduct and Distributor Policies, Supplemental Rules, the Sales and Marketing Plan, Ordering Procedures and Sample Forms. Those documents and such other rules and policies as Herbalife has published, or in the future may publish, together with such modifications and amendments as Herbalife shall make from time to time in its sole and absolute discretion (collectively, the "Rules"), are each hereby incorporated into this Agreement of Distributorship (each in its then most recently published form).

5. The term of my Distributorship will be annual, renewable from year to year thereafter, subject to procedures, requirements and processing fees as Herbalife shall determine in its sole and absolute discretion. I may cancel the Distributorship at any time by notifying Herbalife in writing that I wish to do so. Following termination of my Distributorship, I have the right to resell to Herbalife unused and resalable products purchased from Herbalife and unused and resalable portions of the IBP, subject to the limitations, terms and conditions set forth in the Rules.

6. Herbalife may terminate my Distributorship if it determines I have violated this Agreement (including without limitation the Rules or applicable law). It may suspend or take other action regarding my Distributorship, in its sole and absolute discretion subject only to the limitations explicitly set forth in the Rules.

7. As an Herbalife independent Distributor:
a. I will use my best efforts to promote the sale of Herbalife products to consumers in a manner that enhances the reputation of Herbalife. My success will only come from my sales of Herbalife product for consumption and those of persons I have sponsored, directly or indirectly.

b. I will not engage in any deceptive, unfair or illegal practice. I will indemnify, defend and hold harmless Herbalife from any cost or liability relating to any breach of this Agreement or violation of applicable law. Herbalife may offset against amounts which would otherwise be due to me reasonable amounts to cover such indemnity.

c. I will conduct my Herbalife business as a self-employed independent contractor (determining my own schedule and objectives, responsible for my own expenses and any applicable taxes—including self-employment taxes), not as an employee, agent, franchisee, securities holder, joint venturer, fiduciary or beneficiary of Herbalife or any other Distributor. I will not be treated as an employee with respect to such services for Federal tax purposes or any other tax or other purpose, and will assert no position to the contrary.

d. If I sponsor others to become Distributors, I will do so in an ethical and lawful manner, and I will thereafter continue to sell and promote the sale of Herbalife products for consumption, will use my best efforts to train, assist and support those I sponsor to do the same and will communicate and lead by example. I will make no representations about Herbalife's products or income opportunity except in compliance with Herbalife's Rules and applicable law. I may not order product primarily to qualify to earn compensation, as opposed to purchases for my own consumption and amounts I consider reasonable to service my customers.

Exhibit I, p. 2 of 5

e. Herbalife International of America, Inc., P.O. Box 80210, Los Angeles, CA 90080 collects certain personal identifiable information about its Distributors. It does so to fulfill its obligations under the Distributor relationship and to provide its Distributors with the products and services requested. I understand my information may be used to send me materials about Herbalife products and services, or other commercial information, including information on products of Herbalife's business partners.

8. During the term of my Distributorship:

And, thereafter for so long as they have economic value, my spouse and I will hold in confidence and trust for the exclusive benefit of Herbalife any trade secrets, formulas, business plans, or confidential or proprietary business information (including, without limitation, genealogies and other compilations of identifying and other data relating to other Distributors or customers), and any other information of commercial value relating to other Distributors or customers, provided by Herbalife or which I develop or obtain while a Distributor, and I will not use them, directly or indirectly, for any purpose other than the conduct of my Herbalife Distributorship.

And, for one (1) year thereafter, neither my spouse nor I will, directly or indirectly (through or by means of any person, entity or artifice), solicit, promote, sponsor or recruit any Herbalife Distributor or any customer of Herbalife of whom I became aware in the course of my Herbalife Distributorship, to join, promote, sell or purchase products of, or participate (as a salesperson or otherwise) in any multi-level marketing or direct sales company and I will not encourage anyone to do what I have agreed not to do.
And, in perpetuity thereafter, I will use Herbalife's trade name, logo, trademarks and intellectual property only if and to the extent expressly permitted by Herbalife in writing.

9. Neither this Distributorship nor any interest therein may be assigned or transferred, voluntarily or involuntarily, except as provided in the Rules and then only with the prior written consent of Herbalife, given (and if so, on such terms and conditions specified by Herbalife) or withheld by Herbalife in its sole and absolute discretion.

10. Herbalife is a family-oriented business that expects its Distributors to conduct themselves with the highest ethics and integrity. I agree to do so. I represent and warrant that I have not been convicted of a crime involving dishonesty or violence to others.

11. PRIVATE STATUTE OF LIMITATIONS AND CHOICE OF LAW AND FORUM:
Despite any law or equitable doctrine or authority to the contrary, any Claim must be brought within one (1) year from the date the person or entity asserting the Claim first knew, or through the exercise of reasonable diligence should have known, that the Claim existed. Any Claim shall be resolved exclusively in a judicial proceeding in either the Superior Court or the United States District Court, both located in Los Angeles, California. This Agreement, and any dispute arising from the relationship between the parties to this Agreement, shall be governed by the domestic law of the State of California without the application of conflict of law principles.

12. MISCELLANEOUS LEGAL PROVISIONS:
a. Neither Herbalife nor I shall be liable for any incidental or consequential damages caused by breach, termination or suspension of this Agreement, whether or not the possibility of such damages is known by either Party, and no punitive or exemplary damages shall be awarded against either of us in any dispute against the other except as explicitly required by California statute.

b. This Agreement (including documents incorporated herein, in their then published form) constitutes the entire Agreement between Herbalife and me.

c. If any one or more of the provisions contained herein shall for any reason be found by a court of competent jurisdiction to be invalid, illegal, or unenforceable in any respect, such invalid, illegal or unenforceable provisions shall be ineffective, but shall not in any way invalidate or otherwise affect any other provision.

This Agreement shall be binding upon and inure to the benefit of the parties, their heirs and permitted

Exhibit I, p. 3 of 5

successors in interest.

Revised 11/2009

HERBALIFE ELECTRONIC DISCLOSURE AGREEMENT AND ONLINE DISTRIBUTOR APPLICATION
AND AGREEMENT

By clicking "I AGREE" below, you agree that you have read and are bound by the terms of this Electronic
Disclosure Agreement, and the Herbalife Online Distributor Application and Agreement, which is fully
incorporated herein by reference (hereinafter, the "Agreement").

1. ELECTRONIC DISCLOSURE NOTICE

All documents, including but not limited to, this Agreement, as well as all notices, disclosures and records
(collectively, "Disclosures") relating to your account with Herbalife may be sent to you electronically
at the email address indicated by you in the account registration form or by viewing the Disclosures on
Herbalife's web site. Alternatively, Herbalife may provide you with Disclosures via fax or in the mail.

2. CONSENT TO ELECTRONIC DISCLOSURES

By clicking "I AGREE" below, you agree to receive all Disclosures from Herbalife electronically which
Herbalife may send to you by email or by posting the Disclosures on the internet.

3. WITHDRAWAL OF CONSENT

You may withdraw your consent to electronic Disclosures in the future at any time without charge. To
withdraw your consent, please fax us at 310-258-7012 or write us at PO Box 80210, Los Angeles, CA
90080 and indicate that you wish to receive all future communications in writing. We will send you a
confirming notice once we have processed your change request.

4. TECHNICAL REQUIREMENTS

To access Disclosures electronically and print copies of these Disclosures for your records, you must have
internet access, as well as access to a printer. By clicking "I AGREE" below, you confirm that you
have access to a personal computer (a "PC"), with a modem and related equipment which provides access
to the Internet (the "Hardware"). In this regard, you must provide the type of telephone, cable or other
service that provides access to the Internet as required by the Hardware and/or Software. Once the
Hardware has been properly connected to the telephone, cable or other internet access service, and any
required internet access has been established by you, you will be able to access Herbalife's web site(s)
and the Online Distributor Application and Agreement. The encryption system used by Herbalife is a Secure
Socket Layer system that supports 128-bit encryption. In order to submit an Online Distributor Application,
you must have the hardware and/or software to support 128-bit encryption. In addition, you also confirm that
you have access to a printer or the ability to make hard copies of your information and records. Please
make a copy of this Agreement, including the Online Distributor Application and Agreement for your records.
You can also save an electronic copy of this document to your hard drive. Upon request, you may also
obtain a copy of the foregoing by accessing herbalife.com under Distributor Services.

5. ONLINE DISTRIBUTOR APPLICATION AND AGREEMENT

By clicking "I AGREE" below, and by completing the Online Distributor Application and Agreement,
which will be provided online after you click "I AGREE," you agree to be bound by the terms of the
Herbalife Online Distributor Application and Agreement.

6. CONTACT INFORMATION

You agree to promptly notify us of any changes in your address information by faxing us at 310-258-7012,
by writing to us at P.O. Box 80210, Los Angeles, CA 90080, or by accessing one of Herbalife's websites and
changing your personal information.

a


🖨 Print this page          Save

## Registration Card

### Dana Bostick

Is an Authorized independent Distributor with



ID No:  **101177606**

Application Date: April 09, 2012

## Registration Card

### N/A N/A

Is an Authorized independent Distributor with



ID No:  **101177606**

Application Date: April 09, 2012

Exhibit I, p. 5 of 5