BOIES, SCHILLER & FLEXNER LLP
Jonathan D. Schiller (admitted *pro hac vice*)
jschiller@bsfllp.com
William S. Ohlemeyer (admitted *pro hac vice*)
wohlemeyer@bsfllp.com
Jonathan Sherman (admitted *pro hac vice*)
jsherman@bsfllp.com
575 Lexington Avenue
New York, NY 10022
Telephone:   212-446-2300
Facsimile:   212-446-2350

David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
401 Wilshire Boulevard, Suite 805
Santa Monica, CA 90401
Telephone:   310-752-2400
Facsimile:   310-752-2490

Attorneys for Defendants *Herbalife International of America, Inc., Herbalife International, Inc., and Herbalife Ltd.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA BOSTICK, a California citizen on behalf of himself and all others similarly situated, and on behalf of the general public,<br><br>       Plaintiff,<br><br>    v.<br><br>HERBALIFE INTERNATIONAL OF AMERICA, INC., a Nevada Corporation, HERBALIFE INTERNATIONAL, INC., a Nevada Corporation, HERBALIFE, LTD, a Cayman Islands Corporation,<br><br>       Defendants. | Case No.  13-cv-02488 BRO (RZx)<br><br>**ANSWER OF DEFENDANTS TO PLAINTIFF'S CLASS ACTION COMPLAINT**<br><br><br>Hon. Beverly Reid O'Connell |

Defendants Herbalife International of America, Inc., Herbalife International, Inc. and Herbalife Ltd. ("Herbalife" or "Defendants"), by and through their attorneys, hereby answer Plaintiff Dana Bostick's ("Bostick" or "Plaintiff") Class Action Complaint ("Complaint"), dated April 8, 2013.  Unless Herbalife admits or otherwise responds to any specific allegation, Herbalife denies the allegations in the Complaint, including any allegations contained in unnumbered assertions (*e.g*., Compl., p. 21, line 6), allegations (*e.g., id*. p. 6, lines 12-13), labels (*e.g., id*. p. 4, line 28), abbreviations (*e.g., id*. p. 9, line 14), headings (*e.g., id*. p. 32, line 6) or legal claims (*e.g., id*. p. 34, lines 6-9).  Herbalife answers further as follows:

1.      Herbalife denies the allegations in Paragraph 1.

2.      Herbalife denies the allegations in Paragraph 2.

3.      Herbalife avers that Paragraph 3 does not allege facts that Herbalife is required to admit or deny.  To the extent any response is necessary, Herbalife denies the allegations of Paragraph 3.  Herbalife denies any implication that class certification is appropriate in this case.

4.      To the extent this paragraph of the Complaint purports to state conclusions of law, or otherwise characterize the nature of the claims alleged in the Complaint, no responsive pleading is required.  Herbalife denies any implication that class certification is appropriate in this case.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 4.

5.      Herbalife lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 5 as they pertain to Bostick's residence, and on that basis denies such allegations.  Herbalife admits that it entered into an Agreement of Distribution with Bostick in April 2012.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 5.

6.      Herbalife admits that Herbalife International of America, Inc. is a Nevada corporation headquartered in Los Angeles, California.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 6.

1

7.     Herbalife admits that Herbalife International, Inc. is a Nevada corporation headquartered in Los Angeles, California.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 7.

8.     Herbalife admits that Herbalife Ltd. is a Cayman Islands exempt limited liability company headquartered in Los Angeles, California.  Herbalife further admits that Herbalife Ltd. is a publicly held company whose stock is traded on the New York Stock Exchange under the ticker symbol "HLF."  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 8.

9.     Herbalife denies the allegations in Paragraph 9.

10.     Herbalife lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 10, and on that basis, denies each and every allegation therein.

11.     Herbalife denies the allegations in Paragraph 11.

12.     Herbalife lacks knowledge or information sufficient to admit or deny whether Bostick is a resident of California, avers that Paragraph 12 states a legal conclusion to which no response is required, and otherwise denies the allegations in Paragraph 12.

13.     Herbalife avers that Paragraph 13 states a legal conclusion to which no response is required and otherwise denies the allegations in Paragraph 13.

14.     Herbalife avers that Paragraph 14 states a legal conclusion to which no response is required, admits that certain acts complained of occurred in this District, and otherwise denies the allegations in Paragraph 14.

15.     Herbalife denies the allegations in Paragraph 15 except to admit that Bostick and other Herbalife distributors have executed Agreements of Distributorship and refers to those agreements for the true and complete terms thereof.

16.     Herbalife denies the allegations in Paragraph 16 except to the extent the allegations constitute legal conclusions to which no response is required.

ANSWER

Herbalife refers to the decision in *Webster v. Omnitrition Int'l Inc.*, 79 F.3d 776 (9th Cir. 1996) for its true and complete contents and denies that Bostick has accurately and completely summarized the decision.

17.   Herbalife denies the allegations in Paragraph 17 except to the extent the allegations constitute legal conclusions to which no response is required. Herbalife refers to the decision in *Webster v. Omnitrition Int'l Inc.*, 79 F.3d 776 (9th Cir. 1996) for its true and complete contents and denies that Bostick has accurately and completely summarized the decision.

18.   Herbalife denies the allegations in Paragraph 18 except to the extent the allegations constitute legal conclusions to which no response is required. Herbalife refers to the decision in *Webster v. Omnitrition Int'l Inc.*, 79 F.3d 776 (9th Cir. 1996) for its true and complete contents and denies that Bostick has accurately and completely summarized the decision.

19.   Herbalife denies the allegations in Paragraph 19 except to the extent the allegations constitute legal conclusions to which no response is required. Herbalife refers to the decision in *Webster v. Omnitrition Int'l Inc.*, 79 F.3d 776 (9th Cir. 1996) for its true and complete contents and denies that Bostick has accurately and completely summarized the decision.

20.   Herbalife denies the allegations in Paragraph 20 except to the extent the allegations constitute legal conclusions to which no response is required. Herbalife refers to the decision in *Webster v. Omnitrition Int'l Inc.*, 79 F.3d 776 (9th Cir. 1996) for its true and complete contents and denies that Bostick has accurately and completely summarized the decision.

21.   Herbalife denies the allegations in Paragraph 21 except to the extent the allegations constitute legal conclusions to which no response is required. Herbalife refers to Section 327 of the California Penal Code for its true and complete contents and denies that Bostick has accurately and completely summarized Section 327.

ANSWER

22.    Herbalife denies the allegations in Paragraph 22 except to the extent the allegations constitute legal conclusions to which no response is required. Herbalife refers to the referenced decision in *Herbalife International of America, Inc. v. Ford* for its true and complete contents and denies that Bostick has accurately and completely summarized the decision.

23.    Herbalife refers to its "Statements of Average Gross Compensation of U.S. Supervisors" for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 23.

24.    Herbalife denies the allegations in Paragraph 24 and refers to Exhibit B for its true and complete contents and denies that Bostick has accurately and completely summarized the Exhibit.

25.    Herbalife denies the allegations in Paragraph 25.

26.    Herbalife denies the allegations in Paragraph 26.

27.    Herbalife denies the allegations in Paragraph 27.

28.    Herbalife denies the allegations in Paragraph 28 except to admit that Herbalife charges its distributors a shipping fee when products are shipped to the distributor.

29.    Herbalife denies the allegations in Paragraph 29.

30.    Herbalife denies the allegations in Paragraph 30.

31.    Herbalife denies the allegations in Paragraph 31 except to the extent the allegations constitute legal conclusions to which no response is required.

32.    Herbalife denies the allegations in Paragraph 32 except to admit that it is a network marketing company and has a marketing plan through which individual independent distributors market, promote and sell Herbalife products.

33.    Herbalife lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 33 concerning whether the materials included in Exhibit C to the Complaint are those included in

the International Business Pack that Bostick alleges he purchased, and on that basis Herbalife denies such allegations.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 33.

34.     Herbalife denies the allegations in Paragraph 34 except to admit that the only purchase necessary to become an Herbalife distributor is the purchase of an International Business Pack or Mini-International Business Pack.

35.     Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 35.

36.     Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 36.

37.     Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 37.

38.     Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 38.

39.     Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 39.

40.     Herbalife denies the allegations in Paragraph 40.

41.     Herbalife denies the allegations in Paragraph 41.

5

42. Herbalife lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 42, and on that basis, denies each and every allegation thereof.

43. Herbalife lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 43, and on that basis, denies each and every allegation therein.

44. Herbalife lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 44, and on that basis, denies each and every allegation therein.

45. Herbalife lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 45, and on that basis, denies each and every allegation therein.

46. Herbalife lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 46, and on that basis, denies each and every allegation therein. Herbalife refers to Exhibit E for its true and complete contents and denies that Bostick has accurately and completely summarized the Exhibit.

47. Herbalife lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 47, and on that basis, denies each and every allegation thereof. Herbalife refers to Exhibit E for its true and complete contents and denies that Bostick has accurately and completely summarized the Exhibit.

48. Herbalife lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 48, and on that basis, denies each and every allegation therein.

49. Herbalife lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 49 concerning whether Bostick reviewed the referenced materials, and on that basis denies such allegations. Herbalife refers to Exhibits F, G and H for their true and complete contents and denies that Bostick has accurately and completely summarized them.

ANSWER

Except as expressly stated herein, Herbalife denies the allegations of Paragraph 49.

50.     Herbalife denies the allegations of Paragraph 50.

51.     Herbalife lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 51, and on that basis, denies each and every allegation therein.

52.     Herbalife admits that products were ordered from Herbalife through Bostick's distributorship account on April 26, 2012, May 21, 2012, June 18, 19, 22, and 27, 2012 and July 20, 2012, and that Herbalife charged shipping and packaging and handling fees on these purchases based on their SRP.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 52.

53.     Herbalife admits that Bostick was not an Herbalife Supervisor. Herbalife lacks knowledge or information sufficient to admit or deny the remaining allegations of Paragraph 53, and on that basis, denies each and every allegation therein.

54.     Herbalife denies the allegations in Paragraph 54.

55.     Herbalife lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 55, and on that basis, denies each and every allegation therein.

56.     Herbalife denies the allegations in Paragraph 56.

57.     Herbalife denies the allegations in Paragraph 57.

58.     Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 58.  No response is required to footnote 1.

59.     Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 59.

ANSWER

60.    Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 60.

61.    Herbalife denies the allegations in Paragraph 61.

62.    Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 62.

63.    Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 63.

64.    Herbalife denies the allegations of Paragraph 64.

65.    Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them, including as set forth in footnote 2.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 65.

66.    Herbalife denies the allegations in Paragraph 66.

67.    Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 67.

68.    Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 68.

69.    Herbalife refers to Herbalife's sales and marketing plan, policies and

1  rules for their true and complete contents and denies that Bostick has accurately and

2  completely summarized them.  Except as expressly stated herein, Herbalife denies

3  the allegations of Paragraph 69.

4      70.    Herbalife refers to Herbalife's sales and marketing plan, policies and

5  rules for their true and complete contents and denies that Bostick has accurately and

6  completely summarized them, including the allegations set forth in footnote 3.

7  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 70.

8      71.    Herbalife refers to Herbalife's sales and marketing plan, policies and

9  rules for their true and complete contents and denies that Bostick has accurately and

10  completely summarized them.  Except as expressly stated herein, Herbalife denies

11  the allegations of Paragraph 71.

12     72.    Herbalife refers to Herbalife's sales and marketing plan, policies and

13  rules for their true and complete contents and denies that Bostick has accurately and

14  completely summarized them.  Except as expressly stated herein, Herbalife denies

15  the allegations of Paragraph 72.

16     73.    Herbalife refers to Herbalife's sales and marketing plan, policies and

17  rules for their true and complete contents and denies that Bostick has accurately and

18  completely summarized them.  Except as expressly stated herein, Herbalife denies

19  the allegations of Paragraph 73.

20     74.    Herbalife refers to Herbalife's sales and marketing plan, policies and

21  rules for their true and complete contents and denies that Bostick has accurately and

22  completely summarized them.  Except as expressly stated herein, Herbalife denies

23  the allegations of Paragraph 74.

24     75.    Herbalife refers to Herbalife's sales and marketing plan, policies and

25  rules for their true and complete contents and denies that Bostick has accurately and

26  completely summarized them.  Except as expressly stated herein, Herbalife denies

27  the allegations of Paragraph 75.

28     76.    Herbalife refers to Herbalife's sales and marketing plan, policies and

ANSWER

rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 76.

77.     Herbalife denies the allegations in Paragraph 77, refers to the video referenced therein for its true and complete contents, states that it speaks for itself, and denies that Bostick has accurately and completely summarized the video.

78.     Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 78.

79.     Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 79.

80.     Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 80.

81.     Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 81.

82.     Herbalife denies the allegations in Paragraph 82, refers to Exhibit B for its true and complete contents, states that it speaks for itself, and denies that Bostick has accurately and completely summarized Exhibit B.

83.      Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies

10

the allegations of Paragraph 83.

84.     Herbalife denies the allegations in Paragraph 84, refers to Herbalife's public disclosures, including the referenced 2004 and 2005 10-K, for their true and complete contents and denies that Bostick has accurately and completely summarized them.

85.     Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 85.

86.     Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 86.

87.     Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 87.

88.     Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them, including the allegations in footnote 4.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 88.

89.     Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 89.

90.     Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies

the allegations of Paragraph 90.

91.     Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 91.

92.     Herbalife denies the allegations in Paragraph 92 except to the extent the allegations constitute legal conclusions to which no response is required. Herbalife refers to the referenced decision in *Herbalife International of America, Inc. v. Ford* for its true and complete contents, states that it speaks for itself, and denies that Bostick has accurately and completely summarized the decision.

93.     Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 93.

94.     Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 94.

95.     Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them, including the allegations set forth in footnote 5. Except as expressly stated herein, Herbalife denies the allegations of Paragraph 95.

96.     Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 96.

97.     Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and

1  completely summarized them.  Except as expressly stated herein, Herbalife denies

2  the allegations of Paragraph 97.

3        98.    Herbalife refers to Herbalife's sales and marketing plan, policies and

4  rules for their true and complete contents and denies that Bostick has accurately and

5  completely summarized them.  Except as expressly stated herein, Herbalife denies

6  the allegations of Paragraph 98.

7        99.    Herbalife refers to Herbalife's sales and marketing plan, policies and

8  rules for their true and complete contents and denies that Bostick has accurately and

9  completely summarized them.  Except as expressly stated herein, Herbalife denies

10  the allegations of Paragraph 99.

11        100.  Herbalife refers to Herbalife's sales and marketing plan, policies and

12  rules for their true and complete contents and denies that Bostick has accurately and

13  completely summarized them.  Except as expressly stated herein, Herbalife denies

14  the allegations of Paragraph 100.

15        101.  Herbalife refers to Herbalife's sales and marketing plan, policies and

16  rules for their true and complete contents and denies that Bostick has accurately and

17  completely summarized them.  Except as expressly stated herein, Herbalife denies

18  the allegations of Paragraph 101.

19        102.  Herbalife refers to Herbalife's sales and marketing plan, policies and

20  rules as well as its SEC filings for their true and complete contents and denies that

21  Bostick has accurately and completely summarized them.  Except as expressly

22  stated herein, Herbalife denies the allegations of Paragraph 102.

23        103.  Herbalife refers to Herbalife's sales and marketing plan, policies and

24  rules for their true and complete contents and denies that Bostick has accurately and

25  completely summarized them.  Except as expressly stated herein, Herbalife denies

26  the allegations of Paragraph 103.

27        104.  Herbalife refers to Herbalife's sales and marketing plan, policies and

28  rules for their true and complete contents and denies that Bostick has accurately and

ANSWER

completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 104.

105.   Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 105.

106.   Herbalife denies the allegations in Paragraph 106, refers to Herbalife's 2009-2012 10-K filings for their true and complete contents and denies that Bostick has accurately and completely summarized them.

107.   Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 107.

108.   To the extent that paragraph 108 purports to describe the contents of Exhibit A, Herbalife refers that that Exhibit for its true and complete contents, and denies that Bostick has accurately and completely summarized that Exhibit.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 108.

109.   Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 109.

110.   Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 110.

111.   Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies

the allegations of Paragraph 111.

112.   Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 112.

113.   Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 113.

114.   To the extent that Paragraph 114 purports to describe the contents of Exhibit A, Herbalife refers to that Exhibit for its true and complete contents and denies that Bostick has accurately and completely summarized that Exhibit.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 114.

115.   Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 115.

116.   To the extent that Paragraph 116 purports to describe the contents of Exhibit A, Herbalife refers to that Exhibit for its true and complete contents and denies that Bostick has accurately and completely summarized Exhibit A.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 116.

117.   Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 117.

118.   Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies

ANSWER

the allegations of Paragraph 118.

119.   Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 119.

120.   To the extent that Paragraph 120 purports to describe the contents of Exhibit A Herbalife, refers to that Exhibit for its true and complete contents, and denies that Bostick has accurately and completely summarized Exhibit A.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 120.

121.   Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 121.

122.   Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 122.

123.   To the extent that Paragraph 123 purports to describe the contents of Exhibit J, Herbalife refers to that Exhibit for its true and complete contents, and denies that Bostick has accurately and completely summarized the Exhibit and further denies that Exhibit J reflects the applicable Mark Hughes Bonus Award Qualifications and Rules in effect now or at the times relevant to the allegations in the Complaint.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 123.

124.   To the extent that Paragraph 124 purports to describe the contents of Exhibit J, Herbalife refers to that Exhibit for its true and complete contents, and denies that Bostick has accurately and completely summarized the Exhibit and further denies that Exhibit J reflects the applicable Mark Hughes Bonus Award

ANSWER

Qualifications and Rules in effect now or at the times relevant to the allegations in the Complaint.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 124.

125.   To the extent that Paragraph 125 purports to describe the contents of Exhibit J, Herbalife refers to that Exhibit for its true and complete contents, and denies that Bostick has accurately and completely summarized the Exhibit J and further denies that Exhibit J reflects the applicable Mark Hughes Bonus Award Qualifications and Rules in effect now or at the times relevant to the allegations in the Complaint.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 125.

126.   Herbalife denies the allegations in Paragraph 126.

127.   Herbalife denies the allegations in Paragraph 127.

128.   Herbalife denies the allegations in Paragraph 128.

129.   Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 129.

130.   Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 130.

131.   Herbalife avers that as of April 4, 2013, there were eight Founder's Circle distributorships worldwide and otherwise denies each and every allegation of Paragraph 131.

132.   Herbalife denies the allegations in Paragraph 132.

133.   Herbalife denies the allegations in Paragraph 133.

134.   Herbalife refers to the referenced 2011 and 2012 10-K filings for their true and complete contents and denies that Bostick has accurately and completely

17

1    summarized them.  Except as expressly stated herein, Herbalife denies the

2    allegations of Paragraph 134.

3        135.   Herbalife refers to its 2011 and 2012 10-K filings for their true and

4    complete contents and denies that Bostick has accurately and completely

5    summarized them.  Except as expressly stated herein, Herbalife denies the

6    allegations of Paragraph 135.

7        136.   Herbalife denies the allegations in Paragraph 136.

8        137.   Herbalife denies the allegations in Paragraph 137.

9        138.   Herbalife denies the allegations in Paragraph 138.

10       139.   Herbalife refers to Exhibit K for its true and complete contents and

11   denies that Bostick has accurately and completely summarized the Exhibit.  Except

12   as expressly stated herein, Herbalife denies the allegations of Paragraph 139.

13       140.   Herbalife refers to Exhibit F for its true and complete contents and

14   denies that Bostick has accurately and completely summarized the Exhibit.  Except

15   as expressly stated herein, Herbalife denies the allegations of Paragraph 140.

16       141.   Herbalife refers to Exhibits B and F for their true and complete

17   contents and denies that Bostick has accurately and completely summarized them.

18   Except as expressly stated herein, Herbalife denies the allegations of Paragraph

19   141.

20       142.   Herbalife denies the allegations of Paragraph 142.

21       143.   Herbalife refers to Exhibit L for its true and complete contents and

22   denies that Bostick has accurately and completely summarized the Exhibit.  Except

23   as expressly stated herein, Herbalife denies the allegations of Paragraph 143.

24       144.   Herbalife refers to Exhibit L for its true and complete contents and

25   denies that Bostick has accurately and completely summarized the Exhibit.  Except

26   as expressly stated herein, Herbalife denies the allegations of Paragraph 144.

27       145.   Herbalife refers to Exhibit L for its true and complete contents and

28   denies that Bostick has accurately and completely summarized the Exhibit.  Except

ANSWER

1    as expressly stated herein, Herbalife denies the allegations of Paragraph 145.

2        146.    Herbalife refers to Exhibit L for its true and complete contents and

3    denies that Bostick has accurately and completely summarized it.  Except as

4    expressly stated herein, Herbalife denies the allegations of Paragraph 146.

5        147.    Herbalife admits that there is an Herbalife YouTube channel at

6    http://youtube.com/user/HerbalifeIntl.  Herbalife refers to the video referenced in

7    Paragraph 147 for its true and complete contents and denies that Bostick has

8    accurately and completely summarized the video.  Except as expressly stated

9    herein, Herbalife denies the allegations of Paragraph 147.

10       148.    Herbalife refers to the video referenced in Paragraph 148 for its true

11   and complete contents and denies that Bostick has accurately and completely

12   summarized the video.  Except as expressly stated herein, Herbalife denies the

13   allegations of Paragraph 148.

14       149.    Herbalife refers to the video referenced in Paragraph 149 for its true

15   and complete contents and denies that Bostick has accurately and completely

16   summarized the video.  Except as expressly stated herein, Herbalife denies the

17   allegations of Paragraph 149.

18       150.    Herbalife refers to the video referenced in Paragraph 150 for its true

19   and complete contents and denies that Bostick has accurately and completely

20   summarized the video.  Except as expressly stated herein, Herbalife denies the

21   allegations of Paragraph 150.

22       151.    Herbalife denies the allegations in Paragraph 151 except to admit that

23   the website www.herbalife.com hosts videos, some of which feature distributors.

24       152.    Herbalife denies the allegations in Paragraph 152 except to admit that

25   certain of its promotional material include statements made by distributors.

26       153.    Herbalife denies the allegations in Paragraph 153 except to admit that

27   Herbalife occasionally holds events attended by distributors.

28       154.    Herbalife refers to the video referenced in Paragraph 154 for its true

ANSWER

and complete contents and denies that Bostick has accurately and completely summarized the video.  Herbalife lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 154 concerning where or when the referenced video was recorded, and on that basis denies such allegations.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 154.

155.   Herbalife refers to the video referenced in Paragraph 155 for its true and complete contents and denies that Bostick has accurately and completely summarized the video.  Herbalife lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 155 concerning where or when the referenced video was recorded, and on that basis denies such allegations.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 155.

156.   Herbalife refers to the videos referenced in Paragraph 156 for its true and complete contents and denies that Bostick has accurately and completely summarized the video.  Herbalife lacks knowledge or information sufficient to form a belief as the truth or falsity of the allegations in Paragraph 156 (i) concerning whether the You Tube address set forth therein is the location of the referenced video and (ii) the contents of the video located at the vimeo address.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 156.

157.   Herbalife refers to the website referenced in Paragraph 157 for its true and complete contents and denies that Bostick has accurately and completely summarized the website.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 157.

158.   Herbalife denies the allegations in Paragraph 158 except to admit that in certain documents and videos, Herbalife refers the readers or viewers to Herbalife's Statement of Average Gross Compensation of U.S. Supervisors.

159.   Herbalife refers to the statements referenced in Paragraph 159 for their

true and complete contents and denies that Bostick has accurately and completely summarized them or appropriately attributed them to a purported source.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 159.

160.   Herbalife refers to the statements referenced in Paragraph 160 for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 160.

161.   Herbalife refers to Exhibit A for its true and complete contents, states that it speaks for itself, and denies that Bostick has accurately and completely summarized the Exhibit.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 161.

162.   Herbalife refers to Exhibit A for its true and complete contents and denies that Bostick has accurately and completely summarized the Exhibit.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 162.

163.   Herbalife refers to Exhibit A for its true and complete contents and denies that Bostick has accurately and completely summarized Exhibit.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 163.

164.   Herbalife refers to Exhibit B for its true and complete contents and denies that Bostick has accurately and completely summarized Exhibit.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 164.

165.   Herbalife refers to Exhibit A and Exhibit B for their true and complete contents and denies that Bostick has accurately and completely summarized the Exhibits.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 165.

166.   Herbalife refers to Exhibit B for its true and complete contents and denies that Bostick has accurately and completely summarized the Exhibit.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 166.

167.   Herbalife refers to Exhibit B for its true and complete contents, states

ANSWER

that it speaks for itself, and denies that Bostick has accurately and completely summarized the Exhibit.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 167.

168.   Herbalife refers to Exhibit B for its true and complete contents and denies that Bostick has accurately and completely summarized the Exhibit.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 168.

169.   Herbalife refers to Exhibit B for its true and complete contents and denies that Bostick has accurately and completely summarized the Exhibit.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 169.

170.   Herbalife refers to Exhibit B and Herbalife's 2009, 2010, 2011 and 2012 10-K filings for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 170.

171.   Herbalife denies the allegations in Paragraph 171.

172.   Herbalife denies the allegations in Paragraph 172.

173.   Herbalife denies the allegations in Paragraph 173.

174.   Herbalife denies the allegations in Paragraph 174.

175.   Herbalife denies the allegations in Paragraph 175.

176.   Herbalife denies the allegations in Paragraph 176.

177.   Herbalife refers its 2009-2012 10-K filings for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 177.

178.   Herbalife refers its 2009-2010 10-K filings and the SEC correspondence cited in Paragraph 178 for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 178.

179.   Herbalife denies the allegations in Paragraph 179.

180.   Herbalife denies the allegations in Paragraph 180.

181.   Herbalife denies the allegations in Paragraph 181.

182.   Herbalife denies the allegations in Paragraph 182.

183.   Herbalife denies the allegations in Paragraph 183.

184.   Herbalife denies the allegations in Paragraph 184.

185.   Herbalife denies the allegations in Paragraph 185.

186.   Herbalife denies the allegations in Paragraph 186 except to the extent the allegations constitute legal conclusions to which no response is required. Herbalife refers to the decision in *In re Amway Corp.*, 93 F.T.C. 618 (1979), for its true and complete contents and denies that Bostick has accurately and completely summarized the decision.

187.   Herbalife denies the allegations in Paragraph 187 except to the extent the allegations constitute legal conclusions to which no response is required. Herbalife refers to the decision in *Webster v. Omnitrition Int'l Inc.*, 79 F.3d 776 (9th Cir. 1996), for its true and complete contents and denies that Bostick has accurately and completely summarized the decision.

188.   Herbalife denies the allegations in Paragraph 188 except to the extent the allegations constitute legal conclusions to which no response is required. Herbalife refers to the decision in *In re Amway Corp.*, 93 F.T.C. 618 (1979), for its true and complete contents and denies that Bostick has accurately and completely summarized the decision.

189.   Herbalife denies the allegations in Paragraph 189, except to admit the Complaint's allegations that: (a) Herbalife requires each new Herbalife distributor to purchase an IBP or mini-IBP, and (b) "[t]his requirement, by itself, does not constitute an investment inventory under" the FTC's decision in *In re Amway Corp.*, 93 F.T.C. 618 (1979).

190.   Herbalife denies the allegations in Paragraph 190.

191.   Herbalife refers to Exhibit H for its true and complete contents and

23

ANSWER

1   denies that Bostick has accurately and completely summarized the Exhibit.  Except
2   as expressly stated herein, Herbalife denies the allegations of Paragraph 191.

3       192.   Herbalife refers to Exhibit H for its true and complete contents and
4   denies that Bostick has accurately and completely summarized the Exhibit.  Except
5   as expressly stated herein, Herbalife denies the allegations of Paragraph 192.

6       193.   Herbalife denies the allegations in Paragraph 193 except to the extent
7   the allegations constitute legal conclusions to which no response is required.
8   Herbalife refers to the decision in *Webster v. Omnitrition Int'l Inc.*, 79 F.3d 776
9   (9th Cir. 1996), for its true and complete contents and denies that Bostick has
10  accurately and completely summarized the decision.

11      194.   Herbalife denies the allegations in Paragraph 194 except to the extent
12  the allegations constitute legal conclusions to which no response is required.
13  Herbalife refers to the decision in *In re Amway Corp.*, 93 F.T.C. 618 (1979), for its
14  true and complete contents and denies that Bostick has accurately and completely
15  summarized the decision.

16      195.   Herbalife refers to Exhibit C for its true and complete contents and
17  denies that Bostick has accurately and completely summarized the Exhibit.  Except
18  as expressly stated herein, Herbalife denies the allegations of Paragraph 195.

19      196.   Herbalife denies the allegations in Paragraph 196 except to the extent
20  the allegations constitute legal conclusions to which no response is required.
21  Herbalife refers to its sales and marketing plan, policies, rules and the decision in
22  *Webster v. Omnitrition Int'l Inc.*, 79 F.3d 776 (9th Cir. 1996), for their true and
23  complete contents and denies that Bostick has accurately and completely
24  summarized these materials.

25      197.   Herbalife denies the allegations in Paragraph 197 except to the extent
26  the allegations constitute legal conclusions to which no response is required.
27  Herbalife refers to its sales and marketing plan, policies, rules and the decision in
28  *Webster v. Omnitrition Int'l Inc.*, 79 F.3d 776 (9th Cir. 1996), for their true and

ANSWER

1  complete contents and denies that Bostick has accurately and completely

2  summarized these materials.

3      198.   Herbalife refers to Herbalife's sales and marketing plan, policies and

4  rules for their true and complete contents and denies that Bostick has accurately and

5  completely summarized them.  Except as expressly stated herein, Herbalife denies

6  the allegations of Paragraph 198.

7      199.   Herbalife denies the allegations in Paragraph 199 except to the extent

8  the allegations constitute legal conclusions to which no response is required.

9  Herbalife refers to the decision in *Herbalife International of America, Inc. v. Ford*

10  for its true and complete contents and denies that Bostick has accurately and

11  completely summarized the decision.

12      200.   Herbalife denies the allegations in Paragraph 200 except to the extent

13  the allegations constitute legal conclusions to which no response is required.

14  Herbalife refers to the decision in *In re Amway Corp.*, 93 F.T.C. 618 (1979), for its

15  true and complete contents, states that it speaks for itself, and denies that Bostick

16  has accurately and completely summarized the decision.

17      201.   Herbalife refers to Exhibit C for its true and complete contents and

18  denies that Bostick has accurately and completely summarized the Exhibit.  Except

19  as expressly stated herein, Herbalife denies the allegations of Paragraph 201.

20      202.   Herbalife refers to Herbalife's sales and marketing plan, policies and

21  rules for their true and complete contents and denies that Bostick has accurately and

22  completely summarized them.  Except as expressly stated herein, Herbalife denies

23  the allegations of Paragraph 202.

24      203.   Herbalife denies the allegations in Paragraph 203 except to the extent

25  the allegations constitute legal conclusions to which no response is required.

26  Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their

27  true and complete contents and denies that Bostick has accurately and completely

28  summarized them.

ANSWER

204.   Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 204.

205.   Herbalife denies the allegations of Paragraph 205.

206.   Herbalife denies the allegations in Paragraph 206 except to the extent the allegations constitute legal conclusions to which no response is required. Herbalife refers to the decision in *In re Amway Corp.*, 93 F.T.C. 618 (1979), for its true and complete contents and denies that Bostick has accurately and completely summarized the decision.

207.   Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 207.

208.   Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 208.

209.   Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 209.

210.   Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 210.

211.   Herbalife denies the allegations in Paragraph 211 except to the extent the allegations constitute legal conclusions to which no response is required.

212.   Herbalife denies the allegations in Paragraph 212 except to the extent the allegations constitute legal conclusions to which no response is required.

213.   Herbalife denies the allegations in Paragraph 213.

214.   Herbalife refers to its 2012 10-K filing for its true and complete contents and denies that Bostick has accurately and completely summarized the document.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 214.

215.   Herbalife denies the allegations in Paragraph 215.

216.   To the extent Paragraph 216 purports to state conclusions of law, or otherwise characterize the nature of the claims alleged in the Complaint, no responsive pleading is required.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 216, including any allegation that this suit should be certified as a class action.

217.   Herbalife denies the allegations of Paragraph 217, including any allegation that this suit should be certified as a class action.

218.   To the extent Paragraph 218 purports to state conclusions of law, or otherwise characterize the nature of the claims alleged in the Complaint, no responsive pleading is required.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 218, including any allegation that this suit should be certified as a class action.

219.   To the extent Paragraph 219 purports to state conclusions of law, or otherwise characterize the nature of the claims alleged in the Complaint, no responsive pleading is required.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 219, including any allegation that this suit should be certified as a class action.

220.   To the extent Paragraph 220 purports to state conclusions of law, or otherwise characterize the nature of the claims alleged in the Complaint, no responsive pleading is required.  Except as expressly stated herein, Herbalife denies

ANSWER

the allegations of Paragraph 220, including any allegation that this suit should be certified as a class action.

221.   To the extent Paragraph 221 purports to state conclusions of law, or otherwise characterize the nature of the claims alleged in the Complaint, no responsive pleading is required.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 221, including any allegation that this suit should be certified as a class action.

222.   To the extent Paragraph 222 purports to state conclusions of law, or otherwise characterize the nature of the claims alleged in the Complaint, no responsive pleading is required.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 222, including any allegation that this suit should be certified as a class action.

223.   To the extent Paragraph 223 purports to state conclusions of law, or otherwise characterize the nature of the claims alleged in the Complaint, no responsive pleading is required.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 223, including any allegation that this suit should be certified as a class action.

224.   Herbalife lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 224 as they pertain to Bostick's counsel, and on that basis denies such allegations.  To the extent Paragraph 224 purports to state conclusions of law, or otherwise characterize the nature of the claims alleged in the Complaint, no responsive pleading is required. Except as expressly stated herein, Herbalife denies the allegations of Paragraph 224, including any allegation that this suit should be certified as a class action.

225.   To the extent Paragraph 225 purports to state conclusions of law, or otherwise characterize the nature of the claims alleged in the Complaint, no responsive pleading is required.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 225, including any allegation that this suit should be

ANSWER

1    certified as a class action.

2        226.   To the extent Paragraph 226 purports to state conclusions of law, or

3    otherwise characterize the nature of the claims alleged in the Complaint, no

4    responsive pleading is required.  Except as expressly stated herein, Herbalife denies

5    the allegations of Paragraph 226, including any allegation that this suit should be

6    certified as a class action.

7        227.   Herbalife repeats and realleges its responses to Paragraphs 1 through

8    226 of the Complaint as if fully set forth herein.

9        228.   Herbalife denies the allegations in Paragraph 228 except to the extent

10   the allegations constitute legal conclusions to which no response is required.

11   Herbalife refers to Section 327 of the California Penal Code for its true and

12   complete contents, states that it speaks for itself, and denies that Bostick has

13   accurately and completely summarized Section 327.

14       229.   Herbalife denies the allegations in Paragraph 229.

15       230.   Herbalife denies the allegations in Paragraph 230.

16       231.   Herbalife denies the allegations in Paragraph 231.

17       232.   Herbalife denies the allegations in Paragraph 232 except to the extent

18   the allegations constitute legal conclusions to which no response is required.

19   Herbalife refers to Section 327 of the California Penal Code for its true and

20   complete contents, states that it speaks for itself, and denies that Bostick has

21   accurately and completely summarized Section 327.

22       233.   Herbalife repeats and re-alleges its responses to Paragraphs 1 through

23   232 of the Complaint as if fully set forth herein.

24       234.   Pursuant to the Court's October 11, 2013 Order, Bostick's RICO

25   claims have been dismissed and therefore no response to Paragraph 234 is required.

26   To the extent a response is required, Herbalife denies the allegations in Paragraph

27   234.

28       235.   Pursuant to the Court's October 11, 2013 Order, Bostick's RICO

ANSWER

claims have been dismissed and therefore no response to Paragraph 235 is required. To the extent a response is required, Herbalife denies the allegations in Paragraph 235.

236. Herbalife denies the allegations in Paragraph 236.

237. Herbalife denies the allegations in Paragraph 237.

238. Herbalife denies the allegations in Paragraph 238.

239. Herbalife denies the allegations in Paragraph 239.

240. Herbalife denies the allegations in Paragraph 240.

241. Herbalife denies the allegations in Paragraph 241.

242. Herbalife denies the allegations in Paragraph 242.

243. Herbalife denies the allegations in Paragraph 243.

244. Herbalife denies the allegations in Paragraph 244.

245. Herbalife denies the allegations in Paragraph 245.

246. Herbalife denies the allegations in Paragraph 246.

247. Herbalife denies the allegations in Paragraph 247.

248. Herbalife denies the allegations in Paragraph 248.

249. Herbalife lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 249 concerning whether and when Bostick received delivery of *Live the Good Life! Herbalife*, and on that basis denies such allegations.  Except as expressly stated herein, or as regards legal conclusions to which no response is required, Herbalife denies the allegations of Paragraph 249.

250. Herbalife lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 250 concerning whether and when Bostick received delivery of an IBP, and on that basis denies such allegations.  Except as expressly stated herein, or as regards legal conclusions to which no response is required, Herbalife denies the allegations of Paragraph 250.

251. Herbalife admits that products were ordered through the internet from

ANSWER

Herbalife through Bostick's distributorship account on April 13 and 26, 2012 and June 18 and 27, 2012.  Herbalife refers to Herbalife's sales and marketing plan, policies and rules for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 251.

252.   Herbalife lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 252 concerning whether and when Bostick received delivery of *Herbalife Today* or other alleged Herbalife magazines, and on that basis denies such allegations. Except as expressly stated herein, or as regards legal conclusions to which no response is required, Herbalife denies the allegations of Paragraph 252.

253.   Herbalife denies the allegations in Paragraph 253, except as regards legal conclusions to which no response is required.

254.   Herbalife denies the allegations in Paragraph 254, except as regards legal conclusions to which no response is required, and admits that Herbalife has distributed information through websites with the following addresses: www.herbalife.com, www.myherbalife.com, and www.herbalifemail.com.

255.   Herbalife lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 255 concerning Bostick's alleged receipt of the Internet Business Starter Pack or the contents thereof, and on that basis denies such allegations.  Herbalife refers to the Internet Business Starter Pack for its true and complete contents and denies that Bostick has accurately and completely summarized that material.  Except as expressly stated herein, or as regards legal conclusions to which no response is required, Herbalife denies the allegations of Paragraph 255.

256.   Herbalife denies the allegations in Paragraph 256 except to admit that orders placed through Bostick's account were charged certain *de minimus* fees.

257.   Herbalife lacks knowledge or information sufficient to form a belief as

to the truth or falsity of the allegations contained in Paragraph 257 concerning the actions of the referenced parties other than Herbalife (*e.g*., alleged "Beneficiaries and Promoters"), and on that basis denies such allegations.  Herbalife refers to the videos referenced in Paragraph 257 for their true and complete contents and denies that Bostick has accurately and completely summarized them.  Except as expressly stated herein, or as regards legal conclusions to which no response is required, Herbalife denies the allegations of Paragraph 257.

258.   Herbalife denies the allegations in Paragraph 258.

259.   Herbalife denies the allegations in Paragraph 259.

260.   Herbalife denies the allegations in Paragraph 260.

261.   Herbalife denies the allegations in Paragraph 261.

262.   Herbalife denies the allegations in Paragraph 262.

263.   Herbalife denies the allegations in Paragraph 263 except to the extent the allegations constitute legal conclusions to which no response is required.

264.   Herbalife repeats and re-alleges its responses to Paragraphs 1 through 263 of the Complaint as if fully set forth herein.

265.   Pursuant to the Court's October 11, 2013 Order, Bostick's RICO claims have been dismissed and therefore no response to Paragraph 265 is required. To the extent a response is required, Herbalife denies the allegations in Paragraph 265.

266.   Pursuant to the Court's October 11, 2013 Order, Bostick's RICO claims have been dismissed and therefore no response to Paragraph 266 is required. To the extent a response is required, Herbalife denies the allegations in Paragraph 266.

267.   Pursuant to the Court's October 11, 2013 Order, Bostick's RICO claims have been dismissed and therefore no response to Paragraph 267 is required. To the extent a response is required, Herbalife denies the allegations in Paragraph 267.

ANSWER

268.   Herbalife repeats and re-alleges its responses to Paragraphs 1 through 267 of the Complaint as if fully set forth herein.

269.   Pursuant to the Court's October 11, 2013 Order, Bostick's RICO claims have been dismissed and therefore no response to Paragraph 269 is required. To the extent a response is required, Herbalife denies the allegations in Paragraph 269.

270.   Pursuant to the Court's October 11, 2013 Order, Bostick's RICO claims have been dismissed and therefore no response to Paragraph 270 is required. To the extent a response is required, Herbalife denies the allegations in Paragraph 270.

271.   Pursuant to the Court's October 11, 2013 Order, Bostick's RICO claims have been dismissed and therefore no response to Paragraph 271 is required. To the extent a response is required, Herbalife denies the allegations in Paragraph 271.

272.   Herbalife repeats and re-alleges its responses to Paragraphs 1 through 272 of the Complaint as if fully set forth herein.

273.   To the extent Paragraph 273 purports to state conclusions of law, or otherwise characterize the nature of the claims alleged in the Complaint, no responsive pleading is required.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 273, including any allegation that this suit should be certified as a class action.

274.   To the extent Paragraph 274 purports to state conclusions of law, or otherwise characterize the nature of the claims alleged in the Complaint, no responsive pleading is required.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 274, including any allegation that this suit should be certified as a class action.

275.   To the extent Paragraph 275 purports to state conclusions of law, or otherwise characterize the nature of the claims alleged in the Complaint, no

ANSWER

1   responsive pleading is required.  Except as expressly stated herein, Herbalife denies

2   the allegations of Paragraph 275, including any allegation that this suit should be

3   certified as a class action.

4       276.   To the extent Paragraph 276 purports to state conclusions of law, or

5   otherwise characterize the nature of the claims alleged in the Complaint, no

6   responsive pleading is required.  Except as expressly stated herein, Herbalife denies

7   the allegations of Paragraph 276, including any allegation that this suit should be

8   certified as a class action.

9       277.   To the extent Paragraph 277 purports to state conclusions of law, or

10  otherwise characterize the nature of the claims alleged in the Complaint, no

11  responsive pleading is required.  Except as expressly stated herein, Herbalife denies

12  the allegations of Paragraph 277, including any allegation that this suit should be

13  certified as a class action.

14      278.   To the extent Paragraph 278 purports to state conclusions of law, or

15  otherwise characterize the nature of the claims alleged in the Complaint, no

16  responsive pleading is required.  Except as expressly stated herein, Herbalife denies

17  the allegations of Paragraph 278, including any allegation that this suit should be

18  certified as a class action.

19      279.   To the extent Paragraph 279 purports to state conclusions of law, or

20  otherwise characterize the nature of the claims alleged in the Complaint, no

21  responsive pleading is required.  Except as expressly stated herein, Herbalife denies

22  the allegations of Paragraph 279, including any allegation that this suit should be

23  certified as a class action.

24      280.   Herbalife repeats and re-alleges its responses to Paragraphs 1 through

25  279 of the Complaint as if fully set forth herein.

26      281.   To the extent Paragraph 281 purports to state conclusions of law, or

27  otherwise characterize the nature of the claims alleged in the Complaint, no

28  responsive pleading is required.  Except as expressly stated herein, Herbalife denies

34

ANSWER

the allegations of Paragraph 281, including any allegation that this suit should be certified as a class action.

282.   To the extent Paragraph 282 purports to state conclusions of law, or otherwise characterize the nature of the claims alleged in the Complaint, no responsive pleading is required.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 282, including any allegation that this suit should be certified as a class action.

283.   To the extent Paragraph 283 purports to state conclusions of law, or otherwise characterize the nature of the claims alleged in the Complaint, no responsive pleading is required.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 283, including any allegation that this suit should be certified as a class action.

284.   To the extent Paragraph 284 purports to state conclusions of law, or otherwise characterize the nature of the claims alleged in the Complaint, no responsive pleading is required.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 284, including any allegation that this suit should be certified as a class action.

285.   To the extent Paragraph 285 purports to state conclusions of law, or otherwise characterize the nature of the claims alleged in the Complaint, no responsive pleading is required.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 285, including any allegation that this suit should be certified as a class action.

286.   To the extent Paragraph 286 purports to state conclusions of law, or otherwise characterize the nature of the claims alleged in the Complaint, no responsive pleading is required.  Except as expressly stated herein, Herbalife denies the allegations of Paragraph 286, including any allegation that this suit should be certified as a class action.

**Prayer for Relief**

Responding to the Prayer for Relief, Herbalife denies that Bostick has been injured in any way or at all by Herbalife, and denies that Bostick is entitled to any damages, interest, fees and expenses (including attorneys' fees or fees for experts), equitable or injunctive relief, including rescission, exemplary or punitive damages, disgorgement, restitution, or any other relief requested by Bostick in this action.

**AFFIRMATIVE DEFENSES**

As and for its affirmative defenses to the Complaint, and each and every claim asserted therein, Herbalife asserts the following:

**FIRST AFFIRMATIVE DEFENSE**

**Failure to State a Claim**

The Complaint fails to state any claim against Herbalife upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

**Lack of Injury and Damages**

The Complaint is barred, in whole or in part, due to a lack of any cognizable injury or damages legally compensable at law.

**THIRD AFFIRMATIVE DEFENSE**

**Lack of Standing**

The Complaint is barred, in whole or in part, for lack of standing.

**FOURTH AFFIRMATIVE DEFENSE**

**Plaintiff's Knowledge**

Although Herbalife denies each and every allegation by Plaintiff that it made misrepresentations or omissions, Plaintiff knew or should have known the facts concerning such misrepresentations or omissions.

ANSWER

## FIFTH AFFIRMATIVE DEFENSE

### No Reliance

The Complaint is barred, in whole or in part, because Plaintiff, and the members of the purported class, did not rely on any alleged statement or omission by Herbalife.

## SIXTH AFFIRMATIVE DEFENSE

### Unclean Hands/Bad Faith

The Complaint is barred, in whole or in part, based on the doctrine of unclean hands.

## SEVENTH AFFIRMATIVE DEFENSE

### Waiver and Estoppel

The Complaint is barred, in whole or in part, by the doctrines of waiver and/or estoppel.

## EIGHTH DEFENSE

### Fair Disclosure

The documents and statements allegedly issued by Herbalife or others contain full and fair disclaimers with respect to the subject matter of each alleged misrepresentation or omission so as to fully inform prospective distributors as to the risks and benefits of becoming an Herbalife distributor.

## NINTH AFFIRMATIVE DEFENSE

### Failure to Mitigate

Plaintiff is barred from recovering some or all of his claimed losses because he failed to exercise reasonable care and diligence to avoid, minimize or mitigate his alleged damages.

## TENTH AFFIRMATIVE DEFENSE

### Laches

The Complaint is barred, in whole or in part, by the doctrine of laches.

ANSWER

## ELEVENTH AFFIRMATIVE DEFENSE

### Statute of Limitations

The Complaint is time-barred, in whole or in part, by the statute of limitations.

## TWELFTH AFFIRMATIVE DEFENSE

### Lack of Causation

The Complaint is barred, in whole or in part, because no act, conduct or omission of Herbalife was a factor in bringing about any injury, damage or loss purportedly sustained by Plaintiff, nor was any act or omission of Herbalife a contributing cause thereof.

## THIRTEENTH AFFIRMATIVE DEFENSE

### Justification

The Complaint is barred, in whole or in part, by the doctrine of justification.

## FOURTEENTH AFFIRMATIVE DEFENSE

### Ratification

The Complaint is barred, in whole or in part, because Plaintiff and/or purported class members, through actions or omissions, have expressly or implicitly consented to and ratified the acts about which Plaintiff now complains.

## FIFTEENTH AFFIRMATIVE DEFENSE

### Res Judicata/Collateral Estoppel

The Complaint is barred, in whole or in part, by the doctrines of res judicata, collateral estoppel, and/or other similar doctrines of preclusion.

## SIXTEENTH AFFIRMATIVE DEFENSE

### Good Faith

The Complaint is barred, in whole or in part, because at all relevant times Herbalife's conduct was made in good faith.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### Business Practices Non-Actionable

Defendants' business practices are not unfair, unlawful, or likely to mislead a reasonable consumer.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### Safe Harbor

Defendants' business practices and conduct falls within a safe harbor created by law.

## NINETEENTH AFFIRMATIVE DEFENSE

### Consent

The Complaint is barred, in whole or in part, because and to the extent that Plaintiff consented to or approved of (by words or conduct) acts and omissions about which Plaintiff now complains.

## TWENTIETH AFFIRMATIVE DEFENSE

### Puffing

The Complaint is barred, in whole or in part, to the extent that it is based on non-actionable puffing.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### Release

The Complaint is barred, in whole or in part, by release of the asserted claims.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### Faith/Reasonable Belief as to Accuracy and Validity

The Complaint is barred, in whole or in part, because any representations or statements alleged to have been made by Herbalife were true and accurate at the time made and/or otherwise were made in good faith and with a reasonable belief as to their validity and accuracy and with reasonable belief that all of Herbalife's conduct was lawful.

39

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### Not Entitled to Relief Sought

The Complaint is barred, in whole or in part, because Plaintiff seeks relief to which he is not entitled.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

### Preemption

The Complaint is barred, in whole or in part, because Plaintiff's state law claims are preempted by federal law.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

### Assumption of Risk

Plaintiff knowingly and voluntarily assumed the risk that he may not be as successful as other Herbalife distributors under Herbalife's network marketing plan, and any damages sustained by Plaintiff were the proximate result of the risks so assumed.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

### Failure to Timely Seek Rescission

The Complaint is barred, in whole or in part, because Plaintiff failed to seek such rescission in a timely manner.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

### Impossibility of Rescission

To the extent that Plaintiff is permitted to seek rescission, the Complaint is barred, in whole or in part, because Plaintiff's own actions have rendered rescission impossible.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

### *Amway*

Plaintiff's Complaint is barred, in whole or in part, to the extent Herbalife complied with the defense set forth in *In re Amway Corp.*, 93 F.T.C. 618 (1979).

ANSWER

## TWENTY-NINTH AFFIRMATIVE DEFENSE

### Additional Defenses

Herbalife is informed and believes and on such basis alleges that it may have additional defenses available which are not fully known or of which it is not presently aware.  Herbalife reserves the right to raise and assert additional defenses after such defenses have been ascertained.

**WHEREFORE**, Herbalife prays for judgment in its favor as follows:

1. that this suit cannot be maintained as a class action;
2. that the Complaint be dismissed on the merits with prejudice;
3. that Plaintiff take nothing by the Complaint;
4. that Herbalife be awarded its costs, disbursements, and expenses incurred herein;
5. that Herbalife be awarded reasonable attorneys' fees; and
6. that Herbalife be awarded such other and further relief as the Court may deem just and proper.

DATED:  October 29, 2013          BOIES, SCHILLER & FLEXNER LLP


                                    /s/ William S. Ohlemeyer
                                   William S. Ohlemeyer

                                   Attorneys for Defendants Herbalife International
                                   of America, Inc., Herbalife International, Inc. and
                                   Herbalife Ltd.

ANSWER