Name and address:
Thomas G. Foley, Jr.
Foley Bezek Behle & Curtis LLP
15 West Carrillo Street
Santa Barbara, CA  93101
Telephone: (805) 962-9495

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA BOSTICK, a California citizen, on behalf of himself and all others similarly situated, <br><br> Plaintiff(s) <br> v. <br> HERBALIFE INTERNATIONAL OF AMERICA, INC., a Nevada Corporation, et al. <br><br> Defendant(s). | CASE NUMBER <br> CV13-02488 <br><br> APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE <br> *PRO HAC VICE* |

### INSTRUCTIONS FOR APPLICANTS

(1) Complete Section I of this Application, sign the certification in Section II, and have your designated Local Counsel sign in Section III; **note that electronic signatures are not accepted.** Space to supplement your responses is provided in Section IV. Attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which you are admitted. Scan the completed and signed Application, with attachment(s), to a single Portable Document Format (PDF) file.

(2) Have your Local Counsel e-file your Application, using the Court's CM/ECF System, and submit a Proposed Order (using Form G-64 ORDER, available from the Court's website).

(3) Submit payment in the amount of $325 for each case in which you file an Application. Payment may be submitted at the time of e-filing through Pay.gov, or by delivering payment to the Clerk's Office (Attn: Fiscal) with a copy of the e-filed Application. If your payment is not received within 5 days of the filing of your Application, your Application may be rejected. You will not be allowed to participate as an attorney of record in this case until your payment is received.

### SECTION I - INFORMATION

Hardin, Jason W.
*Applicant's Name (Last Name, First Name & Middle Initial)*

Fabian & Clendenin
*Firm Name*

215 South State Street
Suite 1200
*Street Address*

Salt Lake City, UT  84111
*City, State, Zip Code*

(801) 531-8900
*Telephone Number*

(801) 596-2814
*Fax Number*

jhardin@fabianlaw.com
*E-Mail Address*

**I have been retained to represent the following parties:**

| Name(s) of Party(ies) Represented | | | |
|---|---|---|---|
| Dana Bostick and all others similarly situated | ☒ Plaintiff | ☐ Defendant | ☐ Other: |
| | ☐ Plaintiff | ☐ Defendant | ☐ Other: |

List all courts to which you have been admitted and the current status of your membership:

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| State of Utah | October 18, 2000 | Active Member in Good Standing |
| State of Nevada | October 17, 2006 | Active Member in Good Standing |
| | | |
| | | |

List all cases in which you have applied to this Court for *pro hac vice* status in the previous three years:

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Have you previously registered as a CM/ECF user in the Central District of California?   ☐ Yes   ☒ No

If yes, was your CM/ECF User account associated with the e-mail address provided above?   ☐ Yes   ☐ No:

_____
*Previous E-Mail Used (if applicable)*

*You must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.2, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

**SECTION II - CERTIFICATION**

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated   11/14/13        Jason W. Hardin
                        *Applicant's Name (please type or print)*

                        /s/ Jason W. Hardin
                        *Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Foley, Thomas G. Jr.
*Designee's Name (Last Name, First Name & Middle Initial)*

Foley Bezek Behle & Curtis, LLP
*Firm Name*

15 West Carrillo Street
*Street Address*

Santa Barbara, CA 93101
*City, State, Zip Code*

(805) 962-9495
*Telephone Number*

(805) 962-0722
*Fax Number*

tfoley@foleybezek.com
*E-Mail Address*

65812
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel.

Dated  11-15-13

Thomas G. Foley, Jr.
*Designee's Name (please type or print)*

*[signature]*
*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)



# Utah State Bar®

645 South 200 East, Suite 310 • Salt Lake City, Utah 84111-3834
Telephone: 801-531-9077 • Fax: 801-531-0660
http://www.utahbar.org

**John C. Baldwin**
Executive Director

**Board of Commissioners**

Curtis M Jensen
President
Snow Jensen & Reece
St. George

James D. Gilson
President-elect
Callister Nebeker
& McCullough
Salt Lake City

Steven R. Burt, AIA
Public Member
Entelen Design-Build
Salt Lake City

H. Dickson Burton
TraskBritt
Salt Lake City

Kenyon D. Dove
Smith Knowles
Ogden

Hon. Evelyn J. Furse
United States District Court
Salt Lake City

Mary Kay Griffin, CPA
Public Member
Mayer Hoffman McCann
Salt Lake City

Susanne Gustin
Attorney at Law
Salt Lake City

Michael F. Leavitt
Durham Jones & Pinegar
St. George

John R. Lund
Snow Christensen &
Martineau
Salt Lake City

Herm Olsen
Hillyard Anderson & Olsen
Logan

Robert O. Rice
Ray Quinney & Nebeker
Salt Lake City

Thomas W. Seiler
Robinson Seiler & Anderson
Provo

Angelina Tsu
Zions Management Services
Corporation
Salt Lake City

November 8, 2013

To Whom It May Concern:

Re:  **CERTIFICATE OF GOOD STANDING for JASON W. HARDIN**

This is to certify that **JASON W. HARDIN** Utah State Bar **No. 08793** was admitted to practice law in Utah on **October 18, 2000** and is an **ACTIVE** member of the Utah State Bar in good standing.  "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

No public disciplinary action involving professional misconduct has been taken against the license of **JASON W. HARDIN** to practice law.

*Katherine A. Fox*

Katherine A. Fox
General Counsel
Utah State Bar



Serving the Public. Working for Justice



# STATE BAR OF NEVADA

## Certificate of Good Standing

### Jason W. Hardin

(**Bar Number 10067**) was admitted by the Supreme Court of the State of Nevada on **10/17/2006** as an Attorney and Counselor at law duly licensed to practice in all courts of the State of Nevada. It is hereby further certified that Jason W. Hardin is now an Active member of the State Bar of Nevada in good standing.

DATED this Tuesday, November 12, 2013

Laurie K. Scheffler
Member Services Administrator
State Bar of Nevada