Name and address:
Thomas G. Foley, Jr.
Foley Bezek Behle & Curtis, LLP
15 West Carrillo Street
Santa Barbara, CA  93101
Telephone: (805) 962-9495

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DANA BOSTICK, a California citizen, on behalf of himself and all others similarly situated,

Plaintiff(s)

v.

HERBALIFE INTERNATIONAL OF AMERICA, INC., a Nevada Corporation, et al.

Defendant(s).

CASE NUMBER

CV13-02488

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Hardin, Jason W.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(801) 531-8900
*Telephone Number*

(801) 596-2814
*Fax Number*

jhardin@fabianlaw.com
*E-Mail Address*

of

Fabian & Clendenin
215 South State Street
Suite 1200
Salt Lake City, UT  84111

*Firm Name & Address*

for permission to appear and participate in this case on behalf of

Dana Bostick and all others similarly situated

*Name(s) of Party(ies) Represented*

[X] Plaintiff   [ ] Defendant   [ ] Other: _____

and designating as Local Counsel

Foley, Thomas G. Jr.
*Designee's Name (Last Name, First Name & Middle Initial)*

65812
*Designee's Cal. Bar Number*

(805) 962-9495
*Telephone Number*

(805) 962-0722
*Fax Number*

of

Foley Bezek Behle & Curtis LLP
15 West Carrillo Street
Santa Barbara, CA  93101

*Firm Name & Address*

tfoley@foleybezek.com
*E-Mail Address*

hereby ORDERS the Application be:

[ ] GRANTED.
[ ] DENIED. Fee shall be returned by the Clerk.
[ ] DENIED, for failure to pay the required fee.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge