# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### **AMENDED**
## CIVIL MINUTES – GENERAL

| Case No. | CV 13-02488 BRO (RZx) | Date | December 9, 2013 |
|---|---|---|---|
| Title | Dana Bostick v. Herbalife International of America Inc et al | | |

Present: The Honorable    **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Myra Ponce | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Philip D Dracht | Jonathan David Schiller |
| Thomas Foley | Jonathan Sherman |
| | Karen Paik |

**Proceedings:**     SCHEDULING CONFERENCE (Held and Completed)


Matter called.  Counsel states their appearances for the record.

Court and counsel confer.   Court conducts Scheduling Conference.   Counsel are reminded to fully comply with Federal Rules of Civil Procedure, Rule 26(a).

Counsel inform the Court that their selection for a settlement procedure pursuant to Local Rule 16-14 is Private Mediation.

The Court orders that any settlement discussions shall be completed no later than February 23, 2015***. Counsel shall file a Joint Report regarding the outcome of settlement discussions, the likelihood of possible further discussions and any help the Court may provide with regard to settlement negotiations not later than seven (7) days after the settlement conference.

Civil Jury Trial Order to follow.  Last Day for Hearing on Motion for Class Certification is 6/16/2014.   Last Day for Plaintiff to File Motion for Class Certification is 5/5/2014.  The Court will bifurcate discovery in this matter.   Last date for class certification discovery is April 5, 2014.

IT IS SO ORDERED

| 00 | : | 20 |
|---|---|---|
| Initials of Preparer | | rf |