UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA BOSTICK, a California citizen, on behalf of himself and all others similarly situated, and on behalf of the general public,<br><br>PLAINTIFF,<br><br>vs.<br><br>HERBALIFE INTERNATIONAL OF AMERICA, INC., a Nevada Corporation, HERBALIFE INTERNATIONAL, INC., a Nevada Corporation, HERBALIFE, LTD a Cayman Island Corporation<br><br>DEFENDANTS. | Case No.  13-cv-02488 BRO (RZx)<br><br>**ORDER GRANTING STIPULATION REQUESTING TO CONTINUE CERTAIN PRETRIAL DATES**<br><br>Hon. Beverly Reid O'Connell<br><br><br><br>Complaint filed:     April 8, 2013 |

Before this Court is the Parties' joint Stipulation Requesting to Continue Certain Pretrial Dates (the "Stipulation"). For good cause shown, the Court GRANTS the Stipulation.

IT IS HEREBY ORDERED that certain dates in this Court's December 9, 2014 Amended Minutes and Scheduling Order [Dkt 51, 53] are extended by 50 days, and are reset to new dates as set forth below:

| Deadline | Current Date | Proposed New Date |
|---|---|---|
| Last date to Amend Pleadings or Add Parties | 4/5/2014 | 5/26/2014 |
| Last date for class certification discovery | 4/5/2014 | 5/26/2014 |
| Last Day for Plaintiff to File Motion for Class Certification | 5/5/2014 | 6/24/2014 |
| Last Day for Hearing on Motion for Class Certification | 6/16/2014 | 8/5/2014 |
| Discovery cut−off [Note: Expert disclosure no later than 70 days prior to this date.] | 2/2/2015 | No Change |
| Last day for hearing motions | 2/9/2015 | No Change |
| Last date to conduct ADR Conference | 2/23/2015 | No Change |
| Last date to file Joint Report re ADR proceeding | 3/2/2015 | No Change |
| Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit & Witness Lists | 3/9/2015 | No Change |
| Motions in Limine to be filed | 3/16/2015 | No Change |

| | | |
|---|---|---|
| Pretrial Conference; Proposed Voir Dire Q.s. Lodged; file Agreed−to Statement of Case; File Agreed Upon Set of Jury Instructions and Verdict Forms; File Joint Statement re Disputed Instructions, Verdicts, etc. | 3/23/2015 | No Change |
| Hearing on Disputed Jury Instructions | 4/6/2015 | No Change |
| Jury trial − Hearing on Motions in Limine | 4/13/2015 | No Change |
| Trial Estimated length: 10 day(s) | 4/21/2015 | No Change |

**IT IS SO ORDERED.**

Dated: March 3, 2014

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE