Philip D. Dracht, SBN 219044
Scott M. Petersen (admitted *Pro Hac*)
Jason W. Hardin (admitted *Pro Hac*)
**FABIAN & CLENDENIN**
215 South State Street, Suite 1200
Salt Lake City, UT 84151-0210
Telephone: (801) 531-8900
pdracht@fabianlaw.com
spetersen@fabianlaw.com
jhardin@fabianlaw.com

Thomas G. Foley, Jr., SBN 65812
Robert A. Curtis, SBN 203870
Justin P. Karczag, SBN 223764
**FOLEY BEZEK BEHLE & CURTIS, LLP**
15 West Carrillo Street
Santa Barbara, California 93101
Telephone: (805) 962-9495
tfoley@foleybezek.com
rcurtis@foleybezek.com
jkarczag@foleybezek.com

*Attorneys for Plaintiff Dana Bostick*

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANA BOSTICK, a California citizen, on behalf of himself and all others similarly situated, and on behalf of the general public,<br><br>    PLAINTIFF,<br><br>vs.<br><br>HERBALIFE INTERNATIONAL OF AMERICA, INC., a Nevada Corporation, HERBALIFE INTERNATIONAL, INC., a Nevada Corporation, HERBALIFE, LTD a Cayman Island Corporation,<br><br>    DEFENDANTS. | Case No.: 2:13-cv-02488-BRO-RZ<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT [DOCKET NO. 70]** |

1

On June 2, 2014, Plaintiff Dana Bostick filed his Motion for Leave to File First Amended Complaint (ECF No. 70) with a hearing date of June 30, 2014. At the request of Defendants to extend the time by three weeks for them to file an opposition to the motion, Plaintiff has filed an Amended Motion for Leave to Amend (ECF No. 71) with a hearing date of July 21, 2014.

Plaintiff now files this Notice to inform the Court that he is withdrawing his previously filed Motion for Leave to File First Amended Complaint (ECF No. 70) set for hearing on June 30, 2014.

Respectfully submitted,

DATED: June 9, 2014          FABIAN & CLENDENIN, P.C.

FOLEY BEZEK BEHLE & CURTIS, LLP

*/s/ Philip D. Dracht*

Philip D. Dracht
Scott M. Petersen
Jason W. Hardin

Thomas G. Foley, Jr.
Robert A. Curtis
Justin P. Karczag

*Attorneys for Plaintiff*