1  Counsel is listed on the following page

2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| DANA BOSTICK, a California Resident, ANITA VASKO, a Pennsylvania resident, JUDI TROTTER, a Washington resident, BEVERLY MOLNAR, a Pennsylvania Resident, CHESTER COTE, a Vermont resident, on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>HERBALIFE INTERNATIONAL OF AMERICA, INC., a Nevada Corporation, HERBALIFE INTERNATIONAL, INC., a Nevada Corporation, HERBALIFE LTD., a Cayman Islands Corporation,<br><br>Defendants. | Case No.  13-cv-02488 BRO (RZx)<br><br>**THIRD STIPULATION REQUESTING TO CONTINUE CERTAIN PRETRIAL DATES**<br><br>Hon. Beverly Reid O'Connell<br><br>Complaint filed:   April 8, 2013 |

| | |
|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP |
| | Jonathan D. Schiller (admitted *pro hac vice*) |
| 2 | jschiller@bsfllp.com |
| | William S. Ohlemeyer (admitted *pro hac vice*) |
| 3 | wohlemeyer@bsfllp.com |
| | Jonathan Sherman (admitted *pro hac vice*) |
| 4 | jsherman@bsfllp.com |
| 5 | Joseph F. Kroetsch (admitted *pro hac vice*) |
| | jkroetsch@bsfllp.com |
| 6 | 575 Lexington Avenue |
| | New York, NY 10022 |
| 7 | Telephone: 212-446-2300 |
| 8 | Facsimile: 212-446-2350 |
| 9 | David L. Zifkin (SBN 232845) |
| | dzifkin@bsfllp.com |
| 10 | 401 Wilshire Boulevard, Suite 850 |
| | Santa Monica, CA 90401 |
| 11 | Telephone: 310-752-2400 |
| 12 | Facsimile: 310-752-2490 |
| 13 | *Attorneys for Defendants Herbalife International of America, Inc., Herbalife International, Inc., and Herbalife Ltd.* |
| 14 | |
| 15 | Philip D. Dracht (SBN 219044) |
| | pdracht@fabianlaw.com |
| 16 | Scott M. Petersen (admitted *pro hac vice*) |
| | spetersen@fabianlaw.com |
| 17 | Jason W. Hardin (admitted *pro hac vice*) |
| 18 | jhardin@fabianlaw.com |
| | **FABIAN & CLENDENIN** |
| 19 | 215 South State Street, Suite 1200 |
| | Salt Lake City, UT 84151-0210 |
| 20 | Telephone: (801) 531-8900 |
| 21 | Facsimile: (801) 596-2814 |
| 22 | Thomas G. Foley, Jr., SBN 65812 |
| | tfoley@foleybezek.com |
| 23 | Robert A. Curtis, SBN 203870 |
| | rcurtis@foleybezek.com |
| 24 | Justin P. Karczag, Esq., SBN 223764 |
| 25 | jkarczag@foleybezek.com |
| | **FOLEY BEZEK BEHLE & CURTIS, LLP** |
| 26 | 15 West Carrillo Street |
| | Santa Barbara, California 93101 |
| 27 | Telephone: (805) 962-9495 |
| 28 | *Attorneys for Plaintiffs Dana Bostick, Anita Vasko, Judi Trotter, Beverly Molnar and Chester Cote.* |

1   This stipulation is entered into by Plaintiffs Dana Bostick, Anita Vasko, Judi
2   Trotter, Beverly Molnar and Chester Cote, and Defendants Herbalife International
3   of America, Inc., Herbalife International, Inc., and Herbalife Ltd. (collectively, the
4   "Parties") as follows:

5   As set forth in the Joint Declaration of Jason W. Hardin and Joseph F.
6   Kroetsch, submitted on behalf of both Plaintiffs and Defendants, the parties believe
7   that good cause exists for a 63 day extension of: (1) certain case management
8   deadlines set in this Court's May 16, 2014 Order Granting Second Stipulation to
9   Continue Certain Pretrial Dates [Dkt 69] and; (2) Defendants' time to respond to
10  Plaintiffs' First Amended Complaint, as set in the Order Granting Stipulation to
11  Extend Time for Defendants to Respond to Plaintiffs' First Amended Complaint
12  [Dkt 81].

13  Therefore, the Parties jointly request the following deadlines be reset as set
14  forth below:

| Deadline | Current Date | Proposed New Date |
|---|---|---|
| Last date for Defendants to respond to First Amended Complaint | 8/18/2014 | 10/20/2014 |
| Last Day for Plaintiff to File Motion for Class Certification | 8/25/2014 | 10/27/2014 |
| Last Day for Hearing on Motion for Class Certification | 10/6/2014 | 12/8/2014 |
| Discovery cut–off [Note: Expert disclosure no later than 70 days prior to this date.] | 2/2/2015 | No Change |
| Last day for hearing motions | 2/9/2015 | No Change |
| Last date to conduct ADR Conference | 2/23/2015 | No Change |

| Last date to file Joint Report re ADR proceeding | 3/2/2015 | No Change |
|---|---|---|
| Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit & Witness Lists | 3/9/2015 | No Change |
| Motions in Limine to be filed | 3/16/2015 | No Change |
| Pretrial Conference; Proposed Voir Dire Q.s. Lodged; file Agreed–to Statement of Case; File Agreed Upon Set of Jury Instructions and Verdict Forms; File Joint Statement re Disputed Instructions, Verdicts, etc. | 3/23/2015 | No Change |
| Hearing on Disputed Jury Instructions | 4/6/2015 | No Change |
| Jury trial – Hearing on Motions in Limine | 4/13/2015 | No Change |
| Trial<br>Estimated length: 10 day(s) | 4/21/2015 | No Change |

DATED: August 15, 2014         FABIAN & CLENDENIN, P.C.

 /s/ Jason W. Hardin
Jason W. Hardin

Attorneys for Plaintiffs
Dana Bostick, Anita Vasko, Judi Trotter, Beverly Molnar, and Chester Cote

| | | |
|---|---|---|
| 1 | DATED:  August 15, 2014 | BOIES, SCHILLER & FLEXNER LLP |
| 2 | | /s/ Joseph F. Kroetsch[1] |
| 3 | | Joseph F. Kroetsch |
| 4 | | Attorneys for Defendants Herbalife International of America, Inc., Herbalife International, Inc. and Herbalife Ltd. |

---

[1] I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

3