| | |
|---|---|
| 1 | Counsel is listed on the following page |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA BOSTICK, a California Resident, ANITA VASKO, a Pennsylvania resident, JUDI TROTTER, a Washington resident, BEVERLY MOLNAR, a Pennsylvania Resident, CHESTER COTE, a Vermont resident, on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>HERBALIFE INTERNATIONAL OF AMERICA, INC., a Nevada Corporation, HERBALIFE INTERNATIONAL, INC., a Nevada Corporation, HERBALIFE LTD., a Cayman Islands Corporation,<br><br>Defendants. | Case No.  13-cv-02488 BRO (RZx)<br><br>**FOURTH STIPULATION REQUESTING TO CONTINUE CERTAIN PRETRIAL DATES**<br><br>Hon. Beverly Reid O'Connell<br><br><br>Complaint filed:     April 8, 2013 |

| | |
|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP |
|   | Jonathan D. Schiller (admitted *pro hac vice*) |
| 2 | jschiller@bsfllp.com |
|   | William S. Ohlemeyer (admitted *pro hac vice*) |
| 3 | wohlemeyer@bsfllp.com |
|   | Jonathan Sherman (admitted *pro hac vice*) |
| 4 | jsherman@bsfllp.com |
| 5 | Joseph F. Kroetsch (admitted *pro hac vice*) |
|   | jkroetsch@bsfllp.com |
| 6 | 575 Lexington Avenue |
|   | New York, NY 10022 |
| 7 | Telephone: 212-446-2300 |
| 8 | Facsimile: 212-446-2350 |
|   |   |
| 9 | David L. Zifkin (SBN 232845) |
|   | dzifkin@bsfllp.com |
| 10 | 401 Wilshire Boulevard, Suite 850 |
|   | Santa Monica, CA 90401 |
| 11 | Telephone: 310-752-2400 |
| 12 | Facsimile: 310-752-2490 |
|   |   |
| 13 | *Attorneys for Defendants Herbalife International of America, Inc., Herbalife International, Inc., and Herbalife Ltd.* |
| 14 | |
|   |   |
| 15 | Philip D. Dracht (SBN 219044) |
|   | pdracht@fabianlaw.com |
| 16 | Scott M. Petersen (admitted *pro hac vice*) |
|   | spetersen@fabianlaw.com |
| 17 | Jason W. Hardin (admitted *pro hac vice*) |
| 18 | jhardin@fabianlaw.com |
|   | **FABIAN & CLENDENIN** |
| 19 | 215 South State Street, Suite 1200 |
|   | Salt Lake City, UT 84151-0210 |
| 20 | Telephone: (801) 531-8900 |
| 21 | Facsimile: (801) 596-2814 |
|   |   |
| 22 | Thomas G. Foley, Jr., SBN 65812 |
|   | tfoley@foleybezek.com |
| 23 | Robert A. Curtis, SBN 203870 |
|   | rcurtis@foleybezek.com |
| 24 | Justin P. Karczag, Esq., SBN 223764 |
| 25 | jkarczag@foleybezek.com |
|   | **FOLEY BEZEK BEHLE & CURTIS, LLP** |
| 26 | 15 West Carrillo Street |
|   | Santa Barbara, California 93101 |
| 27 | Telephone: (805) 962-9495 |
| 28 | *Attorneys for Plaintiffs Dana Bostick, Anita Vasko, Judi Trotter, Beverly Molnar and Chester Cote.* |

This stipulation is entered into by Plaintiffs Dana Bostick, Anita Vasko, Judi Trotter, Beverly Molnar and Chester Cote, and Defendants Herbalife International of America, Inc., Herbalife International, Inc., and Herbalife Ltd. (collectively, the "Parties") as follows:

As set forth in the Joint Declaration of Jason W. Hardin and Joseph F. Kroetsch, submitted on behalf of both Plaintiffs and Defendants, the parties believe that good cause exists for a brief extension of certain case management deadlines set in this Court's August 20, 2014 Order Granting Third Stipulation to Continue Certain Pretrial Dates [Dkt 83].

Therefore, the Parties jointly request the following deadlines be reset as set forth below:

| Deadline | Current Date | Proposed New Date |
| --- | --- | --- |
| Last date for Defendants to respond to First Amended Complaint | 10/20/2014 | 11/10/2014 |
| Last Day for Plaintiff to File Motion for Class Certification | 10/27/2014 | 11/10/2014 |
| Last Day for Hearing on Motion for Class Certification | 12/8/2014 | 12/22/2014 |
| Discovery cut−off [Note: Expert disclosure no later than 70 days prior to this date.] | 2/2/2015 | No Change |
| Last day for hearing motions | 2/9/2015 | No Change |
| Last date to conduct ADR Conference | 2/23/2015 | No Change |
| Last date to file Joint Report re ADR proceeding | 3/2/2015 | No Change |
| Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit & Witness Lists | 3/9/2015 | No Change |

| | | |
|---|---|---|
| Motions in Limine to be filed | 3/16/2015 | No Change |
| Pretrial Conference; Proposed Voir Dire Q.s. Lodged; file Agreed−to Statement of Case; File Agreed Upon Set of Jury Instructions and Verdict Forms; File Joint Statement re Disputed Instructions, Verdicts, etc. | 3/23/2015 | No Change |
| Hearing on Disputed Jury Instructions | 4/6/2015 | No Change |
| Jury trial − Hearing on Motions in Limine | 4/13/2015 | No Change |
| Trial Estimated length: 10 day(s) | 4/21/2015 | No Change |

DATED: October 17, 2014        FABIAN & CLENDENIN, P.C.

 /s/ Jason W. Hardin
Jason W. Hardin

Attorneys for Plaintiffs
Dana Bostick, Anita Vasko, Judi Trotter, Beverly Molnar, and Chester Cote

DATED:  October 17, 2014        BOIES, SCHILLER & FLEXNER LLP

 /s/ Joseph F. Kroetsch[1]
Joseph F. Kroetsch

Attorneys for Defendants
Herbalife International of America, Inc., Herbalife International, Inc. and Herbalife Ltd.

---

[1] I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.