UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA BOSTICK, a California Resident, ANITA VASKO, a Pennsylvania resident, JUDI TROTTER, a Washington resident, BEVERLY MOLNAR, a Pennsylvania Resident, CHESTER COTE, a Vermont resident, on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>HERBALIFE INTERNATIONAL OF AMERICA, INC., a Nevada Corporation, HERBALIFE INTERNATIONAL, INC., a Nevada Corporation, HERBALIFE LTD., a Cayman Islands Corporation,<br><br>Defendants. | Case No. CV 13-02488 BRO (RZx)<br><br>**ORDER GRANTING FOURTH STIPULATION TO CONTINUE CERTAIN PRETRIAL DATES**<br><br>Hon. Beverly Reid O'Connell<br><br>Complaint filed:   April 8, 2013 |

Before this Court is the Parties' Fourth Stipulation To Continue Certain Pretrial Dates (the "Stipulation"). The Court GRANTS the Stipulation and IT IS HEREBY ORDERED that the dates in this Court's August 20, 2014 Order Granting Third Stipulation to Continue Certain Pretrial Dates [Dkt 83] are extended and reset to new dates as set forth below:

| Deadline | Current Date | Proposed New Date |
| --- | --- | --- |
| Last date for Defendants to respond to First Amended Complaint | 10/20/2014 | 11/10/2014 |
| Last Day for Plaintiff to File Motion for Class Certification | 10/27/2014 | 11/10/2014 |
| Last Day for Hearing on Motion for Class Certification | 12/8/2014 | 12/22/2014 |
| Discovery cut−off [Note: Expert disclosure no later than 70 days prior to this date.] | 2/2/2015 | No Change |
| Last day for hearing motions | 2/9/2015 | No Change |
| Last date to conduct ADR Conference | 2/23/2015 | No Change |
| Last date to file Joint Report re ADR proceeding | 3/2/2015 | No Change |
| Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit & Witness Lists | 3/9/2015 | No Change |
| Motions in Limine to be filed | 3/16/2015 | No Change |
| Pretrial Conference; Proposed Voir Dire Q.s. Lodged; file Agreed−to Statement of Case; File Agreed Upon Set of Jury Instructions and Verdict Forms; File Joint Statement re Disputed Instructions, Verdicts, etc. | 3/23/2015 | No Change |

| Hearing on Disputed Jury Instructions | 4/6/2015 | No Change |
|---|---|---|
| Jury trial – Hearing on Motions in Limine | 4/13/2015 | No Change |
| Trial<br>Estimated length: 10 day(s) | 4/21/2015 | No Change |

**IT IS SO ORDERED.**

Dated:  October 22, 2014

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE