1
2  Counsel is listed on the following page.
3
4
5
6
7
8           **IN THE UNITED STATES DISTRICT COURT**
9            **CENTRAL DISTRICT OF CALIFORNIA**
10
| | |
|---|---|
| DANA BOSTICK, *et al.*, | Case No.: 2:13-cv-02488-BRO (RZx) |
| Plaintiffs, | **NOTICE OF JOINT MOTION AND JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| vs. | |
| HERBALIFE INTERNATIONAL OF AMERICA, INC., *et al.*, | |
| Defendants. | Assigned to Hon. Beverly Reid O'Connell |
| | **Courtroom:** <br> **Date:** <br> **Time:** |
| | Complaint filed: April 8, 2013 |

Jonathan D. Schiller (*pro hac vice*)
   jschiller@bsfllp.com
Joseph F. Kroetsch (*pro hac vice*)
   jkroetsch@bsfllp.com
   (Other Attorneys Listed Below)
Boies, Schiller & Flexner LLP
575 Lexington Avenue
New York, NY  10022
Telephone:  (212) 446-2300
Facsimile:  (212) 446-2350

A. Howard Matz, SBN 55892
   ahm@birdmarella.com
Mitchell A. Kamin, SBN 202788
   mak@birdmarella.com
Mark T. Drooks, SBN 123561
   mtd@birdmarella.com
Gopi K. Panchapakesan, SBN 279586
   gkp@birdmarella.com
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California  90067-2561
Telephone:  (310) 201-2100
Facsimile:  (310) 201-2110

*Attorneys for Defendants Herbalife International of America, Inc.; Herbalife International, Inc.; and Herbalife Ltd.*

Philip D. Dracht, SBN 219044
   pdracht@fabianlaw.com
Scott M. Petersen (*pro hac vice*)
   spetersen@fabianlaw.com
Jason W. Hardin (*pro hac vice*)
   jhardin@fabianlaw.com
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84151-0210
Telephone: (801) 531-8900

Thomas G. Foley, Jr., SBN 65812
   tfoley@foleybezek.com
Justin P, Karczag, SBN 223764
   jkarczag@foleybezek.com
Foley Bezek Behle & Curtis, LLP
15 West Carrillo Street
Santa Barbara, CA  93101
Telephone: (805) 962-9495

*Attorneys for Plaintiffs Dana Bostick, Anita Vasko, Judi Trotter, Beverly Molnar, and Chester Cote*

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 1, 2014 at 1:30 p.m. PST, or as soon thereafter as counsel may be heard by the above-entitled Court in Courtroom 14 before the Honorable Beverly Reid O'Connell, Plaintiffs and Defendants will bring on for hearing this Joint Motion for Preliminary Approval of Class Action Settlement Agreement.

Plaintiffs and Defendants will jointly move the Court, pursuant to Federal Rule of Civil Procedure 23(e), to do the following: grant preliminary approval of a proposed class action settlement agreement; conditionally certify a settlement class; authorize notice of the settlement to the settlement class; approve the form of the notice and claim forms; set a hearing for determination of final approval of the proposed settlement; and appoint the plaintiffs as class representatives and their counsel as class counsel.

This Joint Motion will be based on (1) this Notice of Joint Motion and Joint Motion, (2) the Supporting Memoranda of Points and Authorities submitted by Plaintiffs concurrently herewith, (3) the Joint Declaration of Thomas G. Foley and Scott M. Petersen ("Foley & Petersen Declaration") filed concurrently herewith, (4) the Declaration of the Mediator Hon. Daniel H. Weinstein filed concurrently herewith, (5) the Declaration of Hon. James Larson filed as an exhibit to the Foley and Petersen Declaration, (6) the Stipulated Settlement and accompanying exhibits ("Settlement Agreement") filed concurrently herewith, (7) the Declarations of Plaintiffs Dana Bostick, Anita Vasko, Judi Trotter, Beverly Molnar, and Chester Cote filed as exhibits to the Foley and Petersen Declaration, (8) the Declaration of Stephen M. Brobeck, and (9) such memoranda or additional evidence as Defendants may file in joinder of this motion; all papers and other matters on file with the Court in this action, such arguments of counsel as the Court may hear, and any other matter that may be submitted before the hearing.

A proposed Order Preliminarily Approving Class Action Settlement, Conditionally Certifying the Settlement Class, Providing for Notice and Scheduling Order is filed contemporaneously herewith.

Dated: October 31, 2014    BOIES, SCHILLER & FLEXNER LLP

By: _____
Jonathan D. Schiller (admitted *pro hac vice*)
jschiller@bsfllp.com
Joseph F. Kroetsch (admitted *pro hac vice*)
jkroetsch@bsfllp.com
575 Lexington Avenue
New York, NY 10022
Telephone: 212-446-2300
Facsimile: 212-446-2350

David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Telephone: 310-752-2400
Facsimile: 310-752-2490

*Attorneys for Defendants Herbalife International of America, Inc., Herbalife International, Inc., and Herbalife Ltd.*

Dated: October 31, 2014    BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.

By: _____
A. Howard Matz (SBN 55892)
ahm@birdmarella.com
Mitchell A. Kamin (SBN 202788)
mak@birdmarella.com
Mark T. Drooks (SBN 123561)
mtd@birdmarella.com
Gopi K. Panchapakesan (SBN 279586)
gkp@birdmarella.com
1875 Century Park East, 23rd Floor
Los Angeles, California  90067-2561


A proposed Order Preliminarily Approving Class Action Settlement, Conditionally Certifying the Settlement Class, Providing for Notice and Scheduling Order is filed contemporaneously herewith.

Dated: October 31, 2014    BOIES, SCHILLER & FLEXNER LLP

By:_____
Jonathan D. Schiller (admitted *pro hac vice*)
jschiller@bsfllp.com
Joseph F. Kroetsch (admitted *pro hac vice*)
jkroetsch@bsfllp.com
575 Lexington Avenue
New York, NY 10022
Telephone: 212-446-2300
Facsimile: 212-446-2350

David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Telephone: 310-752-2400
Facsimile: 310-752-2490

*Attorneys for Defendants Herbalife International of America, Inc., Herbalife International, Inc., and Herbalife Ltd.*

Dated: October 31, 2014    BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.

By: /s/ Mark T. Drooks (with permission)
A. Howard Matz (SBN 55892)
ahm@birdmarella.com
Mitchell A. Kamin (SBN 202788)
mak@birdmarella.com
Mark T. Drooks (SBN 123561)
mtd@birdmarella.com
Gopi K. Panchapakesan (SBN 279586)
gkp@birdmarella.com
1875 Century Park East, 23rd Floor
Los Angeles, California  90067-2561

| | |
|---|---|
| | Telephone:  (310) 201-2100<br>Facsimile:  (310) 201-2110<br><br>*Attorneys for Defendants Herbalife International of America, Inc.; Herbalife International, Inc.; and Herbalife Ltd.* |
| Dated: October 31, 2014 | FOLEY BEZEK BEHLE & CURTIS, LLP<br><br>By: /s/ Thomas G. Foley, Jr.<br>    Thomas G. Foley, Jr., SBN 65812<br>    tfoley@foleybezek.com<br>    Robert A. Curtis, SBN 203870<br>    rcurtis@foleybezek.com<br>    Justin P. Karczag, Esq., SBN 223764<br>    jkarczag@foleybezek.com.<br>    15 West Carrillo Street<br>    Santa Barbara, CA  93101<br>    Telephone: (805) 962-9495<br><br>*Attorneys for Plaintiffs Dana Bostick, Anita Vasko, Judi Trotter, Beverly Molnar, and Chester Cote* |
| Dated: October 31, 2014 | FABIAN & CLENDENIN<br><br>By: /s/ Scott M. Petersen (with permission)<br>    Scott M. Petersen (admitted *pro hac vice*)<br>    spetersen@fabianlaw.com<br>    Jason W. Hardin (admitted *pro hac vice*)<br>    jhardin@fabianlaw.com<br>    Philip D. Dracht (SBN 219044)<br>    pdracht@fabianlaw.com<br>    215 South State Street, Suite 1200<br>    Salt Lake City, UT 84151-0210<br>    Telephone: (801) 531-8900<br>    Facsimile: (801) 596-2814<br><br>*Attorneys for Plaintiffs Dana Bostick, Anita Vasko, Judi Trotter, Beverly Molnar, and Chester Cote* |