1  Counsel is listed on the following page

2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| DANA BOSTICK, *et al.*, | CASE NO. 2:13-cv-02488-BRO-RZ |
|---|---|
| Plaintiffs, | **DECLARATION OF STEPHEN BROBECK, CONSUMER FEDERATION OF AMERICA** |
| vs. | |
| HERBALIFE INTERNATIONAL OF AMERICA, INC., *et al.*, | Date:  December 1, 2014<br>Time:  1:30 P.M.<br>Crtrm.: 14 |
| Defendants. | Assigned to Hon. Beverly Reid O'Connell |

DECLARATION OF STEPHEN BROBECK

Jonathan D. Schiller (*pro hac vice*)
   jschiller@bsfllp.com
Joseph F. Kroetsch (*pro hac vice*)
   jkroetsch@bsfllp.com
(Other Attorneys Listed Below)
Boies, Schiller & Flexner LLP
575 Lexington Avenue
New York, NY  10022
Telephone:  (212) 446-2300
Facsimile:  (212) 446-2350

Scott M. Petersen (*pro hac vice*)
   spetersen@fabianlaw.com
Jason W. Hardin (*pro hac vice*)
   jhardin@fabianlaw.com
Philip D. Dracht, SBN 219044
   pdracht@fabianlaw.com
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84151-0210
Telephone: (801) 531-8900

A. Howard Matz, SBN 55892
   ahm@birdmarella.com
Mitchell A. Kamin, SBN 202788
   mak@birdmarella.com
Mark T. Drooks, SBN 123561
   mtd@birdmarella.com
Gopi K. Panchapakesan, SBN 279586
   gkp@birdmarella.com
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California  90067-2561
Telephone:  (310) 201-2100
Facsimile:  (310) 201-2110

Thomas G. Foley, Jr., SBN 65812
   tfoley@foleybezek.com
Justin P, Karczag, SBN 223764
   jkarczag@foleybezek.com
Foley Bezek Behle & Curtis, LLP
15 West Carrillo Street
Santa Barbara, CA  93101
Telephone: (805) 962-9495

*Attorneys for Defendants Herbalife International of America, Inc.; Herbalife International, Inc.; and Herbalife Ltd.*

*Attorneys for Plaintiffs Dana Bostick, Anita Vasko, Judi Trotter, Beverly Molnar, and Chester Cote*

3122193.1

DECLARATION OF STEPHEN BROBECK

I, Stephen Brobeck, hereby declare as follows:

1. I make this declaration in connection with the parties' Joint Motion for Preliminary Approval of Class Action Settlement. I have been the Executive Director and CEO of the Consumer Federation of America ("CFA") since 1980. Other than as specifically indicated below, I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would testify competently thereto.

2. I make this declaration solely to assist the Court in determining that CFA is an appropriate recipient of cy pres funds in connection with the settlement of this action. I have not reviewed the allegations in the Complaint and I have no opinion or position concerning the merits of the parties' respective positions. I have not been advised of the terms of the proposed settlement of this action and I am not expressing any opinion concerning the fairness or adequacy of the settlement.

3. CFA is a 501(c)(3) nonprofit organization that was founded in 1968 to advance the interest of consumers through research, education, and advocacy. Its more than 250 nonprofit member groups include the Consumers Union (publisher of *Consumer Reports*), most national consumer organizations, more than 100 state and local consumer groups, several dozen state and local protection agencies, federal Cooperative Extension System offices, and more than 100 consumer cooperative groups. These organizations together elect CFA's 39-member board of directors.

4. CFA's annual budget of approximately $3.5 million is derived from member contributions, foundation grants, conference fees, and cy pres awards, among other sources. This budget supports a staff of approximately 25 people, which includes two former state insurance commissioners, a former assistant secretary in the U.S. Department of Agriculture, and two former local consumer protection agency officials.

5. Most of CFA's work is related to public policy. One study showed

that, in the past several decades, CFA and Consumers Union have been invited to give congressional testimony far more frequently than any other consumer groups. CFA has also been a leader in consumer and financial education, utilizing coalitions, networks, social media, and the press to disseminate messages through both hard copy and online materials.

6. A past example of CFA's consumer education efforts is the creation and management of the Consumer Literacy Coalition, a working group of leading government, consumer, and business organizations that crafted and then distributed a publication entitled "66 Ways to Save Money." After spending a year developing this publication, working group members utilized all available strategies to publicize the brochure. More than two million individuals requested hard copies of the brochure, and millions more learned about the brochure through numerous websites. For many years, the brochure was the federal government's most popular consumer publication that could be purchased for a fee.

7. CFA actively maintains several consumer education initiatives, including:

- Annual Consumer Complaint Survey: For nearly 20 years, CFA has collaborated with state and local consumer protection agencies to release information regarding a wide range of consumer complaints as well as tips for preventing and resolving these grievances. Each year, the release of this survey generates considerable press coverage.
- Fake Check Scam Campaign: For the past five years, CFA has been the leading organization in seeking to inform consumers about phony check scams (*see* http://www.consumerfed.org/issues/consumer-protection-and-privacy/fake-check-scams). Our campaign has involved hundreds

|   |   |
|---|---|
| 1 | of protection agencies and financial institutions in nine states, |
| 2 | including California, New York, and Florida. |

- Identity Theft Website: To assist individual consumers and organizations in combating identity theft, the CFA has for several years maintained an identity theft website (*see* www.idtheftinfo.org), which provides information about the latest developments on the subject matter as well as resources for victims, consumers, and businesses.

- Credit Score Quiz: For the past five years, in working with VantageScore Solutions, CFA has developed, maintained, and publicized a credit score quiz (www.creditscorequiz.org) that has been taken online by about 50,000 consumers.

- America Saves: This national savings campaign directed at low-income Americans (www.americasaves.org) has organized more than 60 local campaigns, co-sponsored an America Saves Week involving more than 1,000 organizations, and secured specific pledges to save from nearly 400,000 individuals.

8. CFA would use a cy pres award from this class action settlement to enhance the aforementioned programs detailed in paragraph 7, and if sufficient funds were awarded, develop a new consumer education initiative. This new initiative could involve, among other things, a program focused on more effectively disseminating the consumer messages regarding multi-level marketing developed by the Federal Trade Commission.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed October __31__, 2014, in Washington, D.C.

3122193.1

4

DECLARATION OF STEPHEN BROBECK

_____

Stephen Brobeck