1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DANA BOSTICK, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> HERBALIFE INTERNATIONAL OF AMERICA, INC., *et al.*, <br><br> Defendants. | CASE NO. 2:13-cv-02488-BRO-RZ <br><br> **ORDER GRANTING AMENDMENT TO STIPULATION OF SETTLEMENT** <br><br> *[Filed concurrently with Amendment to Stipulation of Settlement]* <br><br> Assigned to Hon. Beverly Reid O'Connell |

3143450.1

ORDER GRANTING AMENDMENT TO STIPULATION OF SETTLEMENT

Pursuant to the Court's Preliminary Approval Order [Dkt. 105], which provides that "[t]he Parties may further modify the Stipulation prior to the Final Approval Hearing so long as such modifications do not materially change the terms of the settlement provided thereunder. The Court may approve the Stipulation with such modifications as may be agreed to by the Parties, if appropriate, without further notice to Class Members," the Amendment to Stipulation of Settlement is GRANTED.

**IT IS SO ORDERED.**

DATED: March 10, 2015

Hon. Beverly Reid O'Connell
United States District Court Judge

3143450.1

ORDER GRANTING AMENDMENT TO STIPULATION OF SETTLEMENT