ANDREA L. PETRAY, SBN 240085
E-MAIL: apetray@marksfinch.com
**MARKS, FINCH, THORNTON & BAIRD, LLP**
ATTORNEYS AT LAW
4747 EXECUTIVE DRIVE – SUITE 700
SAN DIEGO, CALIFORNIA 92121-3107
TELEPHONE: (858) 737-3100
FACSIMILE: (858) 737-3101

LAURA SMITH, SBN ct28002 (Connecticut)
(Not admitted in California)
E-MAIL: lsmith@truthinadvertising.org
**TRUTH IN ADVERTISING, INC.**
115 SAMSON ROCK DRIVE – SUITE 2
MADISON, CONNECTICUT 06443
TELEPHONE: (203) 421-6210

Attorneys for Truth In Advertising, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA BOSTICK, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>HERBALIFE INTERNATIONAL OF AMERICA, INC., et al.,<br><br>    Defendants. | CASE NO: 2:13-cv-02488-BRO-SHC<br><br>MOTION OF TRUTH IN ADVERTISING, INC., FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN OPPOSITION TO PROPOSED SETTLEMENT<br><br>Assigned to:<br>Magistrate Judge:<br>Hon. Beverly Reid O'Connell<br><br>Date:       May 11, 2015<br>Time:       1:30 p.m.<br>Courtroom: 14 |

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

TABLE OF AUTHORITIES

Cases

*In re HP Inkjet Printer Litig.*,
  2011 U.S. Dist. LEXIS 65199, at *2-3 (N.D. Cal. June 20, 2011) ..................... 2
  http://www.lexis.com/research/retrieve?_m=28a5926646ab9d82112621bdf24b41fc&csvc=le&cform=byCitation&_fmtstr=FULL&docnum=1&_startdoc=1&wchp=dGLzVzk-zSkAA&_md5=11b414714718a1ba986bc0888a7d17c2

*In re Leapfrog Enterprises, Inc. Securities Litig.*,
  2008 U.S. Dist. LEXIS 97232, at *7 (N.D. Cal. Nov. 21, 2008) ....................... 2
  http://www.lexis.com/research/retrieve?_m=ed7af5018b8ad75f49e2f6739e7904f3&csvc=le&cform=byCitation&_fmtstr=FULL&docnum=1&_startdoc=1&wchp=dGLzVzk-zSkAA&_md5=c7f7aeaf32d331845dbaa4a78777c9d9

*Jamul Action Committee, et al. v. Stevens, et al.*,
  2014 U.S. Dist. LEXIS 107582 (E.D. Cal. Aug. 4, 2014) ................................. 1
  http://www.lexis.com/research/retrieve?_m=49544cb21ae4c22179d5f8d925088e63&csvc=le&cform=byCitation&_fmtstr=FULL&docnum=1&_startdoc=1&wchp=dGLzVzk-zSkAA&_md5=1fdd950dcf1d6a8ded42b2dc54f57eec

*Neonatology Assocs., P.A. v. Comm'r of Internal Revenue, et al.*,
  293 F.3d 128, 132 (3d Cir. 2002) .................................................................... 1
  https://a.next.westlaw.com/Document/Ib4fa91b979d711d99c4dbb2f0352441d/View/FullText.html?transitionType=UniqueDocItem&contextData=(sc.Default)&userEnteredCitation=293+F.3d+128

*Pearson, et al. v. NBTY, Inc., et al.*,
  772 F.3d 778, 787 (7th Cir. 2014) ................................................................... 2
  https://a.next.westlaw.com/Document/I76e10788702411e49488c8f438320c70/View/FullText.html?transitionType=UniqueDocItem&contextData=(sc.UserEnteredCitation)&userEnteredCitation=772+f.3d+778

*Ryan v. CFTC*,
  125 F.3d 1062, 1063 (7th Cir. 1997) ............................................................... 2
  https://a.next.westlaw.com/Document/I6538d160942a11d993e6d35cc61aab4a/View/FullText.html?transitionType=UniqueDocItem&contextData=(sc.UserEnteredCitation)&userEnteredCitation=125+F.3d+1062

MARKS, FINCH,
THORNTON & BAIRD, LLP
4747 Executive
Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

i

2:13-cv-02488-BRO-SHC

*Safari Club Int'l v. Harris*,
  2015 U.S. Dist. LEXIS 4467, at *2-3 (E.D. Cal. Jan. 13, 2015) ........................ 1
http://www.lexis.com/research/retrieve?_m=f89341ac6395d5339297e1ec18c74df4&csvc=le&cform=byCitation&_fmtstr=FULL&docnum=1&_startdoc=1&wchp=dGLzVzk-zSkAA&_md5=9f4aab8d1b621c0d8603be894bda5cc3

*State of Missouri, et al. v. Harris*,
  2014 U.S. Dist. LEXIS 89716 (E.D. Cal. June 30, 2014) ................................. 1
http://www.lexis.com/research/retrieve?_m=f0b7201af0136ed7665a079de1c2c1cd&csvc=le&cform=byCitation&_fmtstr=FULL&docnum=1&_startdoc=1&wchp=dGLzVzk-zSkAA&_md5=810754e372e5139ead9346f31bb85105

Other Authorities

Managing Class Action Litigation:
A Pocket Guide for Judges, 3d ed., Federal Judicial Ctr. 2010.............................. 2
http://www.fjc.gov/public/pdf.nsf/lookup/ClassGd3.pdf/$file/ClassGd3.pdf

*Thalheimer, et al. v. City of San Diego, et al.*,
  Case No. 09-cv-2862 (S.D. Cal. Jan. 19, 2010)..................................................... 1
https://ecf.casd.uscourts.gov/cgi-bin/DktRpt.pl?713799498943462-L_1_0-1

MARKS, FINCH,
THORNTON & BAIRD, LLP
4747 Executive
Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

ii

2:13-cv-02488-BRO-SHC

Truth in Advertising, Inc. (TINA.org) respectfully requests leave of the Court to file the attached amicus curiae brief in the above-captioned case in opposition to the proposed settlement. TINA.org is a 501(c)(3) nonprofit organization whose mission is to protect consumers nationwide through the prevention of false and deceptive marketing. To further its mission, TINA.org investigates deceptive marketing practices and advocates before federal and state government agencies, as well as courts.

With respect to the instant case, TINA.org is filing this motion and brief because the proposed settlement is fundamentally unfair to the class members. As a consumer advocacy organization working to eradicate false and deceptive advertising, TINA.org has an important interest and a valuable perspective on the issues presented in this case, and thus should be granted *amicus curiae* status. *See, e.g.*, *Safari Club Int'l v. Harris*, 2015 U.S. Dist. LEXIS 4467, at *2-3 (E.D. Cal. Jan. 13, 2015) (granting motion for leave to file an amicus brief and stating "'[d]istrict courts frequently welcome amicus briefs from nonparties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has 'unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'…'Even when a party is very well represented, an amicus may provide important assistance to the court.'"); *Jamul Action Committee, et al. v. Stevens, et al.*, 2014 U.S. Dist. LEXIS 107582 (E.D. Cal. Aug. 4, 2014) (granting motion for leave to file an amicus brief); *State of Missouri, et al. v. Harris*, 2014 U.S. Dist. LEXIS 89716 (E.D. Cal. June 30, 2014) (granting motions for leave for file amicus briefs); *Thalheimer, et al. v. City of San Diego, et al.*, Case No. 09-cv-2862 (S.D. Cal. Jan. 19, 2010) (orders allowing two non-profit organizations to enter case as *amicus curiae*). See also Neonatology Assocs., P.A. v. Comm'r of Internal Revenue, et al., 293 F.3d 128, 132 (3d Cir. 2002) (Alito, J.) ("Even when a party

MARKS, FINCH,
THORNTON & BAIRD, LLP
4747 Executive
Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

1

2:13-cv-02488-BRO-SHC

is very well represented, an amicus may provide important assistance to the court. . . . Some friends of the court are entities with particular expertise not possessed by any party to the case. . ."); *Ryan v. CFTC*, 125 F.3d 1062, 1063 (7th Cir. 1997) (Posner, J.) ("An amicus brief should normally be allowed when . . . the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide."); Managing Class Action Litigation: A Pocket Guide for Judges, 3d ed., Federal Judicial Ctr. 2010, at 17 ("Institutional 'public interest' objectors may bring a different perspective … Generally, government bodies such as the FTC and state attorneys general, as well as nonprofit entities, have the class-oriented goal of ensuring that class members receive fair, reasonable, and adequate compensation for any injuries suffered. They tend to pursue that objective by policing abuses in class action litigation. Consider allowing such entities to participate actively in the fairness hearing.").[1]

In addition, now that the parties to this lawsuit have reached an agreement, they no longer have an adversarial relationship, and thus this Court can look only to objectors to illuminate any potential issues with the settlement. *See In re HP Inkjet Printer Litig.*, 2011 U.S. Dist. LEXIS 65199, at *2-3 (N.D. Cal. June 20, 2011) ("Objectors can play a valuable role in providing the court with information and perspective with respect to the fairness, adequacy, and reasonableness of a class action settlement."); *In re Leapfrog Enterprises, Inc. Securities Litig.*, 2008 U.S. Dist. LEXIS 97232, at *7 (N.D. Cal. Nov. 21, 2008) (same); *see also Pearson, et al. v. NBTY, Inc., et al.*, 772 F.3d 778, 787 (7th Cir. 2014) ("[O]bjectors play an essential role in judicial review of proposed settlements of class actions …")

/ / / / /

---

[1] Neither party nor their counsel played any part in the drafting of this Motion or contributed in any other way.

The attached amicus brief explains in detail why TINA.org opposes the proposed settlement.  In short, the brief explains that the terms are unfair because the proposed injunctive relief does not require Herbalife to make any substantive changes to its marketing or business structure, but rather allows the company to continue deceptively promoting and operating its illegal pyramid scheme.  In addition, the proposed monetary relief unfairly treats two otherwise similarly situated groups of class members differently, leaving the vast majority of class members with inadequate compensation.  And while the class members are left without fair and adequate compensation, class counsel will pocket $5.25 million with leftovers going to a *cy pres* award.

For these reasons, TINA.org moves for leave to appear as amicus curiae and submit the attached brief in opposition to the proposed settlement, as well as the attached notice of intent to appear at the Final Fairness Hearing (attached hereto as Exhibits 1 and 2, respectively).

DATED:  March 16, 2015             Respectfully submitted,

                                   MARKS, FINCH, THORNTON & BAIRD, LLP


                                   By: *s/ Andrea L. Petray*
                                        ANDREA L. PETRAY
                                        Email:  apetray@marksfinch.com
                                   Attorneys for Truth In Advertising, Inc.

1439.005/3817346.DOCX.nlh

MARKS, FINCH,
THORNTON & BAIRD, LLP
4747 Executive
Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

3

2:13-cv-02488-BRO-SHC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document has been filed electronically on this 16th day of February 2015 and is available for viewing and downloading to the ECF registered counsel of record:

<u>Via Electronic Service/ECF</u>:

Aaron Lee Arndt
Robert Allen Curtis
Thomas Foley
Foley Bezek Behle and Curtis LLP
15 West Carrillo Street
Santa Barbara, CA 93101
Aarndt@foleybezek.com
Rcurtis@foleybezek.com
Tfoley@foleybezek.com

Justin P. Karczag
Kevin D. Gamarnik
Foley Bezek Behle and Curtis LLP
575 Anton Boulevard Suite 710
Costa Mesa, CA 92626
Jkarczag@foleybezek.com
Kgarmarnik@foleybezek.com

Philip D. Dracht
Jason W. Hardin
Scott M. Petersen
Fabian and Clendenin APC
215 South State Street Suite 1200
Salt Lake City, UT 84111
Pdracht@fabianlaw.com
Jhardin@fabianlaw.com
Spetersen@fabianlaw.com

/ / / / /

/ / / / /

/ / / / /

A. Howard Matz
Gopi K. Panchapakesan
Mark T. Drooks
Mitchell A. Kamin
Bird Marella Boxer Wolpert Nessim Drooks Lincenberg & Rhow
1875 Century Park East 23rd Floor
Los Angeles, CA 90067
Ahm@birdmarella.com
Gkp@birdmarella.com
Mtd@birdmarella.com
Mak@birdmarella.com

David L. Zifkin
Boies Schiller and Flexner LLP
401 Wilshire Boulevard Suite 850
Santa Monica, CA 90401
Dzifkin@bsfllp.com

Jonathan David Schiller
Boies Schiller and Flexner LLP
575 Lexington Avenue 7th Floor
New York, NY 10022
Jschiller@bsfllp.com

Jonathan Sherman
Boies Schiller and Flexner LLP
5301 Wisconsin Avenue NW
Washington, DC 20015
Jsherman@bsfllp.com

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

MARKS, FINCH,
THORNTON & BAIRD, LLP
4747 Executive
Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

2

2:13-cv-02488-BRO-SHC

| | |
|---|---|
| 1 | Joseph K. Kroetsch |
| 2 | William S. Ohlemeyer |
| | Boies Schiller and Flexner LLP |
| 3 | 333 Main Street |
| 4 | Armonk, NY 10504 |
| | Jkroetsch@bsfllp.com |
| 5 | Wohlemeyer@bsfllp.com |

DATED:  March 16, 2015          Respectfully submitted,

                                MARKS, FINCH, THORNTON & BAIRD, LLP


                                By: *s/ Andrea L. Petray*
                                    ANDREA L. PETRAY
                                    Email:  apetray@marksfinch.com
                                Attorneys for Truth In Advertising, Inc.

MARKS, FINCH,
THORNTON & BAIRD, LLP
4747 Executive
Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

3

2:13-cv-02488-BRO-SHC