Heather M. McKeon SBN 186414
COHEN MCKEON LLP
1910 W. Sunset Blvd. Suite # 440
Los Angeles, CA 90026
(213) 413-6400 phone
(213) 403-6405 fax
mckeon@cohenmckeon.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA BOSTICK<br><br>Plaintiff(s)<br>v.<br><br>HERBALIFE INTERNATIONAL OF AMERICA, INC.<br><br>Defendant(s). | CASE NUMBER<br><br>2:13-cv-02488-BRO-RZ<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

BROOKS, DOUGLAS, A
*Applicant's Name (Last Name, First Name & Middle Initial)*

of LAW OFFICES OF DOUGLAS M. BROOKS
60 THOREAU STREET, NO. 219
CONCORD, MA 07142
*Firm Name & Address*

(781) 424-6737
*Telephone Number*    *Fax Number*

DMBROOKS@BROOKS-LAW.NET
*E-Mail Address*

for permission to appear and participate in this case on behalf of

DANA BOSTICK

*Name(s) of Party(ies) Represented*   ☒ Plaintiff   ☐ Defendant   ☐ Other: _____

and designating as Local Counsel

MCKEON, HEATHER M.
*Designee's Name (Last Name, First Name & Middle Initial)*

of COHEN MCKEON LLP
1910 W. SUNSET BLVD. SUITE #440
LOS ANGELES, CA 90027
*Firm Name & Address*

186414
*Designee's Cal. Bar Number*

(213) 413-6400
*Telephone Number*

(213) 403-6405
*Fax Number*

MCKEON@COHENMCKEON.COM
*E-Mail Address*

hereby ORDERS the Application be:

☐ GRANTED.
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED, for failure to pay the required fee.

Dated _____

U.S. District Judge/U.S. Magistrate Judge