A. Howard Matz, SBN 55892
ahm@birdmarella.com
Mitchell A. Kamin, SBN 202788
mak@birdmarella.com
Mark T. Drooks, SBN 123561
mtd@birdmarella.com
Gopi K. Panchapakesan, SBN 279586
gkp@birdmarella.com
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Jonathan D. Schiller (*pro hac vice*)
jschiller@bsfllp.com
Joseph F. Kroetsch (*pro hac vice*)
jkroetsch@bsfllp.com
Boies, Schiller & Flexner LLP
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

David L. Zifkin, SBN 232845
dzifkin@bsfllp.com
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Telephone: (310) 752-2400
Facsimile: (310) 752-2490

Attorneys for Defendants Herbalife International of America, Inc.; Herbalife International. Inc.: and Herbalife Ltd.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DANA BOSTICK, a California resident; ANITA VASKO, a Pennsylvania resident; JUDI TROTTER, a Washington resident; BEVERLY MOLNAR, a Pennsylvania resident; CHESTER COTE, a Vermont resident, on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>    Plaintiffs,<br><br>    vs.<br><br>HERBALIFE INTERNATIONAL OF AMERICA, INC., a Nevada Corporation; HERBALIFE INTERNATIONAL, INC., a Nevada corporation; and HERBALIFE LTD., a Cayman Island Corporation,<br><br>    Defendants. | CASE NO. 2:13-cv-02488-BRO-RZ<br><br>**SECOND AMENDMENT TO STIPULATION OF SETTLEMENT**<br><br>*[Filed concurrently with [Proposed] Order Granting Second Amendment to Stipulation of Settlement]*<br><br>Assigned to Hon. Beverly Reid O'Connell |

This Second Amendment to Stipulation of Settlement ("Amendment"), dated April 13, 2015, is made by and among the following Settling Parties: on the one hand, Plaintiffs Dana Bostick, Anita Vasko, Judy Trotter, Beverly Molnar, and

Chester Cote on behalf of themselves, and on behalf of each of the Settlement Class Members (as defined in the Stipulation of Settlement ("Settlement Agreement") dated as of October 31, 2014), by and through Plaintiffs' Counsel; and on the other, Defendants Herbalife International of America, Inc., Herbalife International, Inc., and Herbalife Ltd. (collectively, "Herbalife"), by and through their counsel.  This Amendment is entered into pursuant to Paragraph 12.7 of the Settlement Agreement for the purpose of amending the terms of the Settlement Agreement.

WHEREAS:

1.     Plaintiffs and Herbalife (the "Parties") entered into the Settlement Agreement as of October 31, 2014.

2.     The Court issued an Order dated December 2, 2014 ("Order"), granting the Parties' Joint Motion for Preliminary Approval of Settlement (Dkt. 105).

3.     The Court granted the Parties' Amendment to the Settlement Agreement on March 10, 2015 (Dkt. 108, 109).

4.     The Settlement Agreement currently excludes from the Rule 23(b)(3) class any Herbalife members who have agreed to be subject to the arbitration provisions of the Arbitration Agreement for Disputes Between Members and Herbalife contained in the Member Application Agreement revised during or after September 2013.  The Parties now desire to exclude such members from the Rule 23(b)(2) injunction class as well.

5.     The Parties agree that pursuant to paragraph 13 of the Order, notice to class members of the amendments stipulated to by the Parties herein is not required because the Class is not prejudiced.  The Herbalife members who signed an arbitration agreement were not entitled to monetary relief under the terms of the Settlement Agreement, and by excluding them from the Settlement Class and the Release contained in the Settlement Agreement, their rights are only expanded.

THE PARTIES THEREFORE STIPULATE AND AGREE AS FOLLOWS:

1.     Paragraph 1.13.2 of the Settlement Agreement shall be amended to read

as follows:

  1.13.2  Also excluded from the Settlement Class are all Herbalife members or distributors who have agreed to be subject to the arbitration provisions of the Arbitration Agreement for Disputes Between Members and Herbalife contained in the Member Application Agreement revised during or after September 2013.

  2. Paragraph 8.6, added to the Settlement Agreement via the March 10, 2015 Amendment (Dkt. 108, 109), shall be amended to read as follows:

  8.6 Notwithstanding any other term of this Settlement Agreement, the Released Claims shall not include any individual claims asserted by any Settlement Class Member who is excluded from the Settlement Class pursuant to Paragraph 1.13.2 and who has agreed to be subject to the arbitration provisions of the Arbitration Agreement for Disputes Between Members and Herbalife contained in the Member Application Agreement revised during or after September 2013.

  IN WITNESS WHEREOF, each of the Parties to the Settlement Agreement has caused the Amendment to be executed on its behalf by its duly authorized counsel of record, all as of the day set forth below.

| | | |
|---|---|---|
| 1 | DATED: April 13, 2015 | A. Howard Matz |
| 2 | | Mitchell A. Kamin |
| 3 | | Mark T. Drooks |
| | | Gopi K. Panchapakesan |
| 4 | | Bird, Marella, Boxer, Wolpert, Nessim, |
| 5 | | Drooks, Lincenberg & Rhow, P.C. |

By: _____/s/ Mark T. Drooks_____
Mark T. Drooks
Attorneys for Defendants Herbalife International of America, Inc.; Herbalife International, Inc.; and Herbalife Ltd.

DATED: April 13, 2015

Jonathan D. Schiller
David L. Zifkin
Joseph F. Kroetsch

Boies, Schiller & Flexner LLP

By: _____/s/ Jonathan D. Schiller_____
Jonathan D. Schiller
Attorneys for Defendants Herbalife International of America, Inc.; Herbalife International, Inc.; and Herbalife Ltd.

DATED: April 13, 2015

Thomas G. Foley, Jr.
Justin P. Karczag
Foley Bezek Behle & Curtis, LLP

By: _____/s/ Thomas G. Foley, Jr._____
Thomas G. Foley, Jr.
Attorneys for Plaintiffs Dana Bostick, Anita Vasko, Judi Trotter, Beverly Molnar, and Chester Cote

3151271.1

4

SECOND AMENDMENT TO STIPULATION OF SETTLEMENT

| | | |
|---|---|---|
| 1 | DATED:  April 13, 2015 | Scott M. Petersen |
| 2 | | Jason W. Hardin |
| | | Philip D. Dracht |
| 3 | | Fabian & Clendenin |
| 4 | | |
| 5 | | By: _/s/ Scott M. Petersen_ |
| 6 | | Scott M. Petersen |
| | | Attorneys for Plaintiffs Dana Bostick, |
| 7 | | Anita Vasko, Judi Trotter, Beverly Molnar, and Chester Cote |
| 8 | | |

3151271.1

5

SECOND AMENDMENT TO STIPULATION OF SETTLEMENT

**L.R. 5-4.3.4(2)(i) Attestation**

Pursuant to Local Rule 5-4.3.4(2)(i), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: April 13, 2015

By: _/s/ Mark. T. Drooks_
Mark T. Drooks