Philip D. Dracht (SBN 219044)
 pdracht@fabianlaw.com
Scott M. Petersen (*pro hac vice*)
 spetersen@fabianlaw.com
Jason W. Hardin (*pro hac vice*)
 jhardin@fabianlaw.com
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84151-0210
Telephone: (801) 531-8900

Thomas G. Foley, Jr., SBN 65812
 tfoley@foleybezek.com
Justin P, Karczag, SBN 223764
 jkarczag@foleybezek.com
Foley Bezek Behle & Curtis, LLP
15 West Carrillo Street
Santa Barbara, CA 93101
Telephone: (805) 962-9495

Attorneys for Plaintiffs Dana Bostick, Anita Vasko, Judi Trotter, Beverly Molnar, and Chester Cote

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DANA BOSTICK, a California citizen, *et al.*,<br><br>PLAINTIFF,<br><br>vs.<br><br>HERBALIFE INTERNATIONAL OF AMERICA, INC., a Nevada Corporation, *et al.*,<br><br>DEFENDANTS. | Case No.: 2:13-cv-02488-BRO-RZ<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hon. Beverly Reid O'Connell<br><br>Hearing Date: May 11, 2015<br>Time: 1:30 p.m.<br>Courtroom: 14<br><br>Complaint filed: April 8, 2013 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 11, 2015, at 1:30 p.m., PST, or as soon thereafter as counsel may be heard in the Courtroom of the Honorable Beverly Reid O'Connell, United States District Judge, located at 312 N Spring St, Courtroom 14, Los Angeles, California 90012, Plaintiffs, Dana Bostick, Anita Vasko, Judi Trotter, Beverly Molnar and Chester Cote, et al., ("Plaintiffs"), pursuant to the Court's Order Preliminarily Approving Class Action Settlement, Conditionally Certifying the Settlement Class, Providing for Notice and Scheduling Order [Doc. No. 105], entered on December 2, 2014, and Rule 23(e) of the Federal Rules of Civil Procedure, will and hereby respectfully do move the Court for an order granting final approval of the proposed settlement with Defendants Herbalife International of America, Inc., Herbalife International, Inc., and Herbalife Ltd. ("Defendants").

This Motion is made and based on this notice and Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Final Approval of Class Action Settlement, the Declaration of Eric Robin Re: Notice Procedure dated April 13, 2015, the Declaration of Philip Dracht dated April 13, 2013, the Supplemental Declaration of Thomas G. Foley, Jr. in Support of Joint Motion for Final Approval of Class Action Settlement Class, all of the other papers, pleadings, and files herein, and any additional evidence and the argument of counsel that may be presented at the hearing on this motion.

Plaintiffs will lodge a proposed order approving the class action settlement and a proposed form of final order and judgment.

Defendants do not oppose this Motion.

///

///

///

1 | DATED: April 13, 2015

FABIAN & CLENDENIN, P.C.

FOLEY BEZEK BEHLE & CURTIS, LLP

*/s/Thomas G. Foley, Jr.*
Philip D. Dracht
Scott M. Petersen
Jason W. Hardin

Thomas G. Foley, Jr.
Justin P. Karczag

*Attorneys for Plaintiffs*