# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DANA BOSTICK, a California citizen, et al., <br><br> PLAINTIFF, <br><br> vs. <br><br> HERBALIFE INTERNATIONAL OF AMERICA, INC., a Nevada Corporation, et al., <br><br> DEFENDANTS. | Case No.: 2:13-cv-02488-BRO-RZ <br><br> **SUPPLEMENTAL DECLARATION OF ERIC ROBIN RE: CLAIMS RECEIVED** <br><br> Hon. Beverly Reid O'Connell <br><br> Hearing Date: May 11, 2015 <br> Time: 1:30 p.m. <br> Courtroom: 14 |

I, ERIC ROBIN, declare:

1. I am Consultant at Kurtzman Carson Consultants LLC ("KCC"), located at 75 Rowland Way, Suite 250, Novato, California. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto. This declaration supplements the declaration I executed on April 13, 2015 and is to provide the Court with correcting information regarding the number of claims filed.

1

**DECLARATION OF ERIC ROBIN RE:  CLAIMS RECEIVED**

2.   KCC was retained by the parties to serve as the Settlement Administrator to, among other tasks, email the Notice of Class Action Settlement (the "Email Notice") in English and Spanish; mail the Postcard Notice in English and Spanish; make the Full Notice and Claim Form available to Settlement Class Members (as defined in section 1.14 of the Stipulation of Settlement) in English and Spanish; receive and process Claim Forms, Exclusions and Objections, and other Settlement Class Member inquiries; and establish and maintain a settlement website and perform other duties as specified in the Settlement Agreement preliminarily approved by this Court on December 2, 2014.

3.   KCC is still receiving Claim Forms. Prior to any distribution and as part of the administration of its duties as specified in the Settlement Agreement preliminarily approved by this Court on December 2, 2014, KCC will remove any duplicate Business Opportunity Claim or Product Return Claim.

4.   **Claim Forms**. As of the date of this declaration, 7,457 Claim Forms have been filed by Settlement Class Members.

5.   **Business Opportunity Claims**. There are 114 claimants who will be receiving payments greater than $10,000.00. There are 329 claims who will be receiving payments greater than $5,000.00. There are 1,655 claims who will be receiving payments greater than $1,000.00. The average business opportunity award, assuming a payout of 75%, is $1,101.48. The largest business opportunity award, assuming a payout of 75%, is $98,588.36. Every claimant who could not demonstrate a loss and every claimant who purchased less than $750 of products from Herbalife during the Class Period will receive $20.00. Every claimant who purchased more than $750 in products from Herbalife will receive the lesser of the full amount of the Estimated Total Loss claimed or 75% of the amount paid to Herbalife for products. As of the date of this declaration, assuming a payout of 75%, the aggregate amount of business opportunity awards is $7,396,407.90.

6.   **Product Return Payments**. Class Members who filed Product Return

claims were asked to provide the Actual Purchase Price of the product being claimed if known or, alternatively, the Estimated Purchase Price of the product being claimed. Some Class Members provided both amounts with their claim. In such instances, KCC took the lesser of these two values. As of the date of the declaration, the aggregate amount claimed is $938,280.75.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 12th day of May 2015 at Novato, California.

_____
Eric Robin

DECLARATION OF ERIC ROBIN RE: CLAIMS RECEIVED