1  Philip D. Dracht (SBN 219044)
    pdracht@fabianlaw.com
2  Scott M. Petersen (*pro hac vice*)
    spetersen@fabianlaw.com
3  Jason W. Hardin (*pro hac vice*)
    jhardin@fabianlaw.com
4  Fabian & Clendenin
   215 South State Street, Suite 1200
5  Salt Lake City, UT 84151-0210
   Telephone: (801) 531-8900

6

7  Thomas G. Foley, Jr., SBN 65812
    tfoley@foleybezek.com
   Justin P, Karczag, SBN 223764
8   jkarczag@foleybezek.com
   Foley Bezek Behle & Curtis, LLP
9  15 West Carrillo Street
   Santa Barbara, CA 93101
10 Telephone: (805) 962-9495

11
    Attorneys for Plaintiffs Dana Bostick, Anita Vasko,
12 Judi Trotter, Beverly Molnar, and Chester Cote

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA BOSTICK, *et al.*, | Case No.  13-cv-02488 BRO (RZx) |
| Plaintiffs, | |
| vs. | **NOTICE OF LODGING [PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL** |
| HERBALIFE INTERNATIONAL OF AMERICA, INC., *et al.*, | |
| Defendants. | Hon. Beverly Reid O'Connell |
| | Complaint filed:    April 8, 2013 |

**TO THE COURT, AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Loc. Rule 5-4.4.1 of this Court, Plaintiffs Dana Bostick, Anita Vasko, Judi Trotter, Beverly Molnar, and Chester Cote on behalf of themselves and all others similarly situated, hereby lodge with the Court the [Proposed] Final Judgment and Order of Dismissal, which is attached hereto as Exhibit 1.

DATED: May 27, 2015          FABIAN & CLENDENIN

                             FOLEY BEZEK BEHLE & CURTIS, LLP

                             /s/*Thomas G. Foley, Jr.*
                             Thomas G. Foley

                             Attorneys for Plaintiffs
                             Dana Bostick, Anita Vasko, Judi Trotter,
                             Beverly Molnar, and Chester Cote