1  Philip D. Dracht (SBN 219044)
    pdracht@fabianlaw.com
2  Scott M. Petersen (*pro hac vice*)
    spetersen@fabianlaw.com
3  Jason W. Hardin (*pro hac vice*)
    jhardin@fabianlaw.com
4  Fabian & Clendenin
   215 South State Street, Suite 1200
5  Salt Lake City, UT 84151-0210
   Telephone: (801) 531-8900

6
7  Thomas G. Foley, Jr., SBN 65812
    tfoley@foleybezek.com
   Justin P, Karczag, SBN 223764
8   jkarczag@foleybezek.com
   Foley Bezek Behle & Curtis, LLP
9  15 West Carrillo Street
   Santa Barbara, CA 93101
10 Telephone: (805) 962-9495

11  Attorneys for Plaintiffs Dana Bostick, Anita Vasko,
12 Judi Trotter, Beverly Molnar, and Chester Cote

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA BOSTICK, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> HERBALIFE INTERNATIONAL OF AMERICA, INC., *et al.*, <br><br> Defendants. | Case No. 13-cv-02488 BRO (RZx) <br><br> **NOTICE OF LODGING [PROPOSED] AWARDING ATTORNEYS' FEES AND EXPENSES** <br><br> Hon. Beverly Reid O'Connell <br><br> Complaint filed: April 8, 2013 |

**TO THE COURT, AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Loc. Rule 5-4.4.1 of this Court, Plaintiffs Dana Bostick, Anita Vasko, Judi Trotter, Beverly Molnar, and Chester Cote on behalf of themselves and all others similarly situated, hereby lodge with the Court the [Proposed] Order Awarding Attorneys' Fees and Expenses, which is attached hereto as Exhibit 1.

DATED: May 27, 2015         FABIAN & CLENDENIN

                            FOLEY BEZEK BEHLE & CURTIS, LLP

                            /s/*Thomas G. Foley, Jr.*
                            Thomas G. Foley

                            Attorneys for Plaintiffs
                            Dana Bostick, Anita Vasko, Judi Trotter,
                            Beverly Molnar, and Chester Cote