# EXHIBIT 1

# EXHIBIT 1

Philip D. Dracht (SBN 219044)
 pdracht@fabianlaw.com
Scott M. Petersen (*pro hac vice*)
 spetersen@fabianlaw.com
Jason W. Hardin (*pro hac vice*)
 jhardin@fabianlaw.com
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84151-0210
Telephone: (801) 531-8900

Thomas G. Foley, Jr., SBN 65812
 tfoley@foleybezek.com
Justin P, Karczag, SBN 223764
 jkarczag@foleybezek.com
Foley Bezek Behle & Curtis, LLP
15 West Carrillo Street
Santa Barbara, CA 93101
Telephone: (805) 962-9495

Attorneys for Plaintiffs Dana Bostick, Anita Vasko, Judi Trotter, Beverly Molnar, and Chester Cote

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DANA BOSTICK, a California citizen, *et al.*, <br><br> PLAINTIFF, <br><br> vs. <br><br> HERBALIFE INTERNATIONAL OF AMERICA, INC., a Nevada Corporation, *et al.*, <br><br> DEFENDANTS. | Case No.: 2:13-cv-02488-BRO-RZ <br><br> **[PROPOSED] ORDER AWARDING ATTORNEYS' FEES AND EXPENSES** |

1  Plaintiffs in this class action have moved for an award of attorneys' fees and
2  expenses, as well as approval of incentive awards for class representatives. (Dkt
3  No. 113.) The Court reviewed and considered all objections to the settlement and
4  Class Counsels' request for an award of attorneys' fees, expenses, and incentive
5  awards. The Court held a hearing on the motion on May 11, 2011, took the matter
6  under submission, and on May 14, 2015, issued Civil Minutes in Chambers making
7  findings of fact and law regarding Plaintiffs' Motion for Attorneys' Fees and
8  Expenses (Docket No. 145), which are incorporated into this order.
9  The Court approved attorneys' fees in the amount of $4.9 million as fair and
10 reasonable.
11 The Court denied, without prejudice, Class Counsels' request for
12 reimbursement for costs and expenses in the amount of $212,862.64 but granted
13 the request as to $175,609.62 of expenses, allowing Class Counsel to submit
14 supplemental declarations or documentation further supporting their request and
15 segregating meal expenses from travel expenses.
16 The Court approved Class Counsels' request for incentive awards and
17 directs payment of $10,000 to Mr. Bostick and $5,000 each to Ms. Vasko, Ms.
18 Trotter, Ms. Molnar, and Mr. Cote.
19 Thomas G. Foley, Jr. and Scott M. Petersen have submitted supplemental
20 declarations supporting their expenses incurred in this case. Pursuant to their
21 supplemental declarations, Class Counsel have removed any request for
22 reimbursement of meals or miscellaneous expenses from their expense
23 reimbursement request. Pursuant to their supplemental declarations, Class
24 Counsels have incurred an additional $5,588.35 in costs and their expenses relating
25 to legal research, copying, travel, expert witness services, and delivery expenses
26 that that were not requested in the Motion for an Award of Attorney Fees and
27 Expenses filed on March 10, 2015. Plaintiffs' counsel have adequately
28

1  documented these expenses, all of which the Court finds these additional costs
2  were necessary for this litigation and may be reimbursed.  The Court therefore
3  approves reimbursement for these costs, equaling $109,466.21 for the Foley Bezek
4  Behle & Curtis law firm and $102,196.42 for the Fabian & Clendenin law firm,
5  totaling $211,662.63.

**IT IS HEREBY ORDERED**

Pursuant to Sections 10.2 and 10.3 of the Stipulation of Settlement (Dkt No. 95), the Escrow Agent is **AUTHORIZED** and **DIRECTED** to pay the following amounts from the Cash Fund:

1. $4,900,000 for attorneys' fees to Class Counsel
2. $211,662.63 in expenses to Class Counsel
3. $10,000 to Dana Bostick
4. $5000 to Anita Vasko
5. $5000 to Judi Trotter
6. $5000 to Beverly Molnar
7. $5000 to Chester Cote

IT IS SO ORDERED.

Dated: _____, 2015      _____
                                   Honorable Beverly Reid O'Connell
                                   United States District Judge