# EXHIBIT A

# EXHIBIT A

**Exhibit A - Declaration of Thomas G. Foley, Jr.**

**Herbalife Class Action**
**Costs/Advances**

| Description | Prior amount | Cost update 4/29 | Cost update 5/19 | Reduction of meals | Adjusted total |
|---|---|---|---|---|---|
| Computerized legal research-Lexis Nexis | 844.60 | 116.58 | 158.77 | | 1,119.95 |
| Pacer Service Center | 89.60 | | 11.3 | | 100.90 |
| Assist Legal-host electronic database for documents provided by Herbalife | 4,485.85 | | | | 4,485.85 |
| In-house copies | 4,009.11 | 99.45 | 183.26 | | 4,291.82 |
| Postage | 16.50 | 0.49 | | | 16.99 |
| Travel expenses | 12,819.37 | | 769.79 | [3,798.69] | 9,790.47 |
| Filing fees | 350.00 | | | | 350.00 |
| Christopher Smith-establish search protocols for electronic database | 2,435.00 | | | | 2,435.00 |
| Expert witness/consultant-Economists, Inc. (Hal Singer) | 24,956.97 | | 2956.97 | | 27,913.94 |
| JAMS-Mediation services (Judge Weinstein and Cathy Yanni, Esq.) | 50,478.27 | | | | 50,478.27 |
| Attorney Service | 1,013.10 | 120.5 | | | 1,133.60 |
| Hearing transcripts | 103.00 | | | | 103.00 |
| Deposition transcripts | 6,152.65 | | | | 6,152.65 |
| Delivery expense | 1,003.43 | 29.29 | 17.86 | | 1,050.58 |
| Supplies-flash drive for document production | 43.19 | | | | 43.19 |
| Total | 108,800.64 | 366.31 | 4,097.95 | | 109,466.21 |

**Travel expense summary $9,790.47:**
Airfare: $7,475.25
Taxi: $225.11
Hotel: $883.10
Parking: $404.66
Gasoline: $621.50
Rental car: $162.85
BART: $18.00

Exhibit A