Philip D. Dracht (SBN 219044)
 pdracht@fabianlaw.com
Scott M. Petersen (*pro hac vice*)
 spetersen@fabianlaw.com
Jason W. Hardin (*pro hac vice*)
 jhardin@fabianlaw.com
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84151-0210
Telephone: (801) 531-8900

Thomas G. Foley, Jr., SBN 65812
 tfoley@foleybezek.com
Justin P, Karczag, SBN 223764
 jkarczag@foleybezek.com
Foley Bezek Behle & Curtis, LLP
15 West Carrillo Street
Santa Barbara, CA 93101
Telephone: (805) 962-9495

Attorneys for Plaintiffs Dana Bostick, Anita Vasko,
Judi Trotter. Beverly Molnar. and Chester Cote

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DANA BOSTICK, *et al.*,<br><br>      Plaintiffs,<br><br>      vs.<br><br>HERBALIFE INTERNATIONAL OF AMERICA, INC., *et al.*,<br><br>      Defendants. | CASE NO. 2:13-cv-02488-BRO-RZ<br><br>**SUPPLEMENTAL DECLARATION OF SCOTT M. PETERSEN IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES** |

**I, Scott M. Petersen, state and declare that:**

1.     I am an attorney licensed to practice law in the State of Utah and have been admitted *pro hac vice* in this matter.  I am a shareholder and director in the law firm of Fabian & Clendenin, P.C. ("Fabian"). I have personal knowledge of the facts set forth in this declaration, except as to those matters set forth on information and belief, and as to those facts, I believe them to be true.

2.     This declaration is filed in support of Plaintiffs' motion for an award of attorneys' fees and expenses out of the proceeds of the settlement achieved in this class action brought against Defendants Herbalife, LTD, Herbalife International of America, Inc., and Herbalife International, Inc. (collectively, "Herbalife").

3.     In the Court's Civil Minutes, Dkt. No. 145, the Court declined to award reimbursement for two categories of expenses submitted in connection with Plaintiffs' Motion for Attorneys' Fees: "miscellaneous" expenses and "travel/meals." I have directed Fabian's staff to segregate out any expenses associated with meals or drinks from travel costs.  Eliminating these meal or drink expenses, Fabian has incurred $21,443.98 in travel costs, which consist of transportation, air, and hotels.

4.     Eliminating the miscellaneous expenses and the meals and drinks expenses from the expenses requested, Fabian's revised expenses for which it requests reimbursement total $101,493.23. The expenses requested are reflected on the business records of Fabian & Clendenin and the supporting underlying documentation can be provided to the Court, if required.  The expenses are, in my opinion, reasonable and were incurred for items necessary to the prosecution of the litigation.  The expenses were incurred largely in conjunction with written discovery, depositions, the services of an expert consultant in forensic economics, mediation and related travel.  Additionally, because the expenses were incurred for the benefit of the Class and are of a type generally reimbursed in the marketplace, they should be reimbursed from the common fund prior to the payment of attorneys'

1 fees, in the same manner as an individual client would reimburse Counsels'

2 expenses.

3     I declare under penalty of perjury under the laws of the State of California

4 and the United States of America that the forgoing is true and correct. Executed on

5 May 27, 2015 at Salt Lake City, Utah.

6                              /s/ *Scott M. Petersen**

7                              Scott M. Petersen

8

9 *Filing Counsel has the consent of Mr. Petersen to sign and upload on his behalf.

10 /s/ *Thomas G. Foley, Jr.*

SUPPLEMENTAL DECLARATION OF THOMAS G. FOLEY, JR. IN SUPPORT OF PLAINTIFFS' MOTION
FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES