# EXHIBIT A

# EXHIBIT A

Exhibit A - Declaration of Scott M. Petersen

**Herbalife Class Action**
**Costs/Advances**

| Description | Prior Amount | Reductions | Cost update 5/27 | Adjusted Total |
|---|---|---|---|---|
| Computerized legal research-Westlaw | $ 5,546.60 | | $ 697.62 | $ 6,244.22 |
| Pacer Service Center/Public Records Fees | $ 422.00 | | $ 58.20 | $ 480.20 |
| Assist Legal-host electronic database for documents provided by Herbalife | $ 2,793.19 | | | $ 2,793.19 |
| Copying Charges | $ 862.00 | | $ 13.05 | $ 875.05 |
| Postage/Courier | $ 261.46 | | | $ 261.46 |
| Long-Distance Telephone | $ 32.84 | | | $ 32.84 |
| Travel expenses | $ 23,842.67 | $ (2,398.69) | $ 355.22 | $ 21,799.20 |
| Court Costs/Filing Fees | $ 760.50 | | | $ 760.50 |
| Christopher Smith-establish search protocols for electronic database | $ 1,250.00 | | | $ 1,250.00 |
| Expert witness/consultant-Economists, Inc. (Hal Singer) | $ 35,356.41 | | | $ 35,356.41 |
| JAMS-Mediation services (Judge Weinstein and Cathy Yanni, Esq.) | $ 31,623.15 | | | $ 31,623.15 |
| Public Records Fees | $ 422.00 | | | $ 422.00 |
| Transcripts | $ 298.20 | | | $ 298.20 |
| Miscellaneous | $ 590.98 | $ (590.98) | $ - | |
| **Total** | $ 104,062.00 | $ (2,989.67) | $ 1,124.09 | $ 102,196.42 |

**Travel Expense Summary**

| | |
|---|---|
| Airfare | $ 14,288.47 |
| Hotels | $ 4,292.01 |
| Transportation/Mileage/Rental Cars/Tax | $ 2,379.27 |
| Parking | $ 839.45 |
| **Total** | $ 21,799.20 |