1  Philip D. Dracht (SBN 219044)
   pdracht@fabianlaw.com
2  Scott M. Petersen (*pro hac vice*)
   spetersen@fabianlaw.com
3  Jason W. Hardin (*pro hac vice*)
   jhardin@fabianlaw.com
4  Fabian & Clendenin
   215 South State Street, Suite 1200
5  Salt Lake City, UT 84151-0210
   Telephone: (801) 531-8900

6

7  Thomas G. Foley, Jr., SBN 65812
   tfoley@foleybezek.com
8  Justin P, Karczag, SBN 223764
   jkarczag@foleybezek.com
9  Foley Bezek Behle & Curtis, LLP
   15 West Carrillo Street
10 Santa Barbara, CA 93101
   Telephone: (805) 962-9495

11
   Attorneys for Plaintiffs Dana Bostick, Anita Vasko,
12 Judi Trotter, Beverly Molnar, and Chester Cote

13               UNITED STATES DISTRICT COURT
                 CENTRAL DISTRICT OF CALIFORNIA
14

15 | DANA BOSTICK, *et al.*,              | Case No. 13-cv-02488 BRO (RZx)
16 |           Plaintiffs,                 |
17 |       vs.                             | **NOTICE OF LODGING EXHIBIT A TO FINAL JUDGMENT AND ORDER OF DISMISSAL**
18 | HERBALIFE INTERNATIONAL OF AMERICA, INC., *et al.*, |
19 |           Defendants.                 | Hon. Beverly Reid O'Connell
20 |                                       |
21 |                                       | Complaint filed:   April 8, 2013

22
23
24
25
26
27
28

| | |
|---|---|
| 1 | **TO THE COURT, AND ALL PARTIES AND THEIR RESPECTIVE** |
| 2 | **ATTORNEYS OF RECORD:** |
| 3 | PLEASE TAKE NOTICE that Plaintiffs Dana Bostick, Anita Vasko, Judi |
| 4 | Trotter, Beverly Molnar, and Chester Cote on behalf of themselves and all others |
| 5 | similarly situated, hereby lodge with the Court the Exhibit A to the [Proposed] |
| 6 | Final Judgment and Order of Dismissal [Doc 146]. |

DATED:  May 27, 2015         FABIAN & CLENDENIN

                              FOLEY BEZEK BEHLE & CURTIS, LLP

                              /s/*Thomas G. Foley, Jr.*
                              Thomas G. Foley

                              Attorneys for Plaintiffs
                              Dana Bostick, Anita Vasko, Judi Trotter,
                              Beverly Molnar, and Chester Cote