# EXHIBIT A

# EXHIBIT A

**KCC Class Action Services**
**Bostick v. Herbalife International of America Inc et al.**
**Exclusion Report**

Count
687

| ClaimID | Last Name | First Name |
|---|---|---|
| 10001892001 | ABRAHAM | TIFFANY |
| 60003162001 | ABREU | ALLAN |
| 60001543101 | ACOSTA | YADIRA |
| 10008656101 | ADAMS | SHAWNDA |
| 10010368601 | AGOVINO | KATHLEEN |
| 10023295401 | ALBA | GUILLERMINA |
| 10026059701 | ALCAZAR | MARTA E |
| 10026204101 | ALCOCER | JOSEFINA |
| 60000147001 | ALEXANDER | ALICIA |
| 60002325801 | ALLGEYER | EILEEN |
| 10033031901 | ALMANY | DAVID |
| 10038939901 | ALVARADO | MANUELA |
| 10041053401 | ALVAREZ | ALEXANDRA |
| 10050334201 | AMMU | RAMA SUNDARI |
| 60000346501 | ANDERSEN | GLORIA |
| 10052982301 | ANDERSON | KALEENA R |
| 10054898201 | ANDRADE | LUCINDA |
| 10058211401 | ANGUIANO | LUIS A |
| 10058482201 | ANGULO | DELFINO |
| 10059061501 | ANNETTE | HUNTER |
| 10060775501 | AOCHI-BORDON | SHINOBU |
| 60001483601 | ARAYA | JOSE M |
| 10072615001 | ARIZA | PABLO |
| 10073502201 | ARMENTA | CARLOS |
| 10074110101 | ARMSTRONG | DEBBI S |
| 60003142701 | ATCHISON | LISA |
| 10084337201 | AVALOS | AARON |
| 60001651401 | AVILA | ROSA MARIA |
| 10094568501 | BADILLO | MARIA DE LOS ANGELES |
| 10095585001 | BAEZA | MARIA C |
| 10096468001 | BAILEY | ANGEL D |
| 10097223801 | BAIONE | DAVID |
| 10097684001 | BAKER | BRIAN L |
| 10098352201 | BAKER | SUSAN M |
| 10098471001 | BAKKEM | KELLY M |
| 10098702301 | BALBANEDA | MARIA |
| 60003028601 | BALDRIDGE | HAZEL |
| 60003065001 | BALL | MYA |
| 10100515501 | BALLARE | KAREN E |
| 10100778401 | BALLEW | TAMMY |
| 10104192501 | BARAJAS | CLAUDIA |
| 10107561301 | BARKEY | ERICA N |
| 60002034001 | BARNUM | EVERETT |

| ClaimID | Last Name | First Name |
|---|---|---|
| 60000661201 | BARTOSH | JAMES |
| 60003167501 | BASS | TAMICA |
| 10125345001 | BEHN | JAIME B |
| 10125594901 | BEJAR | MARIA |
| 10126621201 | BELL | PATRICIA A |
| 10129762201 | BENAVIDEZ | SOPHIA R |
| 60003062801 | BERGESON | RICHARD B |
| 10134060601 | BERGMAN | ERIC D |
| 10138949801 | BETANCUR | ARELYS |
| 10139446901 | BEVER | DEBRA K |
| 10139613201 | BEYER | JULIE |
| 10141090601 | BILLS | KATHLEEN S |
| 10141316601 | BINION | KASEY |
| 10141785801 | BISCH | KATIE L |
| 60000059101 | BISHOP | ANNETTE |
| 10142707401 | BLACK | MICHELLE D |
| 60003036601 | BLACK | CAROLYN |
| 10142918601 | BLACKMAN | AINKA A |
| 60003147101 | BLOCK | WAYNE |
| 10147389801 | BOFF | LEON C |
| 60002759801 | BOLER | JAMES |
| 10150675201 | BONILLA | MARTHA |
| 60000532501 | BONO | VINCENT |
| 10152955701 | BOROK | ADAM |
| 10153962901 | BOTELLO | MARIA C |
| 60001513601 | BOWLIN | JAMES |
| 10155945801 | BOYD | ANGELA D |
| 60001314101 | BRANDENBURG | DONALD |
| 10168915901 | BROWN | RONALD L |
| 10166586601 | BROWN | AKEMI M |
| 60003153001 | BROWN | ALICIA |
| 10169638301 | BROWNELL | DEBORAH W |
| 10169904901 | BRUCE | ALICE F |
| 10173826201 | BUITRAGO | HEYSOL I |
| 10175281701 | BURGEN | SHERRY |
| 10176121101 | BURKE | DONALD F |
| 10176744401 | BURNETT | JEROME |
| 60002556001 | BURY | DAVID |
| 10177970701 | BURZOTTA | ANTONINO |
| 10180880001 | BYRD | ELLIOT |
| 10181440901 | CABALLERO | ANCELMA |
| 10182537701 | CABRAL | ALICIA A |
| 60001852001 | CABRERA | ARISDELCI |
| 10188797801 | CALDERON | NATALIA |
| 10191581001 | CALVILLO | GERARDO |
| 10196261701 | CAMPER | MARLA H |
| 60000726201 | CAMPOS | JUDY |
| 10198267701 | CAMPOS | ROSA E |
| 10200245901 | CANCINO | OSCAR |
| 10201969101 | CANO | MARIA E |
| 10205079001 | CARBAJAL | DANIEL R |

| ClaimID | Last Name | First Name |
|---|---|---|
| 10205956101 | CARCAMO ORTIZ | ELDYN |
| 10207136601 | CARDENAS | LUIS A |
| 60003144901 | CARDOZA | SARAH |
| 10209523101 | CARE | ANITA S |
| 10209695801 | CAREY | SAMANTHA M |
| 10210483901 | CARLOS | CRIZAM C |
| 60000348701 | CARPENTER | ANDREA |
| 60003165301 | CARTER | DANIEL |
| 70000332001 | CASTILLO | JOSE |
| 10231147001 | CASTILLO | VERONICA |
| 10229672801 | CASTILLO | MARIA DEL ROSARIO |
| 60000490101 | CASTLLO | ERAN |
| 10233755001 | CASTRO | GISELA |
| 60001445001 | CASTRO | DANIELA |
| 10236114901 | CASTRO | TERESA |
| 60001794701 | CAVASOS | ANGELITA |
| 10238353401 | CAVINESS | BRUCE H |
| 60000439901 | CEBRERO | YESENIA |
| 10241157801 | CELEDON | ALICIA |
| 10245022501 | CERVANTES | MARLEN |
| 70003475401 | CHAINAY | RITA |
| 10249189601 | CHANDARLIS | MICHAEL A |
| 10250466001 | CHAPMAN | MARYLAN M |
| 10253737901 | CHAVEZ | DORA C |
| 10253548601 | CHAVEZ | CRISTINA |
| 10259740601 | CHERIYAN | SUJA |
| 10263682501 | CHRISTENSEN | JERRY R |
| 60001300601 | CHRISTENSEN | JENNIFER |
| 70000500601 | CIBRIAN | SOCORO |
| 10267230101 | CISNEROS | JESUS T |
| 10270479001 | CLAYTON | SANDRA |
| 10271543901 | CLINESMITH | JONNA M |
| 10272029001 | COATES | KAMIE D |
| 10273375201 | COFFIN | SARA A |
| 10279360801 | CONDON | CARA |
| 10281534301 | CONTRERAS | FELIPE |
| 10282387001 | CONTRERAS | MARIA |
| 10285685001 | COPELAND | PATSY A |
| 10291083201 | CORONEL | ESTELA M |
| 10293063601 | CORTAZAR | WENDY |
| 10296172401 | CORTEZ | MONICA E |
| 10296971101 | CORTINO | MITCHEL L |
| 60000170001 | CRANE | SHANNON |
| 10312389101 | CRUZ BARCENAS | MAGALY |
| 10315476001 | CUEVAS | ANA |
| 10317529501 | CUNNINGHAM | KENYA D |
| 10320765001 | DALE | CECILE D |
| 10321820801 | DAN | RYAN |
| 10321998501 | DANFORTH | PORTIA ELAINE |
| 10322954101 | DANIELSON | SUSAN |
| 10323547401 | DARIUS-RICHARDS | DEBROAH L |

| ClaimID | Last Name | First Name |
|---|---|---|
| 10323735501 | DAROTITHY | SANDRA P |
| 60002395001 | DAVILA | ROSARIO |
| 10329336001 | DE ARMAS | RHODERICK G |
| 10331046001 | DE LA CRUZ | FRANCY J |
| 60001643401 | DEASE | SHELLEY |
| 60000208701 | DEMARCUS | BRIAN |
| 10347013001 | DENNIS | MICHELLE S |
| 70003558801 | DIAL | JOHN |
| 10351620701 | DIAZ | CHARLOTTE AURORA |
| 10351679701 | DIAZ | CLAUDIA |
| 60003092301 | DIETZ | ANNA |
| 60000920201 | DLUGOPOLSKI | PAMELA |
| 60002758701 | DOMINGUEZ | JESUS |
| 10366231501 | DOMINGUEZ | RUTH |
| 60002391701 | DORSEY | SUSAN |
| 60001195101 | DRESSLER | JAMES |
| 60003171101 | DUNAGAN | MAUREEN |
| 10374975501 | DUNCANSON | LAN |
| 10378054301 | DURHAM | HARLEY N |
| 60000144801 | EAKMAN | JANET |
| 10380130301 | EATON | BARBARA J |
| 10380455901 | EBRAHIM | EZZAT |
| 10381372001 | ECKMAN | MONICA B |
| 10382529001 | EDWARDS | KIMBERLY L |
| 10382528901 | EDWARDS | KIMBERLY L |
| 60002393901 | EISCHEID | CAROL |
| 60002183101 | EISENBERG | ELI |
| 60003025301 | EISENHARD | JOANNE |
| 10383923901 | EKSUZIAN | CYNTHIE E |
| 60000088601 | ELDRIDGE | CATHERINE |
| 60003071901 | ELKINS | ROSALIND H |
| 10386350301 | ELLIS | L KAREN |
| 60001624101 | ENGLISH | JANET |
| 60003154001 | EPPARD | BILLIE |
| 10390845601 | ERICKSON | BRANDI L |
| 10394229401 | ESCOBAR | MARIA |
| 10396894501 | ESPARZA | LETICIA |
| 60003044601 | ESPINAL | EVA GRACIELA |
| 60000345401 | ESPINOZA | PALMIRA |
| 60003116501 | ESTIGARRIBIA | HUGO |
| 60002705501 | ESTRADA | HAYDE |
| 60001077701 | EUBANK | KAYE |
| 10419866701 | FERNANDEZ | LEONOR |
| 10421535501 | FERRANDO | KARLA M |
| 60002869201 | FERREIRA | DANIEL |
| 60003043501 | FIALLOS | MARIO |
| 60001430401 | FIERRO | GRICELDA |
| 60002717901 | FIGUEROA | MARIA |
| 10426273401 | FILSON | RICHELLE A |
| 10426720301 | FINLEY | DONNA R |
| 60000875301 | FLICK-NARMORE | SUSAN |

| ClaimID | Last Name | First Name |
|---|---|---|
| 60002620101 | FLIETH | MICHAEL |
| 60003130301 | FLORES | MARLENY |
| 60001124801 | FOATE | LISA |
| 10441398001 | FOLEY | CHRIS M |
| 10442371701 | FONTANEZ | TERESA |
| 10448403201 | FRANK | SONIA J |
| 10449042101 | FRASER | PHYLLIS M |
| 10449119001 | FRAUSTO | ALICIA |
| 10449518201 | FRAZIER | TERRELL D |
| 10450021901 | FREEMAN | INGRID H |
| 10450509601 | FREISINGER | JOYCE A |
| 10450780901 | FRESCAS | ERIN |
| 10450939901 | FREY | PEGGY L |
| 10452146601 | FROST | AFONZA C |
| 10452494701 | FRYE | WILLIAM C |
| 60003077401 | GALLAEDO | ANTONIO |
| 10460452901 | GALLAGHER | JANICE |
| 10462605701 | GALLEGOS ZACARIAS | ROSA MARIA |
| 10463080201 | GALOPE | AUDREY A |
| 60001821401 | GAMEZ | MARÍA ISABEL |
| 10467553601 | GARBER | JOANN C |
| 60001466501 | GARCIA | GUADALUPE |
| 60003170001 | GARCIA | DEYSI |
| 10469645001 | GARCIA | ANGELITA |
| 10489513501 | GARCIA | TATYANA |
| 10490181001 | GARCIA | VICTOR |
| 10487621901 | GARCIA | ROSA |
| 10482668001 | GARCIA | MARIA ESTHER |
| 10470890601 | GARCIA | BRENDA A |
| 10491637001 | GARCIA DOMINGUEZ | ESTELA |
| 10495099701 | GARMON | PAIGE |
| 60003030001 | GARRISON | LEE |
| 10497281601 | GARZA | JUANITA E |
| 60000843601 | GAUDENCIO | CELIA |
| 10501475801 | GEESMAN | ISAAC |
| 10502472701 | GEORGE | JEROME |
| 10504532901 | GIBBS | AUDIE J |
| 60003072001 | GILLESPIE | JILL |
| 10507445701 | GILMOUR | JANET L |
| 60002212001 | GLENN | SAMUEL B |
| 60003117601 | GOMEZ | PAVEL |
| 10513709101 | GOMEZ | ANA L |
| 60003040201 | GOMEZ | MARIA |
| 60002881901 | GONZALES | CORINA |
| 60003169701 | GONZALES | SALLY |
| 10532566101 | GONZALEZ | JORGE |
| 60002905001 | GONZALEZ | STEPHANIE |
| 10525463001 | GONZALEZ | AGUSTINA |
| 60003115401 | GORDAN | ARMANNI |
| 10544781001 | GORDON | CYNTHIA S |
| 60003164201 | GORTON | MICHAEL |

| ClaimID | Last Name | First Name |
|---|---|---|
| 60000166301 | GOTTLIEB | MICHAEL |
| 60003026401 | GRAHAM | DEBORA |
| 10547821001 | GRAMOWSKI | BRUCE M |
| 10552709901 | GREMS | VALERIE R |
| 60001261501 | GRIECO | KATHLEEN |
| 10553557601 | GRIFFIN | WYNNETTE C |
| 10554120501 | GRIMALDI | LEEANN J |
| 10558496401 | GUDENKAUF | KELLY |
| 10568106401 | GUTIERREZ | ANA I |
| 10572039201 | GUTIERREZ | MAYELA |
| 60003107401 | GUZMAN | ISABEL |
| 10579325501 | HACKMAN | LUZ F |
| 60000098801 | HALE | CYNTHIA |
| 60001704001 | HALL | SHARON |
| 10582627301 | HAMEL | BETTY |
| 60000074001 | HANSEN | JOAN |
| 10588388801 | HARRIS | DOREEN D |
| 10591456301 | HASTINGS | AMANDA G |
| 10591779501 | HATFIELD | VERONICA |
| 10592394101 | HAVLICEK | MYRA |
| 60001076601 | HAWKINS | KRISTEN |
| 10593406901 | HAYES | MARIA B |
| 60001289601 | HAYES | SCOTT |
| 10593558001 | HAYHURST | SANDRA |
| 60000146001 | HEIMAN | RHONDA |
| 60002260801 | HENDERSON | DARYL |
| 10598631801 | HENRY | JORDAN E |
| 10600570401 | HERNADEZ | JANET |
| 10622361601 | HERNANDEZ | SANTOS RAFAEL |
| 10612212501 | HERNANDEZ | JUAN J |
| 60002479301 | HERNANDEZ | LIBRADA |
| 10626835101 | HERNESMAN | RAYMOND J |
| 10627934801 | HERRERA | DEYSI |
| 10627829001 | HERRERA | CRISTINA A |
| 10627905101 | HERRERA | DEBBIE C |
| 10631554701 | HERRERA VASQUEZ | SAMUEL ALEJANDRO |
| 10633828601 | HIDROGO | MARIA E |
| 10635556901 | HILL | NANCY A |
| 60003101901 | HO | MARY |
| 10640031901 | HOKANSON | MEGHAN C |
| 60002959301 | HOLLIDAY | MONICA |
| 60003168601 | HOLMES | TERESA |
| 60003149301 | HOLMQUIST | LINDA |
| 60000042301 | HOOVER | CAROLYN |
| 60001580601 | HORN | TAMARA |
| 10646525901 | HOWLETT | TERRI |
| 60000405001 | HUAMANI | JIM |
| 10650519101 | HUGHES | PEGGY J |
| 10650540301 | HUGHES | ROBYNE L |
| 60003143801 | HUME | LINDA |
| 60000730901 | HURTADO PEREZ | ESTHER |

| ClaimID | Last Name | First Name |
|---|---|---|
| 60003118701 | HYRE | MELISSA |
| 10655117601 | HYTCHE | KATHRYN |
| 10663641801 | JABLONSKY | HEATHER |
| 10663992401 | JACKOLA | ROBERT E |
| 60003161001 | JACKSON | BOBBI JO |
| 60000462801 | JAIME | YANET |
| 10667506001 | JAIMES | LORENA |
| 10669036001 | JANE | MORGAN |
| 10669292601 | JANKOVIC | ANDJELKA |
| 60003033301 | JARRELL | MARY |
| 10672275001 | JAUREGUI-VARGAS | REBECCA |
| 10674673001 | JENSEN | LESLEE RAE |
| 60000838901 | JEWELL, II | PORTER |
| 10676252701 | JILL | GOLDEN N |
| 10682291301 | JIMISON | JERMY L |
| 10686258301 | JOHNSON | MICHAEL |
| 60000916601 | JONES | LEIGH |
| 60001735701 | JORDAN | LEON |
| 60003166401 | JORDAN | JOSEPH |
| 10693326701 | JOYCE | PATRICK M |
| 10700625001 | KARCZEWSKI | SARAID A |
| 10702735501 | KEAN | SAMUEL NATHAN |
| 10703245401 | KEENE | JO R |
| 60000502001 | KEGERREIS | LEIGH |
| 10703703801 | KEIVER-HEWETT | GWENDOLYN J |
| 60003104101 | KELEMEN | LISA |
| 10706085101 | KENSIL | LISA A |
| 10706746801 | KERSTEN | MARY B |
| 10707888001 | KIBBLE | BETTY L |
| 60003135801 | KING | PAUL |
| 10712498101 | KLEIN | AMY L |
| 60001477801 | KLEIN | DAVID |
| 60003079601 | KNOLLHOFF | DANIEL |
| 10716191601 | KOPETS | LILIYA |
| 60001709501 | KORBER | DENNIS |
| 60002784901 | KROPF | ELMA |
| 60000237101 | KRUG | TIMOTHY |
| 10719130101 | KRULL | TAMMIE L |
| 60003091201 | KULLMAN | MICHELENE |
| 10720658401 | KURTZ | BETH A |
| 10721085001 | KWOCK | DOUGLAS |
| 10721150601 | KWONG | MAN-FAI |
| 60000986901 | KYLE | NANCY |
| 60003150701 | LAGUNAS PALACIOS | BEATRIZ |
| 10723705201 | LAHTI | STEPHANIE D |
| 60003152901 | LANGE | JENNA |
| 60001629601 | LARA | MARIA L |
| 60000627001 | LARSON | LYN |
| 10733415001 | LAUER | JOHN D |
| 60001535101 | LAVERTY | JAMES |
| 10736109701 | LAZO | MAGALI D |

| ClaimID | Last Name | First Name |
|---|---|---|
| 60001607001 | LEBLANC | LYNN |
| 60003155101 | LEDEZMA | MARIA |
| 10740171001 | LEE | KAREN R |
| 60001620801 | LEGG | DENISE |
| 10743044701 | LEMONS | DOYLE R |
| 60000086401 | LEPINE GARCIA | PIERRE CARLOS |
| 60001633201 | LESSOW | CINDY |
| 60001378601 | LEVANDER | JENELL |
| 60003112101 | LEWIS | KRISTEL |
| 60000364701 | LEWIS | LINDA |
| 60003055901 | LINDBERG | WANDA |
| 10754880001 | LINDELL | JOY M |
| 60002118301 | LIPKA | DENISE |
| 10755985701 | LIPPI | EDNA M |
| 60003133601 | LIZARRAGA | BLANCA |
| 60002215301 | LLIVIZACA (CESPEDES) | ROSA |
| 60002639101 | LOAYES | LUCIA |
| 10764218901 | LOPEZ | ADONIS F |
| 10778654001 | LOPEZ | OFELIA |
| 10764367401 | LOPEZ | AIDA N |
| 10781532101 | LOPEZ | TERESA |
| 10778165701 | LOPEZ | NANCY |
| 10773897101 | LOPEZ | LETICIA Y |
| 10785838101 | LORENZ | JOYCE J |
| 60002877201 | LORENZO | DORKA |
| 10790857801 | LUCARI | JESSICA |
| 10791169301 | LUCAS | MICHAEL F |
| 10791718001 | LUCERO | GUILLERMINA |
| 60001940001 | LUCIANI | ROBERTA |
| 10794855201 | LUMBRERAS | RICARDO |
| 10795714001 | LUNA | HELEN U |
| 10799740001 | LYTLE | FREDERICK N |
| 10803202401 | MACINTOSH | GARY R |
| 60001036901 | MACLUKIEWICZ | KATARZYNA |
| 10805190001 | MADRIGAL | MARIA |
| 10809429701 | MALAGON | MARIA |
| 10814232201 | MANDRAS | MARIA L |
| 60000607701 | MANJI | RYHANA |
| 10820532001 | MARICHE | MAYRA |
| 60002537701 | MARIN | CARMEN |
| 10821748601 | MARIN | YOLANDA |
| 10823386801 | MARMOL-MARTINEZ | IRWIN M |
| 60002533301 | MARQUEZ | MARIA |
| 10825887701 | MARRERO | BREGMA J |
| 60001399001 | MARTIN | GLEN |
| 10850894801 | MARTINEZ | VICTOR M |
| 10839768301 | MARTINEZ | JORGE |
| 60000038701 | MAST | DENNIS |
| 10858189501 | MATOS | MARISOL |
| 60003067201 | MATTHEWS | CANDACE |
| 10859147501 | MATURINO | MARIA D |

| ClaimID | Last Name | First Name |
|---|---|---|
| 10861230201 | MAYES | LYNN M |
| 60003080001 | MAYNE | DEBORAH |
| 10861963101 | MAYORGA | ROGER |
| 60003041301 | MAZO | JOHANA |
| 60001582801 | MCCALL | CONSTANCE |
| 10863889301 | MCCALLUM | BEVERLY J |
| 10864664601 | MCCLEERY | KAREN N |
| 60000614601 | MCCLENNY | KATRINA |
| 10869487201 | MCKENNEY | JUDITH C |
| 10870636901 | MCLEOD | JENNIFER L |
| 60003140501 | MCNEIL | JUDY |
| 10871844001 | MCQUEEN | CHRIS |
| 10874121701 | MEDINA | EVA |
| 60001470101 | MEDINA | MARIA |
| 60003056001 | MEDINA | FEDERICO |
| 10873223001 | MEDINA | ALICIA |
| 60003127801 | MEJORADO | JENNIFER |
| 10884892901 | MELLEN | DARLENE |
| 10902864801 | MEYERS | KIMBERLY A |
| 10904368601 | MEZESKI | ANNA |
| 10905532901 | MIDDLEBROOKS | CHRIS J |
| 10906912201 | MILES | AMY R |
| 10906939001 | MILES | DEANNA |
| 10908104301 | MILLER | COLETTE |
| 10908314301 | MILLER | DONOVAN D |
| 60001039101 | MINNS | LARS |
| 10911775001 | MIOT | MARIE |
| 10911864901 | MIRABELLA | ISENIJA J |
| 60001326501 | MIRAKIAN | MELISA |
| 10914521501 | MIRICH | ROCK |
| 60001032501 | MOLINA-AGUILA | LIZET |
| 10920769501 | MONARREZ | MANUELA |
| 10922203901 | MONIZ | MARIA AS |
| 60000427501 | MONTERROSO | MIREYA |
| 10931726901 | MOORE | REBECCA P |
| 10930761601 | MOORE | ANTHONY D |
| 10932417101 | MORA | CLAUDIA |
| 10934107701 | MORALES | ANA |
| 60001722201 | MORENO | FRANCISCO |
| 60000817401 | MORGAN | PATRICIA |
| 60002181001 | MORRISON | DORA |
| 60000317001 | MORRISON | HEATH |
| 60000360301 | MORYN | DIANE |
| 10951515801 | MOSCOSO HERRERA | WILMER OMAR |
| 60000240701 | MRACZEK | THOMAS |
| 60003084301 | MURIEL | ANA |
| 60000216701 | MYLES | JANCEY |
| 60003123401 | NAJARRO | BRENDA |
| 10966058401 | NAJERA | RODOLFO |
| 60000700301 | NAQUIN | CRAIG |
| 10967612901 | NARVAEZ | GRISELDA |

| ClaimID | Last Name | First Name |
|---|---|---|
| 10974874801 | NELSON | AMY J |
| 60003049001 | NELSON | MELISSA |
| 10976873501 | NEULS | KERRI A |
| 60003160901 | NEWELL | DEBORAH |
| 10978555101 | NGUYEN | AN H |
| 60000063801 | NIEDER | ANGELA |
| 10982507001 | NIEVES | JIMY |
| 10985200001 | NOLASCO JR | FEDERICO |
| 60002140101 | NORBERG | JEFFREY |
| 10986850001 | NORWARD | JAIME M |
| 10991431401 | NYDEREK | MARY LOU |
| 10992481201 | O'BRIEN | SHIRLEY A |
| 10995691601 | O'CONNELL | RENEE J |
| 10997350101 | OJEDA | JOAQUIN |
| 10998152201 | OLAIS | YAMEL |
| 60002824001 | OLIVARES | DEYANIRA |
| 60003125601 | ONEY | SUSAN |
| 11007573001 | ORELLANA | LUIS A |
| 70000877901 | OROZCO | GUSTAVO |
| 11010494801 | OROZCO | LUISA |
| 11016340001 | ORTIZ | ELSA |
| 11025721201 | OWSLEY | CYNTHIA A |
| 11026683301 | PACE | DONNA |
| 60003052601 | PACHECO | DENNIS |
| 60003035501 | PADILLA | VILMA |
| 11037909301 | PANUCO JIMENEZ | BRENDA VERENICE |
| 11039236001 | PAREDES | GERONIMA |
| 11040918801 | PARKER | LISA G |
| 11040959001 | PARKER | MEGAN E |
| 11044751701 | PATEL | BHAGVATI |
| 11048469101 | PAXTOR | PAULA |
| 11048924001 | PAYNE | MICHAEL S |
| 60003081001 | PEARSON | ROSIE |
| 60003086501 | PECINA | MARIBEL |
| 11051278901 | PEDERSON | LORELEI R |
| 60003137001 | PENA DE LA TORRE | JOSE |
| 11056330001 | PENALOZA DELEBRA | CLAUDIA |
| 60000963201 | PEREZ | VICTOR H |
| 60001843001 | PEREZ | MARINA |
| 11077032801 | PERRY | HOLLIE R |
| 60000072901 | PETSCH | NANCY |
| 11080728501 | PHELPS | PHYLLIS |
| 60003095601 | PINEDA | MARIBEL |
| 60003100801 | PLAISTED | ERIN |
| 11091434001 | PLEASANT | CHARLIE H |
| 11091949001 | PLUTZKER | PAUL |
| 11092558001 | POLACH | MEGAN M |
| 60003139101 | POLANCO | YSABEL |
| 11102619201 | PRICE | RUTH C |
| 11104607501 | PRUNEAU | THOMAS |
| 60003105201 | PULIDO | MARINA |

| ClaimID | Last Name | First Name |
|---|---|---|
| 11107370401 | PURVES | PATRICIA L |
| 60001233101 | QUINONES | YESENIA |
| 11116467901 | RAFAEL | VERONICA |
| 60000795401 | RAMIREZ | MARTIN |
| 11128346201 | RAMIREZ | PATRICIA |
| 60001825801 | RAMIREZ | ANGEL P |
| 60000551801 | RAMIREZ | JUANA |
| 11126594001 | RAMIREZ | MARIA NATIVIDAD |
| 60002984401 | RAMOS | CECILIA |
| 11139330901 | RANGEL | IDALIA |
| 11145187501 | REDUS | MARSHA L |
| 11146861901 | REHAUME | GEORGE H |
| 60000884401 | REISINGER | DAN |
| 11148222701 | REMACHE | ADREANA J |
| 60002594501 | RESENDEZ | CIDALIA |
| 11154890101 | REYES | INES ANDINA |
| 11156494301 | REYES | MARIA |
| 60001817801 | REYES | NOEMI |
| 11159551401 | REYES DE CONTRERAS | ERIKA DEL CARMEN |
| 60003054801 | RIVAS | OSCAR |
| 60002835301 | RIVERA | ROBERTO |
| 11178033001 | RIVERA | NANCY L |
| 60000804001 | ROBERTS | AMY |
| 11182222101 | ROBERTS | NACI |
| 11185367901 | ROBLES | JOSUE |
| 11186957201 | ROCHA | IRMA C |
| 11189535201 | RODRIGUES | CHRISTINA A |
| 60001479001 | RODRIGUEZ | MARIA |
| 60000933701 | RODRIGUEZ | MELINDA |
| 11207239201 | RODRIGUEZ | RUBI |
| 11199481001 | RODRIGUEZ | JULISSA |
| 11200861601 | RODRIGUEZ | LUZ ELBA |
| 11190769001 | RODRIGUEZ | AMY M |
| 11198395201 | RODRIGUEZ | JORGE |
| 60002853501 | RODRIGUEZ GARCIA | ANAIS |
| 60001332301 | ROETHKE | JENNIFER |
| 60000047801 | ROGERS | REED |
| 60000328301 | ROGERS | ANGELA |
| 60002166001 | ROMERO | TERESA |
| 60003073001 | ROQUE PANTON | RAISA |
| 11230728001 | ROSER | JAMIE L |
| 11232756401 | ROWLAND | ROBERT |
| 11235940101 | RUELAS | TERESA |
| 60001981801 | RUIZ | ROCIO |
| 60001306101 | SALAZAR | ANGELA |
| 11254216501 | SALDIVAR | AURELIA |
| 60003106301 | SAMFORD | JAMES |
| 60003064001 | SANCHEZ | MYRNA |
| 11280677601 | SANTA CRUZ | MARIA ESMERALDA |
| 60001960301 | SANTAFERRARA | TERI |
| 60003024201 | SANTIAGO | GISSEL |

| ClaimID | Last Name | First Name |
|---|---|---|
| 11283194101 | SANTIAGO | GIOVANNI |
| 11293140601 | SCARBROUGH | GLORIA A |
| 11293709301 | SCHAR | STEPHANIE D |
| 11295149101 | SCHMIDT | KAREN |
| 11295602601 | SCHNEIDER | ANNE C |
| 60003151801 | SCHROEDER | JOYCE |
| 60000199101 | SCHULTZ | DEBRA |
| 11297995601 | SCHWERTEL | RONALD T |
| 11299013701 | SCOTT | ROBERT A |
| 11301054001 | SEGOVIA | MARISELA |
| 60000553001 | SENNE | SUSAN |
| 60003156201 | SERNA | SONIA |
| 60002080601 | SETU | IOSEFA SETU |
| 11309188601 | SHARER | MARY CHARLENE |
| 11312683901 | SHIRLEY | DOYLE S |
| 11316709001 | SILLERUD | LINDSEY R |
| 11317067101 | SILVA | BLANCA BARBARA |
| 11318912601 | SILVA | RUDY S |
| 11320790601 | SIMMONS ARZU | TASHA |
| 11321482001 | SIMPSON | BRENDA C |
| 11322514301 | SINGH | DELIA R |
| 60000101801 | SIRIGNANO | JESSICA |
| 11324051001 | SKALA | JARED J |
| 60001697701 | SLAGOSKI | SALLY |
| 11324939101 | SLAUGHTER | ANGELA R |
| 11330082701 | SMITH | SKIPPER |
| 11329040801 | SMITH | MARK A |
| 60000096601 | SMITH | JO ANN |
| 60001764101 | SMITH | BRIANA |
| 60001763001 | SOLONOSKI | MICHAEL |
| 11337182201 | SOMERS | SUSAN F |
| 11338152901 | SORIA | MARIA M |
| 11345913001 | SPEEDE | JOSE M |
| 11346973101 | SPOFFORD | TOM |
| 11347433701 | SPROULL | CHRIS |
| 60001673001 | STAMM | GREGORY |
| 11349490701 | STANTON | THARSILLA C |
| 11349780501 | STARKS | KESHANA N |
| 60002130001 | STEFFES | CONNIE S |
| 11354616601 | STOKER | ROD |
| 11355141101 | STONE | ROD J |
| 11355894601 | STRADER | JENNIFER S |
| 11355986001 | STRAMA | MARIA |
| 11357506301 | STUBER | CYNTHIA |
| 60003039901 | STYRON | DIANE |
| 60000760401 | SUBBIONDO | DENNIS |
| 60000189001 | SUMRALL | BOB |
| 11366955001 | TALLMAN | KATHY S |
| 60000217801 | TANG | QI |
| 60000107301 | TAYLOR | SONJA |
| 11373407401 | TAYLOR | TAVARES L |

| ClaimID | Last Name | First Name |
|---|---|---|
| 60002370201 | TAYLOR | LAURA |
| 60003053701 | TAYLOR | MARIA |
| 60002106001 | TEALE | LINDA |
| 11374683001 | TEJEDA | ALONDRA |
| 11374763901 | TEJEDA | FLORA |
| 11376213601 | TELLO | PERLA |
| 60003090101 | TERRY | DEBORAH |
| 60000930401 | THEIS | BONNIE |
| 60002205101 | THOMAS | ADAM |
| 60000065001 | THOMAS | RAYE |
| 11384587001 | THUECKS | TOM J |
| 60003124501 | TIETYEN | NOREEN |
| 11386563601 | TINO | DIANE V |
| 60003148201 | TONDREAU | MILDRED |
| 60003069401 | TORRES | PAULA |
| 11393449001 | TORRES | BLANCA |
| 60003070801 | TOVAR-TORRES | JONICE |
| 60000085301 | TRUMAN | KIM |
| 60003134701 | TUCKER | MEREDITH |
| 11410989801 | TUCKER | CHRISTINE |
| 60003075201 | TURNER | CRYS |
| 11412840601 | TURNER | LAWRENCE E |
| 11413789401 | TYLER | LA'KESHIA L |
| 60003034401 | UMEH | VIVIAN |
| 60002335001 | UPCHURCH | BRIANNE |
| 60000562001 | VALENZUELA | YOCELYN |
| 11434315901 | VARGAS | ALEXANDRA |
| 11437362001 | VARGAS | RICHARD |
| 60000521201 | VARGAS | KARLA |
| 60003027501 | VAUGHN | JANET |
| 11444311701 | VAZQUEZ | BARBARA LIZ |
| 11449894501 | VEGA | OSCAR W |
| 11451101901 | VELA | VALENTIN V |
| 11455433001 | VELAZQUEZ | LILIA E |
| 11457163601 | VELEZ | ROLANDO |
| 11456609401 | VELEZ | CARMEN |
| 11461807001 | VERNESS | KAY L |
| 60003126701 | VIERA | JUAN |
| 60003146001 | VIKE | KELSEY/SHERRY |
| 60001949801 | VILLA | ENRIQUE |
| 11467277501 | VILLAFANA | ALMA Y |
| 60002152501 | VILLALVAZO | MAGDALENA |
| 60002129601 | VILLANUEVA | OLGA |
| 11476072001 | VITAL | MARIA GUADALUPE |
| 60000678001 | VLLE | ELVA |
| 60000266601 | WALLACE | TARA |
| 60000417301 | WALTH | CHERIE K |
| 11483645001 | WARD | EDNA M |
| 11485770201 | WATERS | TAMMY |
| 11486609001 | WATT | VIOLET |
| 11486621101 | WATTERS | DANA C |

| ClaimID | Last Name | First Name |
|---|---|---|
| 60001525001 | WAYMAN | BILL |
| 60000111001 | WEATROWSKI | JEAN |
| 60003088701 | WEIR | CARLYE |
| 11489816901 | WELLIVER | JEROME A |
| 11493655901 | WHITE | LAUETA M |
| 60000850501 | WHITE | MELODY |
| 11493427701 | WHITE | JEFF |
| 60003098901 | WHITMER | LEUMA |
| 60000078401 | WIEGAND | GLEN |
| 60000841401 | WILLIAMS | LARRY |
| 60003083201 | WILLIAMS | WALTER |
| 60000121101 | WILLIAMS | VALERI |
| 900007001 | WILLIAMS | FRANKIE |
| 11502489001 | WILSON | GABRIEL |
| 11502780401 | WILSON | KELLY A |
| 11504878901 | WISE | MATT |
| 11505241001 | WITMAN | KATRINA P |
| 11506559301 | WONG | ELDON |
| 11508758801 | WORM | MARY ANN |
| 11508760601 | WORM | PAUL C |
| 11510196201 | WROBLESKI | CHRISTINA M |
| 11513902301 | YATES | EMILY A |
| 60003122301 | YEPES | GLORIA |
| 60002243701 | YODER | IVA |
| 11518061801 | YURIVILCA | MAYOK |
| 11518659101 | ZACCARELLO | CAROLE |
| 900005201 | ZARATE-GOMEZ | AVELINA |
| 11524852301 | ZAVALA | ERIKA |
| 11527167301 | ZELKO | SANDRA C |
| 60001134001 | ZHUNGUR | DINORAH |
| 60002516201 | ZUNIGA | MATILDE |
| 11532973001 | ZUNUN | SILVINO |