LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | **CV 13-02488 (BRO) (SHx)** | Date | June 4, 2015 |
|---|---|---|---|
| Title | **DANA BOSTICK ET AL. V. HERBALIFE INTERNATIONAL OF AMERICA, INC. ET AL.** | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL, United States District Judge** | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS)

## ORDER GRANTING PLAINTIFFS' SUPPLEMENTAL REQUEST FOR AN AWARD OF EXPENSES

On May 14, 2015, the Court granted Plaintiffs' motion for final class action settlement approval. (Dkt. No. 145 at 60.) The Court also granted Plaintiffs' counsel attorneys' fees in the amount of $4.9 million and approved reimbursement for costs and expenses in the amount of $175,609.62. (*Id.*) Based upon the declarations filed in support of the motion for attorneys' fees and expenses, the Court denied counsel's request for reimbursement for "miscellaneous" and "meal/travel" expenses as unreasonable. (*Id.* at 59.) The denial was without prejudice, and the Court permitted Plaintiffs' counsel leave to file supplemental documentation to support these requests.

Since the Court's order, Plaintiffs' counsel have filed supplemental declarations itemizing the claimed travel expenses and deducting the meal and miscellaneous expenses. (Dkt. Nos. 148, 149.) Counsel also request reimbursement for expenses incurred after filing the fee motion in the amount of $4,464.26 for legal research, expert witness consultations, travel expenses, postage, delivery fees, and copies. (Dkt. No. 148.) After reviewing the supplemental declarations and accompanying exhibits, the Court finds that the travel expenses, as well as the expenses incurred in April 2015 and May 2015, were reasonably necessary for this litigation. The Court therefore **APPROVES** these expenses and **GRANTS** counsel's request for reimbursement in the amount of $211,662.63. This Order amends and supercedes the Court's previous order to the extent it granted reimbursement in the lesser amount of $175,609.62.

**IT IS SO ORDERED.**