Philip D. Dracht (SBN 219044)
 pdracht@fabianlaw.com
Scott M. Petersen (*pro hac vice*)
 spetersen@fabianlaw.com
Jason W. Hardin (*pro hac vice*)
 jhardin@fabianlaw.com
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84151-0210
Telephone: (801) 531-8900

Thomas G. Foley, Jr., SBN 65812
 tfoley@foleybezek.com
Justin P, Karczag, SBN 223764
 jkarczag@foleybezek.com
Foley Bezek Behle & Curtis, LLP
15 West Carrillo Street
Santa Barbara, CA 93101
Telephone: (805) 962-9495

Attorneys for Plaintiffs Dana Bostick, Anita Vasko, Judi Trotter, Beverly Molnar, and Chester Cote

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DANA BOSTICK, a California citizen, *et al.*,<br><br>PLAINTIFF,<br><br>vs.<br><br>HERBALIFE INTERNATIONAL OF AMERICA, INC., a Nevada Corporation, *et al.*,<br><br>DEFENDANTS. | Case No.: 2:13-cv-02488-BRO-RZ<br><br>**NOTICE RE: ENTRY OF FINAL JUDGMENT AND ORDER OF DISMISSAL**<br><br>Hon. Beverly Reid O'Connell<br><br><br>Complaint filed: April 8, 2013 |

**PLEASE TAKE NOTICE THAT** on June 17, 2015, the United States District Court, Central District of California entered an Amended Final Judgment and Order of Dismissal ("Final Judgment") in this case. (Dkt. No. 155.) On June 19, 2015, the Final Judgment was posted on the settlement website http://www.herbalifeclassactionsettlement.com. A true and correct copy of the Final Judgment is attached as EXHIBIT 1.

Pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, any appeal of this judgment must be filed with the district clerk within 30 days after entry of the judgment.

DATED: June 19, 2015            FABIAN & CLENDENIN, P.C.

                                FOLEY BEZEK BEHLE & CURTIS, LLP


                                /s/Thomas G. Foley, Jr.
                                Philip D. Dracht
                                Scott M. Petersen
                                Jason W. Hardin

                                Thomas G. Foley, Jr.
                                Justin P. Karczag

                                *Attorneys for Plaintiffs*

# PROOF OF SERVICE

On June 19, 2015, I uploaded to the CM/ECF system the foregoing document entitled Notice Re: Entry of Final Judgment and Order of Dismissal for disbursement to the counsel at the following addresses as listed on the CM/ECF confirmation:

Thomas Foley    tfoley@foleybezek.com, cconnors@foleybezek.com, aarndt@foleybezek.com

William S Ohlemeyer    wohlemeyer@bsfllp.com

James C Sturdevant    jsturdevant@sturdevantlaw.com, bnuss@sturdevantlaw.com

Mitchell A Kamin    mak@birdmarella.com, lak@birdmarella.com

Jason W Hardin    jhardin@fabianlaw.com

Scott M Petersen    spetersen@fabianlaw.com, smcnett@fabianlaw.com

David L Zifkin    dzifkin@bsfllp.com, dmcknight@bsfllp.com, ecolle@bsfllp.com, tsparks@bsfllp.com, lcajigas@bsfllp.com

Robert Allen Curtis    rcurtis@foleybezek.com, cconnors@foleybezek.com, jkassity@foleybezek.com

Joseph F Kroetsch    jkroetsch@bsfllp.com

Jonathan Sherman    jsherman@bsfllp.com

Kevin D Gamarnik    kgamarnik@foleybezek.com

Michael L Cohen    grier@cohenmckeon.com, cohen@cohenmckeon.com

Philip D Dracht    pdracht@fabianlaw.com, smcnett@fabianlaw.com, aclark@fabianlaw.com

Andrea L Petray    nhorn@ftblaw.com, apetray@ftblaw.com

1    Case No. 2:13-cv-02488-BRO-RZ
NOTICE RE: ENTRY OF FINAL JUDGMENT AND ORDER OF DISMISSAL

Heather M Mason-McKeon    mckeon@cohenmckeon.com

Aaron Lee Arndt    cconnors@foleybezek.com, aarndt@foleybezek.com

Mark T Drooks    mlw@birdmarella.com, lak@birdmarella.com, mtd@birdmarella.com

A Howard Matz    ahm@birdmarella.com, dh@birdmarella.com

Douglas M Brooks    dmbrooks@brooks-law.net

Justin P Karczag    ehuffman@foleybezek.com, cwalker@foleybezek.com, jkarczag@foleybezek.com

Gopi K Panchapakesan    gkp@birdmarella.com, kmm@birdmarella.com

Jonathan David Schiller    jschiller@bsfllp.com

    In addition, on June 19, 2015, the additional parties (Objectors) were served the foregoing Notice Re: Entry of Final Judgment and Order of Dismissal on June 19, 2015, by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows:

Douglas M. Brooks, Esq.  
60 Thoreau Street, No. 219  
Concord, MA 01742

Konstance Armstrong  
5555 Dwight Street  
San Diego, CA 92105

Michael L. Cohen  
Heather McKeon  
Cohen McKeon LLP  
1910 West Sunset Blvd., Ste. 440  
Los Angeles, CA 90026

Attorneys for Objectors Elvia Acosta, Sabas Avila, Miguel Calderon, Felipe Colon, Elizabeth Correa, Maria Cutzal, Juana Estala, Jose G Garcia, Valentina Leon, Rossina Martinez, Yader A Pastran, Susana Perez, Eric Rodensky,

| | |
|---|---|
| Wyman Jong | Jeff Lokken |
| 7100 SW 20th Street | 4375 N. Alderbrook Dr. |
| Plantation, FL 33317-5016 | Coeur d'Alene, ID 83815 |

I declare under penalty of perjury under the laws of the State of California. I declare that I am employed in the office of a member for the bar of this Court at whose direct the service was made. Executed on June 19, 2015, at Santa Barbara, California.

*(signature)*

Colleen Connors