Philip D. Dracht (SBN 219044)
 pdracht@fabianlaw.com
Scott M. Petersen (*pro hac vice*)
 spetersen@fabianlaw.com
Jason W. Hardin (*pro hac vice*)
 jhardin@fabianlaw.com
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84151-0210
Telephone: (801) 531-8900

Thomas G. Foley, Jr., SBN 65812
 tfoley@foleybezek.com
Justin P, Karczag, SBN 223764
 jkarczag@foleybezek.com
Foley Bezek Behle & Curtis, LLP
15 West Carrillo Street
Santa Barbara, CA 93101
Telephone: (805) 962-9495

Attorneys for Plaintiffs Dana Bostick, Anita Vasko, Judi Trotter, Beverly Molnar, and Chester Cote

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DANA BOSTICK, a California citizen, *et al.*,<br><br>    PLAINTIFF,<br><br> vs.<br><br>HERBALIFE INTERNATIONAL OF AMERICA, INC., a Nevada Corporation, *et al.*,<br><br>    DEFENDANTS. | Case No.: 2:13-cv-02488-BRO-SH<br><br>**DECLARATION OF PHILIP D. DRACHT**<br><br>Hon. Beverly Reid O'Connell<br><br>Hearing Date: August 24, 2014<br>Time: 1:30 p.m.<br>Courtroom: 14<br><br>Complaint filed: April 8, 2013 |

I, Philip D. Dracht, hereby declare as follows:

1. I am a member in good standing of the bar of this Court, an active member of the State Bar of California and the State Bar of Utah and one of the attorneys of record for the Plaintiffs and Class Counsel in the above-captioned action. I respectfully submit this declaration in support of Plaintiffs' Opposition to Objectors' Motion for Reconsideration.

2. Attached as Exhibit A is a .pdf printout from the New York Post's website, http://nypost.com/2014/11/02/herbalife-plot-thickens-with-third-quarter-report/, from an article dated November 2, 2014 entitled "Herbalife plot thickens with third-quarter report." The portion involving Mr. Brent Wilkes' quotation is underlined in green.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 3, 2015 at Santa Barbara, California:

*/s/ Philip D. Dracht*

# EXHIBIT A

# EXHIBIT A

BUSINESS

# Herbalife plot thickens with third-quarter report

By Michelle Celarier

November 2, 2014 | 11:42pm

Photo: Reuters

Wall Street's favorite battleground stock, Herbalife, is in the spotlight again.

The controversial maker of diet products, which reports results Monday after the close of trading, missed earnings expectations last quarter for the first time since 2008.

The stock has fallen more than 20 percent since then and has been on a roller coaster ride. On Friday, the shares rose 3.7 percent to close at $52.46. Part of the volatility is due to the short interest in the stock, which is near a 52-week high.

Investors have shorted more than 28 million shares — almost half of the float.

Herbalife, which sells protein shakes and other products through a network of sellers, is being probed by the Federal Trade Commission over pyramid scheme allegations.

Activist investor Bill Ackman has bet $2 billion the company is a fraud — an allegation it has repeatedly denied. Still, investors seem more concerned about the company's slowing growth in the US.

"It's rare for a company to miss just one quarter, with management instead often maintaining residual hope and optimism," one investor said.

Some believe the company has been hurt by the spotlight on its practices and business changes it has made to keep regulators at bay. Herbalife has said it expects to be "exonerated."

The FTC is still interviewing former and current distributors as part of its investigation and hasn't entered into any negotiations with Herbalife to end the probe, said sources close to the agency.

Separately, some critics, including Hispanic activists, hope to stop the $15 million settlement reached Friday in a class-action lawsuit by several distributors.

"We plan to object to the settlement because it won't begin to pay for the true damages that Herbalife has caused this class," said Brent Wilkes, executive director of the League of United Latin American Citizens.

FILED UNDER   **HERBALIFE**

### Dear John: Quick bucks …

## RECOMMENDED FOR YOU

Loading, please wait…

## MOST POPULAR THIS WEEK


1   Brett Favre makes the ESPYs u…


2   Obama collecting personal data for…


3   Sex with 2 guys, thousands saw, an…


4  Woman leaps to death off rooftop…


5  Parents shunned jumper for leaving…


6  'The Bachelorette' is all a lie


'The Bachelorette' is all a lie


How Blake Shelton is coping with Miranda…


Jeff Bagwell gets excited by Astros, feels…


How Uncle Sam plans to cheat Granny…

IPHONE APP
ANDROID APP
EMAIL NEWSLETTERS
ADVERTISING INFO
CONTACT US
CAREERS/JOBS

© Copyright 2015 NYP Holdings, Inc. All rights reserved
TERMS OF USE | PRIVACY