Philip D. Dracht (SBN 219044)
 pdracht@fabianlaw.com
Scott M. Petersen (*pro hac vice*)
 spetersen@fabianlaw.com
Jason W. Hardin (*pro hac vice*)
 jhardin@fabianlaw.com
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84151-0210
Telephone: (801) 531-8900

Thomas G. Foley, Jr., SBN 65812
 tfoley@foleybezek.com
Robert Curtis, SBN 203870
 rcurtis@foleybezek.com
Justin P, Karczag, SBN 223764
 jkarczag@foleybezek.com
Foley Bezek Behle & Curtis, LLP
15 West Carrillo Street
Santa Barbara, CA 93101
Telephone: (805) 962-9495

Attorneys for Plaintiffs Dana Bostick, Anita Vasko, Judi Trotter, Beverly Molnar, and Chester Cote

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DANA BOSTICK, a California citizen, *et al.*,<br><br>PLAINTIFFS,<br><br>vs.<br><br>HERBALIFE INTERNATIONAL OF AMERICA, INC., a Nevada Corporation, *et al.*,<br><br>DEFENDANTS. | Case No.: 2:13-cv-02488-BRO-RZ<br><br>**PLAINTIFFS' EVIDENTIARY OBJECTIONS TO OBJECTORS' MOTION FOR RECONSIDERATION**<br><br>Hon. Beverly Reid O'Connell<br><br>Hearing Date:  August 24, 2015<br>Time:  1:30 p.m.<br>Courtroom:  14<br><br>Complaint filed: April 8, 2013 |

Plaintiffs submit the following evidentiary objections to the Declaration of Douglas M. Brooks in support of Motion for Reconsideration (Dkt. 159). Plaintiffs' request an order striking the following exhibits attached to the Declaration of Douglas M. Brooks for failure to comply with the Federal Rules of Evidence.

| Obj. No. | Material Objected To | Grounds for Objection |
|---|---|---|
| 1. | Exhibit A ("a copy of an email I received from Brent Wilkes on May 18, 2015"). In the e-mail itself, Mr. Wilkes states: "Doug, I meant to send this to you earlier. I received the notice below in my spam folder and it is a miracle that I noticed it. I received no other notification about my potential membership in the Bostick class. I used Gmail which automatically filters out messages it likely considers to be spam. I also receive daily messages from Herbalife since I am a current distributor. None of them go to my spam folder. It would seem that an email that is likely being flagged for spam is inadequate notice to the class. It also seems like this might have been deliberate since Herbalife knows full well how to | The email constitutes inadmissible hearsay and may not be accepted to establish the truth of the matters stated therein (Fed. R. Evid. 802); lack of foundation and lack of personal knowledge concerning Mr. Wilkes' statements regarding the adequacy of the class notice (Fed. R. Evid. 602); and improper opinion testimony concerning Mr. Wilkes' statements regarding the adequacy of the class notice (Fed. R. Evid. 701); *see also Lee v. City of Madera*, No. CIVF04-5607 AWI DLB, 2008 WL 5042856, at *4 (E.D. Cal. Nov. 21, 2008) ("a lay witness cannot offer testimony to establish a |

| Obj. No. | Material Objected To | Grounds for Objection |
|---|---|---|
|  | deliver an email to me without having it being flagged as spam.  In case you plan to appeal, I thought this might be helpful." | legal conclusion."). |
| 2. | Exhibit B (a "copy of an article from the on-line edition of the New York Post, dated June 25, 2015, entitled 'Video reveals Herblife boss saw 'pyramiding' signs early on.'"). | The article constitutes inadmissible hearsay and may not be accepted to establish the truth of the matters stated therein (Fed. R. Evid. 802). |
| 3. | Exhibit C (a "copy of an article from the on-line edition of the St. Louis Post-Dispatch, dated July 10, 2015, entitled 'St. Louis Herbalife convention draws thousands of dreamers.'") | The article constitutes inadmissible hearsay and may not be accepted to establish the truth of the matters stated therein (Fed. R. Evid. 802). |

DATED: August 3, 2015

FABIAN & CLENDENIN, P.C.
FOLEY BEZEK BEHLE & CURTIS, LLP

/s/Philip D. Dracht
Philip D. Dracht
Scott M. Petersen
Jason W. Hardin

Thomas G. Foley, Jr.
Robert Curtis
Justin P. Karczag

*Attorneys for Plaintiffs*

2   Case No. 2:13-cv-02488-BRO-RZ
PLAINTIFFS' EVIDENTIARY OBJECTIONS TO OBJECTORS' MOTION FOR RECONSIDERATION