A. Howard Matz – State Bar No. 55892
ahm@birdmarella.com
Mitchell A. Kamin – State Bar No. 202788
mak@birdmarella.com
Mark T. Drooks – State Bar No. 123561
mtd@birdmarella.com
Gopi K. Panchapakesan – State Bar No. 279586
gkp@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Jonathan D. Schiller (*pro hac vice*)
jschiller@bsfllp.com
Joseph F. Kroetsch (*pro hac vice*)
jkroetsch@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

David L. Zifkin – State Bar No. 232845
dzifkin@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Telephone: (310) 752-2400
Facsimile: (310) 752-2490

Attorneys for Defendants Herbalife International of America, Inc.; Herbalife International, Inc.; and Herbalife Ltd.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

DANA BOSTICK, *et al.*,

Plaintiffs,

vs.

HERBALIFE INTERNATIONAL OF AMERICA, INC., *et al.*,

Defendants.

CASE NO. 2:13-cv-02488-BRO-RZ

**DECLARATION OF GOPI K. PANCHAPAKESAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO OBJECTORS' MOTION FOR RECONSIDERATION**

*[Filed concurrently with Defendants' Opposition to Objectors' Motion for Reconsideration and Declaration of Eric Robin]*

Date: August 24, 2015
Time: 1:30 P.M.
Crtrm.: 14

Assigned to Hon. Beverly Reid O'Connell

Complaint Filed: April 8, 2013

## DECLARATION OF GOPI K. PANCHAPAKESAN

I, Gopi K. Panchapakesan, declare as follows:

1. I am an active member of the Bar of the State of California and an Associate with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, a professional corporation, attorneys of record for Defendants Herbalife International of America, Inc.; Herbalife International, Inc.; and Herbalife Ltd. (collectively, "Herbalife" or "Defendants") in this action. I make this declaration in support of Defendants' Opposition to Objectors' Motion for Reconsideration. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. Attached as Exhibit A is a true and correct copy of the "2015 Future Millionaire Team Experience" flyer.

3. Attached as Exhibit B is a true and correct copy of the Second Amended Complaint filed in *Jacobs, et al. v. Herbalife International, Inc., et al.*, No. CV-02-1431 SJO (RCx) (C.D. Cal. May 2, 2003).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on August 3, 2015, at Los Angeles, California.

*/s/ Gopi K. Panchapakesan*
Gopi K. Panchapakesan