# Exhibit A



# 35 YEARS OF INSPIRING RESULTS

# 2015 Future Millionaire Team Experience
## This Event Is Taking Place on Thursday, July 9, 2015

### Event Location:
**America's Center Convention Complex** / 701 Convention Plaza, St. Louis, MO 63101

### Event Qualifications*:
**Qualification Period December 2014 to June 2015**

• Open to all President's Team and Millionaire Team members PLUS…

• Fully Qualified Supervisors who achieve 2,500 or more Royalty Points in one month during the qualification period

### 2 VIP Lodging Nights†
**Qualification Period April 2015 to June 2015**

• Open to all GET members who achieve 2,500 Royalty Points in each month for three consecutive months during the qualification period PLUS...

• Increase their Royalty Points by 15% comparing April 2015 – June 2015 vs. April 2014 – June 2014

### VIP Lodging Night Qualifiers Reward



VIP Lodging Night qualifiers will also receive this memorable 35th Anniversary VIP coin during the FMTE Reception Night.

### Agenda
**Thursday, July 9th, 2015**

| Time | Event |
|---|---|
| 9:00 a.m. -11:00 a.m. | President's Team Meeting |
| 11:00 a.m. -11:45 a.m. | President's Team Lunch |
| 12:00 p.m. - 3:05 p.m. | FMTE Training |
| 3:05 p.m. - 3:35 p.m. | Break |
| 3:35 p.m. - 6:00 p.m. | FMTE Training |
| 6:30 p.m. - 9:00 p.m. | Reception |

 **The event will be translated into Spanish and French. Bring your radio.**

---

*In addition to qualifying, an Extravaganza ticket must be purchased in order to attend the FMTE.
†2 VIP Lodging Nights Rules:
1. The two VIP lodging nights apply also in the case you qualify to Millionaire Team level, as long as you are a GET member as of April 1, 2015 and achieve the qualification requirements.
2. Attendance to the 2015 North America Herbalife Extravaganza and Future Millionaire Team Experience in St. Louis is required to receive the 2 VIP lodging nights and the 35th Anniversary VIP coin.
3. While qualifiers are open to choose their hotel, Herbalife will only reward them with a **$155 credit per night.**

Extravaganza event ticket purchase and attendance is required to qualify for all above promotions. The **$310** reward will be awarded prior to event through R/O if the qualification has been completed and a ticket has been purchased prior to June 30th, 2015.
If you don't have EFT, sign up by June 15th to receive your payment on July 9th. If you do not sign up, payment will be mailed by the end of July. **EFT Form**

© 2015 Herbalife International of America, Inc. All rights reserved. Licensed to Independent Herbalife Members in good standing, for reproduction. USA. PRM24928-USEN 06/15

