Douglas M. Brooks (*pro hac vice*)
dmbrooks@brooks-law.net
60 Thoreau Street, No. 219
Concord, MA 01742
Telephone: (781) 424-6737

*Attorney for Objectors*

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DANA BOSTICK, *et al.*,<br><br>    Plaintiffs,<br><br>    vs.<br><br>HERBALIFE INTERNATIONAL OF AMERICA, INC., *et al.*,<br><br>    Defendants. | **Case No. 2:13-CV-02488-BRO-RZ**<br><br>**SECOND DECLARATION OF DOUGLAS M. BROOKS IN SUPPORT OF MOTION FOR RECONSIDERATION**<br><br>Hon. Beverly Reid O'Connell |

I, Douglas M. Brooks, hereby declare as follows:

1.      I, Douglas M. Brooks, am an attorney duly admitted to practice by the Board of Bar Overseers in the Commonwealth of Massachusetts and counsel for the Objectors Elvia Acosta, Silvia C. Arias, Sabas Avila, Miguel Calderon, Felipe Colon, Elizabeth Correa, Maria Cutzal, Juana Estala, Jose G. Garcia, Valentina Leon, Rossina Martinez, Gilberto Melchor Sanchez, Yader A. Pastran, Susana Perez, Eric Rodensky, Jose Tafoya, Olivia Torres, Julia Ulloa, Martil Palma Vallecillo (collectively referred to herein as "Objectors").  I make this declaration upon my own personal knowledge, except those matters stated on information and belief, and as to those matters, I believe them to be true.  If called upon to testify to the matter set forth herein, I could and would, testify thereto competently under oath.

2.      I do not represent Brent Wilkes, Julie Contreras or any of the LULAC organizations.  I do not represent any party with any interest in Herbalife or this litgation other than the Objectors.

3.      I spoke with Mr. Wilkes on December 17, 2014 concerning the proposed settlement in this case.   At that time I did not represent any of the Objectors in this case, nor did I represent any other party with any interest in Herbalife or this litigation.  On that date I sent Mr. Wilkes an email with my contact information.  I did not have any further communication with Mr. Wilkes of any kind, directly or

indirectly, by voice, email or otherwise, until I received his May 18, 2015 email that was attached to my prior Declaration.

4.     Mr. Wilkes did not "orchestrate the objections," nor has he directed or influenced my conduct in any way, either directly or indirectly through Ms. Contreras, any of the LULAC organizations, or anyone else.

5.     I was not retained by any of the Objectors in this case until February of 2015.

6.     Throughout the proceedings in this matter my sole concern has been to represent the Objectors in seeking a fair, reasonable and adequate settlement of this case.

        I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 10, 2015.

                              s/Douglas M. Brooks
                              Douglas M. Brooks
                              60 Thoreau Street, No. 219
                              Concord, MA  01742
                              (781) 424-6737
                              dmbrooks@brooks-law.net

SECOND DECLARATION OF DOUGLAS M. BROOKS ISO MOTION FOR
RECONSIDERATION - 3

CERTIFICATE OF SERVICE

The undersigned hereby certifies that I am over the age of eighteen (18) and not a party to the within action. I am employed in the law firm of Cohen McKeon LLP, 1910 West Sunset Boulevard, Suite 440, Los Angeles, California 90026.

On August 10, 2015, I used the Central District of California's Electronic Case Filing System, with the ECF account registered to Michael L. Cohen, to file the following document(s):

SECOND DECLARATION OF DOUGLAS M. BROOKS IN SUPPORT OF MOTION FOR RECONSIDERATION

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service. The Parties served by e-mail in this case are found on the Court's Electronic Mail Notice List.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 10, 2015, at Los Angeles, California.


/S/ ROBIN GRIER
Robin Grier

SECOND DECLARATION OF DOUGLAS M. BROOKS ISO MOTION FOR
RECONSIDERATION - 4