LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 13-02488 (BRO) (SHx) | Date | August 11, 2015 |
|---|---|---|---|
| Title | DANA BOSTICK V. HERBALIFE INTERNATIONAL OF AMERICA, INC. ET AL. | | |

Present: The Honorable **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      (IN CHAMBERS)

## ORDER STRIKING REPLY MEMORANDUM

Pending before the Court is a motion for reconsideration of the Court's order approving the final class action settlement of this case. (Dkt. No. 157.) The moving parties are a group of nineteen objectors. On August 10, 2015, the moving parties filed a reply brief totaling twenty (20) pages in length. (Dkt. No. 164.) Under this Court's Standing Order, replies shall not exceed twelve (12) pages without good cause and prior authorization from this Court to exceed the page limitation. *See* Standing Order ¶ 5.c. Moving parties did not request leave to file a twenty-page brief before doing so.

Accordingly, the reply memorandum filed on August 10, 2015 is hereby **STRICKEN** from the docket. Moving parties shall file a reply brief in compliance with this Order and all other requirements set forth in Paragraph 5 of this Court's Standing Order **by no later than Wednesday, August 12, 2015, at 12:00 p.m.**

**IT IS SO ORDERED.**                                                                 :

                                                                                Initials of Preparer        rf