Counsel are listed on following page

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DANA BOSTICK, *et al.,*<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>HERBALIFE INTERNATIONAL OF AMERICA, INC., *et al.,*<br><br>　　　　Defendants. | **Case No. 2:13-CV-02488-BRO-RZ**<br><br>**AMENDED STIPULATION TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR SANCTIONS AGAINST OBJECTORS**<br><br>Hon. Beverly Reid O'Connell<br><br>Complaint filed: April 8, 2013 |

Douglas M. Brooks (*pro hac vice*)
dmbrooks@brooks-law.net
60 Thoreau Street, No. 219
Concord, MA  01742
Telephone: (781) 424-6737

Michael L. Cohen (SBN: 206253)
cohen@cohenmckeon.com
Heather M. McKeon (SBN: 186414)
mckeon@cohenmckeon.com
Cohen McKeon LLP
1910 West Sunset Boulevard, Suite 440
Los Angeles, CA  90026
Telephone: (213) 413-6400
Fax:  ((213) 403-6405

*Attorney for Objectors*

Philip D. Dracht (SBN 219044)
pdracht@fabianlaw.com
Scott M. Petersen (admitted pro hac vice)
spetersen@fabianlaw.com
Jason W. Hardin (admitted pro hac vice)
jhardin@fabianlaw.com
FABIAN & CLENDENIN
215 South State Street, Suite 1200
Salt Lake City, UT 84151-0210
Telephone: (801) 531-8900
Facsimile: (801) 596-2814

Thomas G. Foley, Jr., SBN 65812
tfoley@foleybezek.com
Robert A. Curtis, SBN 203870
rcurtis@foleybezek.com
Justin P. Karczag, Esq., SBN 223764
jkarczag@foleybezek.com
FOLEY BEZEK BEHLE & CURTIS, LLP
15 West Carrillo Street
Santa Barbara, California 93101
Telephone: (805) 962-9495

STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFFS' MOTION FOR

SANCTIONS AGAINST OBJECTORS- 2

*Attorneys for Plaintiffs Dana Bostick, Anita Vasko, Judi Trotter, Beverly Molnar and Chester Cote.*

This Stipulation is entered into by Plaintiffs Dana Bostick, Anita Vasko, Judi Trotter, Beverly Molnar and Chester Cote, and Objectors[1] as follows:

1.      Objectors' counsel has advised Plaintiffs' counsel that he and his wife will be on a previously scheduled vacation from October 5, 2015 through and including October 19, 2015, visiting Vienna, Austria, that it would be a severe burden on Objectors' counsel to be forced to reschedule this trip, and that, as a result, the hearing date on Plaintiffs' Motion for Sanctions Against Objectors presents a considerable conflict.

2.      Plaintiffs' counsel has consented to Objectors' counsel's request for a brief (three week) continuance of the Plaintiffs' motion for sanctions and a brief (one week) extension of the date for Objectors to file their opposition to the motion.

3.      Accordingly Plaintiffs and Objectors have stipulated that the hearing date on Plaintiffs' Motion for Sanctions Against Objectors is rescheduled to October 26, 2015 and the Objectors shall file their opposition to the motion on September 21, 2015.

---

[1]  The Objectors are Elvia Acosta, Sabas Avila, Miguel Calderon, Felipe Colon, Elizabeth Correa, Maria Cutzal, Juana Estala, Jose G. Garcia, Valentina Leon, Rossina Martinez, Gilberto Melchor Sanchez, Yader A. Pastran, Susana Perez, Eric Rodensky, Jose Tafoya, Olivia Torres, Julia Ulloa and Martil Palma Vallecillo.

DATED:  September 15, 2015

s/Douglas M. Brooks

Douglas M. Brooks
60 Thoreau Street, No. 219
Concord, MA  01742
(781) 424-6737
dmbrooks@brooks-law.net

DATED: September 15, 2015

FABIAN & CLENDENIN, P.C.

s/Jason W. Hardin

Jason W. Hardin
Attorneys for Plaintiffs
Dana Bostick, Anita Vasko, Judi
Trotter, Beverly Molnar, and Chester
Cote

4823-3436-5736, v. 1

STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFFS' MOTION FOR

SANCTIONS AGAINST OBJECTORS- 4

CERTIFICATE OF SERVICE

The undersigned hereby certifies that I am over the age of eighteen (18) and not a party to the within action. I am employed in the law firm of Cohen McKeon LLP, 1910 West Sunset Boulevard, Suite 440, Los Angeles, California 90026.

On September 15, 2015, I used the Central District of California's Electronic Case Filing System, with the ECF account registered to Michael L. Cohen, to file the following document(s):

**AMENDED STIPULATION TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR SANCTIONS AGAINST OBJECTORS**

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service. The Parties served by e-mail in this case are found on the Court's Electronic Mail Notice List.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 15, 2015, at Los Angeles, California.


/S/ ROBIN GRIER
Robin Grier