**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| DANA BOSTICK, *et al.,*<br><br>    Plaintiffs,<br><br>        vs.<br><br>HERBALIFE INTERNATIONAL OF AMERICA, INC., *et al.,*<br><br>    Defendants. | **Case No. 2:13-CV-02488-BRO-RZ**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR SANCTIONS AGAINST OBJECTORS**<br><br>Hon. Beverly Reid O'Connell<br><br>Complaint filed: April 8, 2013 |

Before this Court is the Stipulation to Continue Hearing Date on Plaintiffs' Motion for Sanctions Against Objectors, due to the vacation of counsel for Objectors.   The Court finds that there is good cause for the extension and GRANTS the Stipulation and IT IS HEREBY ORDERED that hearing date on Plaintiffs' Motion for Sanctions Against Objectors is rescheduled to October 26, 2015 and the Objectors shall file their opposition to the motion on September 21, 2015.

**IT IS SO ORDERED.**

Dated:_____, 2015

_____
Hon. Beverly Reid O'Connell
United States District Court Judge

CERTIFICATE OF SERVICE

The undersigned hereby certifies that I am over the age of eighteen (18) and not a party to the within action. I am employed in the law firm of Cohen McKeon LLP, 1910 West Sunset Boulevard, Suite 440, Los Angeles, California 90026.

On September 15, 2015, I used the Central District of California's Electronic Case Filing System, with the ECF account registered to Michael L. Cohen, to file the following document(s):

**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR SANCTIONS AGAINST OBJECTORS**

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service. The Parties served by e-mail in this case are found on the Court's Electronic Mail Notice List.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 15, 2015, at Los Angeles, California.

/S/ ROBIN GRIER
Robin Grier