Douglas M. Brooks (*pro hac vice*)
dmbrooks@brooks-law.net
60 Thoreau Street, No. 219
Concord, MA  01742
Telephone: (781) 424-6737

Aaron H. Darsky (CA Bar # 212229)
aaron@franklinstreetlaw.com
Law Offices of Eric L. Lifschitz
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 553-6055
Facsimile: (415) 358-5647

*Attorneys for Objectors*

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DANA BOSTICK, *et al.*,<br><br>      Plaintiffs,<br><br>vs.<br><br>HERBALIFE INTERNATIONAL OF AMERICA, INC., *et al.*,<br><br>      Defendants. | **Case No. 2:13-CV-02488-BRO-RZ**<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

NOTICE OF ASSOCIATION OF COUNSEL- 1

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD HEREIN:

Please take notice that the Law Offices of Eric L. Lifschitz, 345 Franklin Street, San Francisco, CA 94102, hereby associates as local counsel with Douglas M. Brooks on behalf of the Objectors[1] in the above-captioned action. All pleadings and other papers served on the Objectors should also be directed to the attention of ECF /Pacer registrant **Aaron H. Darsky, Esq.**, whose office address is:

    Law Offices of Eric L. Lifschitz

    345 Franklin St.

    San Francisco, CA 94102

    Telephone: (415) 515-4220

    Facsimile: (415) 553-6055

    Email: aaron@franklinstreetlaw.com

Dated: September 16, 2015

                                      _____/s/_____
                                      Douglas M. Brooks
                                      60 Thoreau Street, No. 219
                                      Concord, MA 01742
                                      (781) 424-6737
                                      dmbrooks@brooks-law.net

                                      _____
                                      Aaron H. Darsky
                                      Law Offices of Eric L. Lifschitz
                                      345 Franklin Street

---

[1] The Objectors are Elvia Acosta, Sabas Avila, Miguel Calderon, Felipe Colon, Elizabeth Correa, Maria Cutzal, Juana Estala, Jose G. Garcia, Valentina Leon, Rossina Martinez, Gilberto Melchor Sanchez, Yader A. Pastran, Susana Perez, Eric Rodensky, Jose Tafoya, Olivia Torres, Julia Ulloa and Martil Palma Vallecillo.

San Francisco, CA 94102
Telephone: (415)553-6055
Facsimile: (415) 358-5647
Email: aaron@franklinstreetlaw.com

NOTICE OF ASSOCIATION OF COUNSEL- 3