Philip D. Dracht (SBN 219044)
 pdracht@fabianlaw.com
Scott M. Petersen (*pro hac vice*)
 spetersen@fabianlaw.com
Jason W. Hardin (*pro hac vice*)
 jhardin@fabianlaw.com
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84151-0210
Telephone: (801) 531-8900

Thomas G. Foley, Jr., SBN 65812
 tfoley@foleybezek.com
Justin P, Karczag, SBN 223764
 jkarczag@foleybezek.com
Foley Bezek Behle & Curtis, LLP
15 West Carrillo Street
Santa Barbara, CA 93101
Telephone: (805) 962-9495

Attorneys for Plaintiffs Dana Bostick, Anita Vasko, Judi Trotter, Beverly Molnar, and Chester Cote

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DANA BOTSTICK, *et al*., <br><br> Plaintiffs, <br><br> vs. <br><br> HERBALIFE INTERNATIONAL OF AMERICA, INC., *et al*., <br><br> Defendants. | **Case No. 2:13-CV-02488-BRO-SH** <br><br> **PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION FOR SANCTIONS AGAINST OBJECTORS** <br><br> Dept. 14 <br><br> Hon. Beverly Reid O'Connell |

1  Pursuant to Central District Civil L.R. 7-16, Plaintiffs hereby withdraw their
2  Motion for Sanctions Against Objectors, with prejudice, and request that the
3  Motion, presently scheduled for October 5, 2014 at 1:30 p.m. be taken off calendar
4  for hearing.

DATED: September 17, 2015         FABIAN & CLENDENIN, P.C.

                                  FOLEY BEZEK BEHLE & CURTIS, LLP

                                  /s/Philip D. Dracht
                                  Philip D. Dracht
                                  Scott M. Petersen
                                  Jason W. Hardin

                                  Thomas G. Foley, Jr.
                                  Justin P. Karczag
                                  *Attorneys for Plaintiff*