Philip D. Dracht (SBN 219044)
pdracht@fabianlaw.com
Scott M. Petersen (*pro hac vice*)
spetersen@fabianlaw.com
Jason W. Hardin (*pro hac vice*)
jhardin@fabianlaw.com
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84151-0210
Telephone: (801) 531-8900

Thomas G. Foley, Jr., SBN 65812
tfoley@foleybezek.com
Justin P, Karczag, SBN 223764
jkarczag@foleybezek.com
Foley Bezek Behle & Curtis, LLP
15 West Carrillo Street
Santa Barbara, CA 93101
Telephone: (805) 962-9495

Attorneys for Plaintiffs Dana Bostick, Anita Vasko, Judi Trotter, Beverly Molnar, and Chester Cote and the Class

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

DANA BOSTICK, a California citizen, *et al.*,

PLAINTIFF,

vs.

HERBALIFE INTERNATIONAL OF AMERICA, INC., a Nevada Corporation, *et al.*,

DEFENDANTS.

Case No.: 2:13-cv-02488-BRO-SH

**FINAL REPORT OF COUNSEL RE STATUS OF CLASS ACTION SETTLEMENT DISTRIBUTION**

Hon. Beverly Reid O'Connell

Complaint filed: April 8, 2013

Plaintiffs submit this report in accordance with Paragraph 17 of the Amended Final Judgment and Order of Dismissal entered on June 17, 2015.

1. Distribution of Settlement Proceeds

Accompanying this Final Report and being filed concurrently is the Declaration of Eric Robin regarding case administration. As set forth in detail in Mr. Robin's Declaration, Kurtzman Carson Consultants LLC ("KCC") disbursed Settlement Payments to Class Members in accordance with the terms of the Settlement Agreement. Robin Decl. ¶¶2-4. All remaining payments required in accordance with the Settlement Agreement and Final Judgment (fees, costs, and service payments) have been timely made.

As of February 21, 2016, 866 Class Members have not cashed the settlement checks sent to them by KCC. Robin Decl. ¶7. The aggregate value of the uncashed checks is $682,580.55. Robin Decl. ¶7.

On February 5, 2016, KCC sent follow-up email and mail notices to Class Members who had not cashed their settlement checks, alerting them that a check had been issued to them as payment for their claim in this case and inviting them to cash or deposit the check immediately or, if they had not received the check, to contact KCC to arrange for a reissued check. Robin Decl. ¶6. By February 29, 2016, KCC will send another email to those Class Members who have still not cashed their check or otherwise responded encouraging them to cash their checks. Robin Decl. ¶8. By March 7, 2016, KCC will conduct a telephone campaign calling any remaining Class Members who have yet to cash their settlement check or otherwise respond, reminding them of the issuance of the check and the deadline to cash that check. Robin Decl. ¶9.

2. Product Returns

The Product Return process was conducted through defendant Herbalife International of America's established procedures for the return of goods. Notice of the procedure and the opportunity to return goods was provided to the class on

October 2, 2015. Pursuant to the terms of the Settlement, Claimants had sixty days within which to return goods. Each Claimant was sent a pre-paid mailing label to return goods via Federal Express. Of the Class Members who had timely filed claims for the return of product, 518 Claimants returned products on or before December 16, 2016. (The December 16, 2016 deadline for returns allowed a grace period beyond 60 days.) The total amount refunded on these claims was $601,342. After December 16, 2016, an additional 28 Claimants returned product; although these returns were untimely, Herbalife voluntarily refunded an additional $28,332 to these Claimants. The total amount refunded to Claimants was $629,673.

3. Further Reporting

The checks issued in the December 23, 2015 mailing become void after March 22, 2016. Robin Decl. ¶5. By April 8, 2016, Class Counsel will submit a supplemental Final Report further detailing the distribution the unclaimed funds. In that supplemental status report, Plaintiffs will apprise the Court of the settlement funds remaining and make a recommendation regarding the disposition of the funds.

DATED: February 22, 2016

FABIAN & CLENDENIN, P.C.

FOLEY BEZEK BEHLE & CURTIS, LLP

*/s/Philip D. Dracht*
Philip D. Dracht
Scott M. Petersen
Jason W. Hardin

Thomas G. Foley, Jr.
Justin P. Karczag

*Attorneys for Plaintiffs*