1  Philip D. Dracht – State Bar No. 219044
       pdracht@fabianvancott.com
2  Scott M. Petersen *(admitted pro hac vice)*
       spetersen@fabianvancott.com
3  Jason W. Hardin *(admitted pro hac vice)*
       jhardin@fabianvancott.com
4  FABIAN VANCOTT, P.C.
   215 South State Street, Suite 1200
5  Salt Lake City, UT 84151-0210
   Telephone: (801) 531-8900
6
   Thomas G. Foley, Jr. – State Bar No. 65812
7      tfoley@foleybezek.com
   Justin P, Karczag – State Bar No. 223764
8      jkarczag@foleybezek.com
   FOLEY BEZEK BEHLE & CURTIS, LLP
9  15 West Carrillo Street
   Santa Barbara, CA 93101
10 Telephone: (805) 962-9495

11 Attorneys for Plaintiffs Dana Bostick,
   Anita Vasko, Judi Trotter, Beverly
12 Molnar, Chester Cote, and the Class

13 A. Howard Matz – State Bar No. 55892
       ahm@birdmarella.com
14 Mark T. Drooks – State Bar No. 123561
       mtd@birdmarella.com
15 Gopi K. Panchapakesan – State Bar No. 279586
       gkp@birdmarella.com
16 BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
17 1875 Century Park East, 23rd Floor
   Los Angeles, California  90067-2561
18 Telephone:  (310) 201-2100
   Facsimile:  (310) 201-2110
19
   Attorneys for Defendants Herbalife
20 International of America, Inc.; Herbalife
   International, Inc.; and Herbalife Ltd.

21

22                **UNITED STATES DISTRICT COURT**

23         **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

24

| 25 | DANA BOSTICK, *et al.*, | CASE NO. 2:13-cv-02488-BRO-RZ |
|---|---|---|
| 26 | Plaintiffs, | **JOINT STIPULATION RE DISTRIBUTION OF REMAINING SETTLEMENT FUNDS** |
| 27 | vs. | |
| 28 | HERBALIFE INTERNATIONAL OF | |

3507239.2

JOINT STIPULATION RE DISTRIBUTION OF REMAINING SETTLEMENT FUNDS

| | | |
|---|---|---|
| 1 | AMERICA, INC., *et al.*, | *[Filed concurrently with [Proposed Order]* |
| 2 | Defendants. | |
| 3 | | Complaint Filed: 04/08/13<br>First Amended Complaint Filed: 06/09/14 |

Plaintiffs Dana Bostick, Anita Vasko, Judi Trotter, Beverly Molnar, and Chester Cote and the Class, through Class Counsel, and Defendants Herbalife International of America, Inc.; Herbalife International, Inc.; and Herbalife Ltd. (collectively, "Herbalife"), through their counsel, hereby stipulate and agree as follows:

WHEREAS, there is $115,711.81 in remaining, undistributed settlement funds from the non-reversionary monetary settlement fund ("Settlement Fund");

WHEREAS, of those remaining funds, there is $14,541.82 in checks that have not been cashed by Settlement Class Members;

WHEREAS, the difference, $101,169.99, represents unclaimed funds;

WHEREAS, Kurtzman Carson Consultants, LLC ("KCC"), the settlement administrator in this action, has reserved $2,110.50 for its estimated costs of finalizing the administration of the settlement.  The $115,711.81 in remaining, undistributed settlement funds has been calculated after deducting these anticipated expenses;

WHEREAS, KCC and Herbalife have made efforts to locate the Settlement Class Members who have not cashed their settlement checks;

WHEREAS, these efforts have resulted in reducing the total amount of uncashed checks from $751,366.10 to $14,541.82;

WHEREAS, the estimated cost of escheating the $14,541.82 in uncashed checks would be over twice as much as the amount of the uncashed checks, and the escheatment process would take seven years; and

WHEREAS, the Stipulation of Settlement (D.E. 95) and the Court's Order granting Final Approval of the Class Action Settlement (D.E. 145) provide that

3507239.2                                              2
JOINT STIPULATION RE DISTRIBUTION OF REMAINING SETTLEMENT FUNDS

(a) the Court shall oversee the distribution of funds remaining in the Settlement Fund under the *cy pres* doctrine to the Consumer Federation of America, and (b) KCC's administrative costs shall be deducted from the Settlement Fund.

NOW, THEREFORE, subject to the Court's approval, the Parties hereby stipulate, by and through their counsel of record, that the remaining $115,711.81 in settlement funds, including any uncashed checks, shall be distributed to the court-approved *cy pres* recipient, the Consumer Federation of America.

**SO STIPULATED.**

DATED: July 12, 2018

Philip D. Dracht
Scott M. Petersen
Jason W. Hardin
FABIAN VANCOTT, P.C.
By: _____*/s/ Philip D. Dracht*_____
        Philip D. Dracht
Attorneys for Plaintiffs Dana Bostick, Anita Vasko, Judi Trotter, Beverly Molnar, Chester Cote, and the Class

DATED: July 12, 2018

Thomas G. Foley, Jr.
Justin P, Karczag
FOLEY BEZEK BEHLE & CURTIS, LLP
By: _____*/s/ Thomas G. Foley, Jr.*_____
        Thomas G. Foley, Jr.
Attorneys for Plaintiffs Dana Bostick, Anita Vasko, Judi Trotter, Beverly Molnar, Chester Cote, and the Class

3507239.2

3

JOINT STIPULATION RE DISTRIBUTION OF REMAINING SETTLEMENT FUNDS

| | | |
|---|---|---|
| 1 | DATED: July 12, 2018 | A. Howard Matz |
| 2 | | Mark T. Drooks |
| | | Gopi K. Panchapakesan |
| 3 | | Bird, Marella, Boxer, Wolpert, Nessim, |
| 4 | | Drooks, Lincenberg & Rhow, P.C. |
| | | By:   */s/ Mark T. Drooks* |
| 5 | | Mark T. Drooks |
| 6 | | Attorneys for Defendants Herbalife |
| | | International of America, Inc.; Herbalife |
| 7 | | International, Inc.; and Herbalife Ltd. |

3507239.2

4

JOINT STIPULATION RE DISTRIBUTION OF REMAINING SETTLEMENT FUNDS